| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Karl Avetoom<br>1100 Rutland Road # 9<br>Newport Beach, CA 92660<br>(949) 929-4787<br>Email: kia002@att.net | |
| ☒ *Individual appearing without attorney*<br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>ROSA FRIDMAN<br><br>Debtor(s). | CASE NO.: 8:21-bk-10513-ES<br>CHAPTER: 7<br>ADVERSARY NO.: 8:21-ap-01023-ES |
|---|---|
| KARL AVETOOM<br><br>Plaintiff(s),<br>vs.<br><br>ROSA FRIDMAN<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]):  Plaintiff's Motion for Summary Judgment. |

PLEASE TAKE NOTE that the order or judgment titled <u>JUDGMENT DENYING DISCHARGE</u> was lodged on (*date*) <u>July 16, 2021</u> and is attached.  This order relates to the motion which is docket number ____.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* — Page 1 — **F 9021-1.2.ADV.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

7451 Warner Ave #E191 Huntington Beach, CA 92647

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) JUNE 28, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karl T Anderson (TR) 2edansie@gmail.com, kanderson@ecf.axosfs.com
Scott Talkov scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 16, 2021 | Sal W. Hanna | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**

Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
Email kia002@att.net

Creditor and Plaintiff, In Pro Per

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Rosa Fridman<br><br>                   Debtor<br>_____<br>Karl Avetoom<br><br>                   Plaintiff<br><br>        v.<br><br>Rosa Fridman<br><br>                   Defendant<br>_____ | Case No:   8:21-bk-10513-ES<br><br>Adversary Case No:   8:21-ap-01023-ES<br><br>Hon:  Erithe A. Smith<br><br>Chapter 7<br><br>**[PROPOSED] JUDGMENT DENYING DISCHARGE** |

On September 9, 2021 at 2:00 p.m. the above referenced Adversary Proceeding (the "Adversary Proceeding") came about for hearing. The Court, after considering the papers on file in the Adversary Proceeding and after hearing argument hereby ruled as follows:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. A judgment on the Complaint and on each Claim for Relief set forth therein (the "Judgment") in the Adversary Proceeding is awarded to, and shall be entered in favor of Plaintiff Karl Avetoom ("Plaintiff"), and against Rosa A. Fridman, the Debtor in this bankruptcy case.

1

Pursuant to the Judgment, Debtor Rosa A. Fridman, shall be and is denied her respective discharge in bankruptcy as to Plaintiff's claim, in any amount, arising under the 2011 State Court Judgment in the matter of *Avetoom v. Arce, et al,* Orange County Superior Court case No. 30-2010-00345490.

2. Plaintiff Karl Avetoom is awarded his costs in this matter.

# # #