1
2
3
4

Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
Email kia002@att.net

5
6

Creditor and Plaintiff, In Pro Per

7

8

UNITED STATES BANKRUPTCY COURT

9

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

10

In re:

11

Rosa Fridman

12

                                    Debtor

13

_____

14

Karl Avetoom

15

                        Plaintiff

16

            v.

17

Rosa Fridman

18

                    Defendant

19

_____

Case No:      8:21-bk-10513-ES

Adversary Case No:   8:21-ap-01023-ES

Hon:  Erithe A. Smith

Chapter 7

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.  SUPPORTING DECLARATIONS OF CHARLES L. MURRAY AND KARL AVETOOM**

**Hearing Info:**
September 9, 2021 2:00 p.m.
Crtrm. 5A 411 W. Fourth St. Santa Ana CA 92701

20

21

22

23

24

25

26

27

28

**TO THE HONORABLE ERITHE A. SMITH, FEDERAL BANKRUPTCY JUDGE, TO DEFENDANT ROSA FRIDMAN AND HER ATTORNEY OF RECORD, AND TO ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:** Plaintiff KARL AVETOOM ("Plaintiff") hereby submits his Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment pursuant to 11 U.S.C. § 523(a)(10).

i

# TABLE OF CONTENTS.

I.  INTRODUCTION. ............................................................................................................... 1

II.  THERE ARE NO TRIABLE ISSUES OF FACT AS DEFENDANT'S AFFIRMATIVE
DEFENSES FAIL AS A MATTER OF LAW. ............................................................. 3

III.  DEFENDANT'S OPPOSITION CAN BE SUMMED UP AS DEFENDANT IS OLD AND
ABOVE THE LAW.  DEFENDANT WANTS TO CONTINUE TO USE AD HOMINEM
ATTACKS THAT BRANDED HER A RACIST AND GAVE WAY TO THE 2011 MILLION
DOLLAR JUDGMENT. ............................................................................................... 5

IV.  SECTION 523(A)(10) IS NOT NARROWLY CONSTRUED AS DEFENDANT IS AN
ADMITTED DISHONEST DEBTOR, OUTSIDE THE LAW FROM *COX* AND *GROGAN*... 6

V.  DEFENDANT HAS NO AFFIRMATIVE DEFENSE FOR WAIVER. ...................................... 7

    A.  *Under California Law And Circuit Law, Taking The Entire Contract As A Whole
Shows The Waiver Related To "This" Case, Meaning The 2015 Case.  The 2019
Settlement Is A Contract By Law.* ......................................................................... 9

VI.  DEFENDANT HAS NO AFFIRMATIVE DEFENSE FOR MODIFICATION. ....................... 11

VII.  DEFENDANT HAS NO AFFIRMATIVE DEFENSE FOR NOVATION. ............................. 11

VIII.  DEFENDANT'S SHAM AFFIDAVITS ARE INSUFFICIENT TO CREATE A TRIABLE
ISSUE GIVEN DEFENDANT'S LONG HISTORY UNDER OATH OF ADMITTING TO
THE CONTINUED ENFORCEABLITY OF THE 2011 JUDGMENT. ................................... 12

IX.  DEFENDANT HAS NOT JUSTIFIED HER NEED FOR DISCOVERY THAT
WARRARNTS DENIAL OF PLAINTIFF'S MOTION. RATHER HER NEED
DEMONSTRATES HER PROPENSITY FOR DISCOVERY ABUSE. .................................. 13

X.  CONCLUSION. ......................................................................................................... 15

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

1

**TABLE OF AUTHORITIES.**

2

**Cases**

3 *Applied Professional Training, Inc. v. Mira Costa College* (S.D. Cal., Sept. 28, 2010, No. 10CV1372

4   DMS POR) 2010 WL 3834010 ................................................................................................. 8

5 *Asare v. Hartford Fire Ins. Co.* (1991) 1 Cal.App.4th 856 ................................................... 10

6 *Avetoom v. Arce, Fridman* OCSC Case No. 30-2010-00345490 ............................... 2, 3, 8, 14

7 *Celotex Corp. v. Catrett,* 477 U.S. 317 (1986)..................................................................... 11

8 *City of Ukiah v. Fones* (1966) 64 Cal.2d 104 ......................................................................... 6

9 *Cohen v. De La Cruz (In re Cohen),* 106 F.3d 52, 59 (3d Cir.1997), *aff'd* 523 U.S. 213 (1998)............. 6

10 *Davies Machinery Co. v. Pine Mountain Club, Inc.* (1974) 39 Cal.App.3d 18 .................................... 10

11 *Foster v. Arcata Assocs., Inc.,* 772 F.2d 1453 (9th Cir.1985).................................................. 12

12 *Grogan v. Garner,* 498 U.S. 279 1991) ..................................................................................... 6

13 *Hauk v. JP Morgan Chase Bank USA,* 552 F.3d 1114, 1119 (9th Cir. 2009) .................................. 7, 10

14 *Howard v. County of Amador* (1990) 220 Cal.App.3d 962........................................................ 11

15 *In re Britton,* 950 F.2d 602 Cir.1991)...................................................................................... 6

16 *In re Cox,* 41 F.3d 1294 (9th Cir. 1994) ............................................................................... 5, 6

17 *In re Faramarz Bijan Khounani* (B.A.P. 9th Cir., Feb. 2, 2017, No. 8:15-AP-01483-TA) 2017 WL

18   460968 ................................................................................................................................... 5

19 *In re Moncur* (B.A.P. 9th Cir. 2005) 328 B.R. 183 ......................................................... 1, 4, 6

20 *In re Verity Health System of California, Inc.* (Bankr. C.D. Cal. 2018) 598 B.R. 283 ........................... 7

21 *Jefferson v. California Dept. of Youth Authority* (2002) 28 Cal.4th 299 ................................... 7

22 *Meadows v. Lee* (1985) 175 Cal.App.3d 475 ......................................................................... 10

23 *People v. Mitchell* (2011) 197 Cal.App.4th 1009.................................................................... 6

24 *Salyers v. Metro. Life Ins. Co.,* 871 F.3d 934 (9th Cir. 2017) ................................................ 7

25 *Van Asdale v. International Game Technology* (9th Cir. 2009) 577 F.3d 989.......................... 12

26 *Wade v. Diamond A Cattle Co.* (1975) 44 Cal.App.3d 453 ..................................................... 10

27

**Statutes**

28 11 U.S.C. § 523(a)(10) ................................................................................................... 4, 5, 6

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

11 U.S.C. § 727 .................................................................................................................... 4, 5, 6

Cal. Civ.Code § 1542 ....................................................................................................... 2, 7, 8, 9

Cal. Civ.Code § 1641 ................................................................................................................... 8

Cal. Civ.Code § 1636 ................................................................................................................. 10

Cal. Civ.Code § 1689 ................................................................................................................. 10

Cal. Civ.Code § 1698 ................................................................................................................. 10

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

## I. __INTRODUCTION.__

Defendant's Opposition is fatally flawed for the same reasons Rosa Fridman lost at trial in 2011.  Resorting to the same ad hominem attacks, she relies on a questionable 25 year old conviction to justify her racist, outrageous and admittedly fraudulent conduct that led the jury to issue an award with a finding it was supported by clear and convincing evidence.  Judge Karen Robinson ruled in denying Defendant's post-trial motions, that Defendant's repeated attacks using the 1997 conviction to stigmatize Plaintiff sufficiently demonstrated Defendant's outrageous conduct that it warranted an award of punitive damages.

Defendant's new attorney continues to rely on this conviction in a desperate attempt to have this Court ignore 9th circuit law that clearly states, ***once a debt is non-dischargeable, it is forever non-dischargeable***.  *In re Moncur* (B.A.P. 9th Cir. 2005) 328 B.R. 183, 186.  Defense counsel has resorted to proffering "sham" affidavit and amending schedules the day he filed his Opposition, in a desperate attempt to mislead this Court into believing there are triable issues. See Amended Schedule D filed August 19, 2021 (Case 8:21-bk-10513-ES Doc 90 Filed 08/19/21, pages 8-9) to falsely disputes ## 2.4, 2.6 and 2.7.  Defendant's pleadings, under oath, have now changed for fraudulent reasons.

Defendant's counsel, as a desperate diversion, makes much ado about the 2020 judgment, claiming its non-inclusion is the end to his problems.  This case is about the 2011 Judgment.  All the 2020 Judgment did was confirm the 2011 Judgment remained independently enforceable.  Missing is any offering from the Defendant's former attorney who negotiated the Settlement.  Defendant under oath on July 9, 2019 stipulated that the 2011 Judgment was enforceable against her individually and in her capacity as Trustee to the Fridman Family Trust. She now claims that the Trust is only liable in her "sham" affidavit.  See ECF Case 8:21-ap-01023-ES Doc 21 Filed 08/19/21 page 17 ¶ 4 *"I reached this conclusion is because the 2020 Judgment allowed him to hold The Fridman Family Trust Established on April 14, 2000, liable for the debt originally evidenced by the 2011 Judgment…"*  But in 2019 Debtor agreed under oath to the Opposite:

> ROSA FRIDMAN STIPULATE THAT THE JUDGMENT IN CASE AVETOOM VERSUS ARCE, A-R-C-E, CASE NUMBER 30-2010-00345490 IS VALID AGAINST HER INDIVIDUALLY **AND AS TRUSTEE OF FRIDMAN FAMILY TRUST**.

See ECF Doc 9, page 230 (Reporter's Transcript July 9, 2019).

1

1    In addition, the State Court ruled on February 13, 2020 that the Trust cannot legally own any assets.

2    ECF 9, page 249 ¶ 1.

3

4    **To the extent that any party is suggesting that a trust can hold title to assets this is not the law. The law is clear, a trust is not a person or legal entity that can hold title to assets, nor can it sue, or be sued.** Therefore, assets of the trust are held in the name of the trustee, as is the case herein. (See Galdjie v. Darwish (2003) 113 Cal.App.4th 1331, 1344; Greenspan v. LADT, LLC (2010) 191 Cal.App.4th 486, 496; Portico Mgmt. Group, LLC v. Harrison (2011) 202 Cal.App.4th 464, 474.)

5

6

7

8    Again, Defendant's representations that the Trust would be liable is soundly rejected by

9    Defendant's prior representation under oath that she remains liable individually and in her capacity as a

10    Trustee, not the Trust. Unless Defendant is now admitting that she intended to defraud Plaintiff into

11    entering into a Settlement, a contract under California law, that offered no consideration to escape liability

12    for the fraudulent transfer case.

13    The Fridmans and their attorneys have still not learned that they cannot change stories from one

14    court to another. This Court admonished Defendant's counsel in 2015 for doing so. The Court of Appeal

15    did so in *Fridman v. Beach Crest* where Defendant's attorney claimed the Fridmans retained an interest in

16    the same judgment that *this* Court previously ruled the Fridmans had no legal or equitable interest in. Now

17    the Debtor lists a claim against these attorneys after threatening them with a lawsuit for breach of fiduciary

18    duty. See ECF Doc 9, pg. 222.

19    The 2020 Judgment arose from the July 9, 2019 Settlement where Debtor agreed under oath

20    that the 2011 Judgment was still enforceable and that the Settlement and its terms, including the 1542

21    waiver, only applied to the 2015 fraudulent transfer case. Defendant can only rely on her continued

22    "sham" offerings which are contradicted by years of her sworn testimony and pleadings affirming her

23    belief that the 2011 Judgment remains independently enforceable.

24    Defendant signed a contract on October 3, 2019 affirming her position that the 2011 judgment

25    remains independently enforceable, conveying a consensual lien in exchange for Plaintiff not initiating

26    judicial foreclosure proceedings on her to satisfy part of his unpaid debt.

27    //

28    //

2

## II.   THERE ARE NO TRIABLE ISSUES OF FACT AS DEFENDANT'S AFFIRMATIVE DEFENSES FAIL AS A MATTER OF LAW.

Defendant's unpersuasive claim that triable issues of fact exist for affirmative defenses is equally flawed.  Defendant has used a "sham pleading" to try and create the illusion of disputed facts. On the day Debtor filed her Opposition, Debtor amended her Schedules and changed the status of Plaintiff's 2011 judgments to "disputed."   The timing of this wreaks of fraud.  So does the declaration of Defendant Rosa Fridman who now claims she thought the 2019 Settlement memorialized in a 2020 Judgment waived all rights for Plaintiff to enforce the 2011 Judgment.   The Transcript of Proceedings from the 2019 Settlement establishes the C.C.§ 1542 waiver only applied to the 2015 case. Defendant's counsel takes one sentence out of context knowing that under California and 9th Circuit law, a court must view the entire contract as a whole, which here, includes the scope of the 1542 waiver, which by Defendant's own statements in the Contract, resolved only the 2015 matter.

In 2019, the Trial Court told Debtor that Plaintiff was free to continue enforcement proceedings for the 2011 Judgment (Murray Dec. 9. pg 149 ¶ 4)  Defendant represented by counsel and, under oath, agreed to the continued enforcement of the 2011 Judgment by Plaintiff.  She received copies of the proposed 2020 Judgment and never disagreed that the 2011 Judgment remained enforceable.

Defendant has appeared, testified under oath, in numerous 2011 Judgment enforcement proceedings.  She has submitted filings to this day that establish the 2011 Judgment is still independently enforceable.  Defendant must now think the Orange County Court is conducting hearings and issuing 2011 enforcement orders for no apparent reason.  But then again, Defendant online campaign insulted both this Court with racial slurs, and Judge Karen L. Robinson's intelligence showing the Fridmans have no respect for the American legal system.  Judge Robinson labeled their conduct as "highly offensive to our entire system of justice."

In November 2020 the State Court initiated a ***separate*** judgment debtor examination for Defendant under the *Avetoom v. Risbrough* 2015 case 30-2015-00820760 for the 2020 judgment. Since 2019, there are two separate judgment enforcement proceedings ordered by the State Court.

In January 2021 Defendant filed a document stating nineteen times she was in compliance with a Court Order for enforcement of the 2011 Judgment in the 2010 *Avetoom v. Arce, Fridman* matter,

3

1  case no. 30-2010-00345490.  On August 20, 2021 Defendant and her Bankruptcy attorney Scott

2  Talkov appeared before the State Court in the 2011 judgment enforcement proceedings and again

3  never claimed that the 2011 Judgment was not enforceable.

4      Debtor's conduct, attending numerous Judgment Debtor Exams for the 2011 State Court

5  judgment since 2019 through 2021, Defendant's January 2021 "Notice of Compliance" filed in the

6  State Court containing nineteen answers stating she has complied with producing records for the

7  enforcement of the 2011 Judgment never once stated the judgment was waived, substituted, erased by

8  a novation, or no longer enforceable.  Defendant, supported by Scott Talkov, filed an Answer to the

9  Order to Show cause, again failing to raise at any time the 2011 Judgment was no longer enforceable.

10     On August 20, 2021 Defendant and Scott Talkov appeared for Defendant's arraignment for two

11 counts of contempt.  Again, no mention that the court was conducting a contempt proceeding

12 stemming from an unenforceable judgment.

13     The biggest problems are Defendant's stipulation that the 2011 Judgment against her remains

14 enforceable against her as demonstrated in her 2019 stipulation under oath before the State Court, and

15 in the 2020 incarnation of the relating Judgment (Avetoom declaration Exhibit "1", Reporter's

16 Transcript July 9, 2015 *Avetoom v. Risbrough, et al*).

17     In addition on October 3, 2019 after Defendant now desperately and fraudulently claims she

18 didn't believe the 2011 judgment was enforceable, Defendant signed a contract with Plaintiff affirming

19 the continued enforceability of the 2011 judgment, exchanging a consensual lien for Plaintiff's promise

20 not to initiate foreclosure proceedings against Defendant (Avetoom declaration Exhibit "2").

21     In addition, Defendant continues to appear for enforcement proceedings for the 2011 Judgment

22 (OCSC Case No. 30-2010-00345390).  And Defendant was served with a judgment debtor

23 examination Order for the 2015 case, relating to the separate 2020 judgment (Exhibit "3").

24     Defendant Rosa Fridman falsely asserts in her Declaration in Opposition that she opined the

25 2011 judgment was no longer enforceable (Rosa Fridman Decl. ¶¶ 3, 4).

26     However, Defendant has acted to the contrary by participating, testifying under oath and by

27 submitting documents for the enforcement of the 2011 Judgment in *Avetoom v. Arce, Fridman* OCSC

28 Case No. 30-2010-00345490 for over two years.

| | | |
|---|---|---|
| August 29, 2019 | *Judgment Debtor Exam for 2011 Judgment* (Exh. "3") |
| October 3, 2019 | *Judgment Debtor Exam for 2011 Judgment* (Exh. "4") |
| October 31, 2019 | *Judgment Debtor Exam for 2011 Judgment* (Exh. "5") |
| August 31, 2020 | *Judgment Debtor Exam for 2011 Judgment* (Exh. "6") |
| September 21, 2020 | *Judgment Debtor Exam for 2011 Judgment* (Exh. "7") |
| November 16, 2020 | *Judgment Debtor Exam for 2011 Judgment & Motion to Compel Production of Documents to Enforce 2011 Judgment* (Exh. "8") |
| November 26, 2020 | *Notice of Compliance, 19 responses not disputing enforcement 2011* (Exh. "9") |
| November 23, 2020 | *Order Judgment Debtor Exam for **2020 Judgment.** (Exh. "10")* |
| December 23, 2020 | *Continuance of Judgment Debtor Exam 2011 Judgment* (Exh. "11") |
| June 21, 2021 | *Opposition to OSC Re: Contempt* (Exh. "12") |
| June 28, 2021 | *OSC: Contempt Orders for enforcement of 2011 Judgment* (Exh. "13") |
| August 20, 2021 | *Arraignment for Contempt charges.* (Exh. "14") |

Defendant's conduct and testimony under oath in the 2011 Judgment enforcement proceedings defeats her sham claim that there has been a waiver by the parties to enforce the 2011 Judgment.

III. **DEFENDANT'S OPPOSITION CAN BE SUMMED UP AS DEFENDANT IS OLD AND ABOVE THE LAW.  DEFENDANT WANTS TO CONTINUE TO USE AD HOMINEM ATTACKS THAT BRANDED HER A RACIST AND GAVE WAY TO THE 2011 MILLION DOLLAR JUDGMENT.**

The opening pages of the Opposition are simply copy and pastes from Defendant's recent filings in State Court and in this Court.  Unable to address the unassailable law against her, Defendant tries to draw attention away from her 2015 admission of multiple counts of fraudulent conduct and lying under oath *before this Court* that resulted in the denial of discharge under Section 727.   The

5

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

1  consequences, as a matter of law, under 11 U.S.C. § 523(a)(10) is that Plaintiff's 2011 Judgment is

2  forever non-dischargeable.  *In re Moncur*, 328 B.R. at 186.

3      Defendant offers **no** law to support her position that her continued attacks that disgusted Judge

4  Karen L. Robinson can abrogate the 9th circuit law that forever holds Plaintiff's 2011 judgment, in

5  whatever amount, ***once non-dischargeable, forever non-dischargeable***.  Defendant can offer no law

6  for this Court can rely on that, because Defendant is old, she is immune from the consequences of her

7  2011 outrageous, racist conduct.  The consequences of her 2015 admission before this Court of five

8  violation of § 727 caused all of her debts in her 2012 Chapter 7 case to be forever non-dischargeable.

9      Neither her blaming all of her bankruptcy attorneys and this Court, nor falsely claiming in the

10 State Court that Defendant was forced into the 2015 non-discharge stipulation, are even remotely

11 persuasive or credible.

12

13 **IV.    SECTION 523(A)(10) IS NOT NARROWLY CONSTRUED AS DEFENDANT IS AN**

14 **ADMITTED DISHONEST DEBTOR, EXCLUDED FROM *COX* AND *GROGAN*.**

15     Defendant's Opposition mistakenly relies on general law that construes discharge narrowly

16 against the debtor.  However the 9th Circuit BAP rejected this argument specifically for 11 U.S.C.

17 § 523(a)(10).

18     See *In re Faramarz Bijan Khounani* (B.A.P. 9th Cir., Feb. 2, 2017, No. 8:15-AP-01483-TA)

19 2017 WL 460968, at *4 "While this Panel recognizes that non-dischargeability claims should be

20 construed narrowly in the debtor's favor, <u>nothing in § 523(a)(10) even remotely supports Khounani's</u>

21 <u>reading of the statute.</u>"  The BAP confirmed summary judgment as a matter of law.

22

23         **[O]nly two straightforward elements are required**: 1) that the claim at
           issue was a pre-petition claim in an earlier bankruptcy case, and 2) that the

24         debtor either waived his discharge or was denied his discharge under
           certain subsections of § 727(a) in that prior case.

25

26         Premier Capital established in its summary judgment motion that there is
           no genuine dispute that the Superior Court Judgment is non-dischargeable

27         under <u>§ 523(a)(10)</u>. Khounani was denied his Chapter 7 discharge in 2003
           under  <u>§§  727(a)(2)(A),  (a)(3) and (a)(4)(A)</u>.  He also listed Premier

28         Capital's Guarantee claim on his 2002 Bankruptcy Schedule F. These two

6

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

facts render the Superior Court Judgment (in whatever amount it represents) non-dischargeable under § 523(a)(10). Id. *emphasis added*.

Defendant's reliance on *In re Cox*, 41 F.3d 1294, 1297 (9th Cir. 1994) is misplaced and supports established law that dishonest fraudulent debtors, such as Defendant, are precluded from a "fresh start". *Cox* is so factually opposite it actually hurts Defendant who is admittedly dishonest.

In *Cox* the Court held at pg 1297: The Supreme Court has recognized that while the "fresh start" is "a central purpose of the [Bankruptcy] Code," this opportunity is limited to the "honest but unfortunate debtor." *Grogan v. Garner,* 498 U.S. 279, 286–87 (1991); *see In re Bugna,* 33 F.3d at 1059; *In re Britton,* 950 F.2d 602, 606 (9th Cir.1991). The Court found Mrs. Cox had not participated in the malfeasance. Here, by contrast, in January 2015 Debtor Rosa Fridman admitted by stipulation before this very Court to defrauding her creditors, admitting to multiple violations of 11 U.S.C. § 727(a)(2), (4) and (5). Defendant is admittedly a dishonest debtor, outside the protections of *Grogan*.

See *Cohen v. De La Cruz (In re Cohen),* 106 F.3d 52, 59 (3d Cir.1997), *aff'd* 523 U.S. 213 (1998). "Where a debtor has committed fraud under the code, he is not entitled to the benefit of a policy of liberal construction against creditors." In 2015 Defendant admitted to fraud under the bankruptcy code. She is excluded from the protections of *Cox, Grogan* and *In re Cohen.*

As a matter of law, Defendant's stipulation to denial of discharge for fraud in her 2012 bankruptcy case has lasting consequences. All debts that were or could have been listed are forever non-dischargable under Section 523(a)(10) *In re Moncur*, 328 B.R. at 186.

## V. <u>DEFENDANT HAS NO AFFIRMATIVE DEFENSE FOR WAIVER.</u>

Waiver is defined "as 'an intentional relinquishment or abandonment of a known right or privilege. The determination of whether there has been an intelligent waiver ... must depend, in each case, upon the particular facts and circumstances surrounding that case, including the background, experience, **and the conduct of the accused**.' " 'The valid waiver of a right presupposes an actual and demonstrable knowledge of the very right being waived. [Citations.]' [Citation.] It ' "is the intelligent relinquishment of a known right after knowledge of the facts." [Citation.]' **The burden is on the party claiming the existence of the waiver to prove it by evidence that does not leave the**

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

**matter to speculation, and doubtful cases will be resolved against a waiver.** [Citation.]. *People v. Mitchell* (2011) 197 Cal.App.4th 1009, 1015. The burden, moreover, is on the party claiming a waiver of a right to prove it <u>by clear and convincing evidence</u> that does not leave the matter to speculation, and 'doubtful cases will be decided against a waiver. *City of Ukiah v. Fones* (1966) 64 Cal.2d 104, 107–108.

"Waiver is the voluntary relinquishment of a known right or conduct such as to warrant an inference to that effect. It implies knowledge of all material facts and of one's rights, **together with a willingness to refrain from enforcing those rights.**" *Hauk v. JP Morgan Chase Bank USA*, 552 F.3d 1114, 1119 (9th Cir. 2009). Waiver also occurs when a "party's acts are so inconsistent with an intent to enforce the right as to induce a reasonable belief that such right has been relinquished." *Salyers v. Metro. Life Ins. Co.*, 871 F.3d 934, 938 (9th Cir. 2017). *In re Verity Health System of California, Inc.* (Bankr. C.D. Cal. 2018) 598 B.R. 283, 289. <u>This is not the case by Defendant and Plaintiff's conduct.</u>

Plaintiff and Defendant have attended numerous enforcement proceedings for the 2011 judgment since the 2019 Settlement. Defendant submitted a document with some 19 plus responses responding to questions for enforcement of the 2011 Judgment (Exhibit "9" *Notice of Compliance* January 2021). Defendant filed an Answer to the OSC re: Contempt, again never claiming there was a waiver of enforcement of the 2011 Judgment (Avetoom decl. Exh. "12"). Defendant's conduct since 2019 and Plaintiff's conduct does not establish that the independent enforcement of the 2011 Judgment was waived in any form. That conduct proves that there was no waiver.

The Court in *Jefferson v. California Dept. of Youth Authority* (2002) 28 Cal.4th 299, 308 held that a § 1542 waiver was restricted to claims arising under the case. '[T]he court noted that the order approving the settlement referred only to **" 'settling *this* case.' "** in finding that the §1542 waiver was limited to the current matter, not to all claims in existence. Same as this matter where Defendant clearly stated under oath on July 9, 2019 that she understood the Settlement and its included waiver settled only the 2015 fraudulent transfer case. Contract law requires <u>all terms</u> are taken as a whole:

The State Court was clear, the 2011 Judgment was not waived by the 2019 Settlement that was reiterated in the 2020 Judgment. See also Murray decl. ¶ 3. See also Avetoom decl ¶ 20, 21.

See excerpts from Reporter's Transcript July 9, 2019 from Doc 9, Pages 236, 238~239.

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

MR. MOKRI: OKAY. WITH THIS SETTLEMENT AGREEMENT,
**THIS WILL BE THE END OF THIS COURT PROCEEDING**; DO YOU
UNDERSTAND THAT?

MR. FRIDMAN: SHE SAID, **"YES."**  (RT 8:1-8)

MR. MURRAY: YOUR HONOR, I WANT TO MAKE SURE THAT
MY CLIENT DOES NOT WAIVE HIS RIGHTS TO ENFORCE THE
UNDERLYING JUDGMENT.

THE COURT: PART OF THIS AGREEMENT WAS THAT **THEY
ARE CONFIRMING THE UNDERLYING JUDGMENT AND ITS

ENFORCEABILITY** WILL BE OCCASIONED BY THE RECORDING OF THE

ORDER YOU ARE GOING TO ASK ME TO SIGN.

Defendant cannot rely on the Civil Code § 1542 waiver in the 2019 Stipulation and 2020
Judgment to establish by the necessary <u>clear and convincing standard</u> that the parties agreed to waive
enforceability of the 2011 Judgment.  Defendant, under oath in the 2019 Stipulation before a State
Court, affirmed she was entering into a settlement with a waiver limited to only "this" case, meaning
the 2015 Fraudulent Transfer case.  Defendant's counsel improperly takes one sentence from a contract
out of context in a failed attempt to get around California contract interpretation.

**In examining a contract with a § 1542 waiver, courts do not view each term in isolation,
"[t]he whole of a contract is to be taken together, so as to give effect to every part, if reasonably
practicable, each clause helping to interpret the other.**" Cal. Civ.Code § 1641. *Applied Professional
Training, Inc. v. Mira Costa College* (S.D. Cal., Sept. 28, 2010, No. 10CV1372 DMS POR) 2010 WL
3834010, at *4.

    a.    ***Under California Law And Circuit Law, Taking The Entire Contract As A Whole
Shows The Waiver Related To "This" Case, Meaning The 2015 Case.  The 2019
Settlement Is A Contract By Law.***

MR. MOKRI:  … ROSA FRIDMAN STIPULATE THAT THE JUDGMENT
IN CASE AVETOOM VERSUS ARCE, A-R-C-E, CASE NUMBER 30-2010-
00345490 IS VALID AGAINST HER INDIVIDUALLY AND AS TRUSTEE
OF FRIDMAN FAMILY TRUST.  (Doc 9, pgs. 230-240  RT)

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

MR. MOKRI: DO YOU HAVE ANY QUESTIONS FROM ME OR
THE COURT ABOUT THE SETTLEMENT AGREEMENT?

MR. FRIDMAN: **SHE IS ASKING IF THIS WILL BE THE
END OF THIS COURT PROCEEDINGS**.

MR. MOKRI: OKAY. WITH THIS SETTLEMENT AGREEMENT,
**THIS WILL BE THE END OF <u>THIS</u> COURT PROCEEDING**; DO YOU
UNDERSTAND THAT?

MR. FRIDMAN: SHE SAID, **"YES."**  (RT 8:1-8)

MR. FRIDMAN: SHE IS ASKING IS IT GOING TO BE
COMPLETELY DONE ONCE YOU FILE --

MR. MURRAY: **<u>THIS</u> CASE WILL BE RESOLVED**.  (RT 9:4-6)

THE COURT: COUNSEL, PART OF THE AGREEMENT WAS
THERE WOULD BE A 1542 WAIVER AND THAT TAKES CARE OF ANY
CLAIMS BETWEEN THESE FOLKS FOR ALL HISTORY.

MR. MOKRI: CORRECT, YOUR HONOR.

MISS FRIDMAN, DO YOU UNDERSTAND THAT WITH
SIGNING THIS SETTLEMENT AGREEMENT, **THIS IS GOING TO
RESOLVE <u>THIS CASE</u> BETWEEN YOU AND KARL AVETOOM**?  (RT
9:11-17)

MR. MURRAY: YOUR HONOR, I WANT TO MAKE SURE THAT
MY CLIENT DOES NOT WAIVE HIS RIGHTS TO ENFORCE THE
UNDERLYING JUDGMENT.

THE COURT: PART OF THIS AGREEMENT WAS THAT **<u>THEY
ARE CONFIRMING THE UNDERLYING JUDGMENT AND ITS
ENFORCEABILITY</u>** WILL BE OCCASIONED BY THE RECORDING OF
THE ORDER YOU ARE GOING TO ASK ME TO SIGN. SO I CAN ONLY
ASSUME FROM THAT, THAT PART OF THE AGREEMENT IS THERE
WILL BE A LIEN ON PROPERTY THAT WILL BE ESTABLISHED BY
THIS AND CONFIRMED BY THIS BECAUSE I THINK THERE IS AN
ABSTRACT OF JUDGMENT ALREADY, IF I'M NOT MISTAKEN FROM
READING DOCUMENTS.

MR. MOKRI: YES, YOUR HONOR.

THE COURT: **THOSE ARE PERFECTED RIGHTS. WE ARE
NOT DOING ANYTHING ABOUT PERFECTED RIGHTS.**

MR. MOKRI: **YOUR HONOR, THE TERMS OF THE AGREEMENT SAYS ROSA FRIDMAN STIPULATED THAT <u>THE JUDGMENT IS ENFORCED.</u>**

THE COURT: YES. THAT IS WHAT I UNDERSTOOD.
THANK YOU.   (RT 10:23~11:16)

Defendant has failed to establish Plaintiff ever waived his right to enforce the 2011 Judgment against her.  Given the irrefutable evidence comprised of her own words under oath and conduct that there was never "**a willingness to refrain from enforcing those rights.**" *Hauk v. JP Morgan Chase Bank USA*, 552 F.3d 1114, 1119 (9th Cir. 2009).  See also *Asare v. Hartford Fire Ins. Co.* (1991) 1 Cal.App.4th 856, 863 holding all doubts as to the scope of a release must be resolved against the release when ample evidence existed that the release was limited to Worker's Compensation claims, and not all claims.  The same applies here.

## VI.  <u>DEFENDANT HAS NO AFFIRMATIVE DEFENSE FOR MODIFICATION.</u>

Defendant desperately claims that the 2020 Judgment was a modification of the 2011 State Court judgment.  **Defendant's Opposition mistakenly argues** California Civil Code section 1698, subdivision (a) states: "A contract in writing may be modified by a contract in writing."  The fatality of this argument is patent in Defendant's own authority.   The 2011 Judgment is not a contract. It is TORT liability that arose from a unanimous jury verdict.   There is no "contract in writing" that can be modified by a subsequent writing.

Defendant's modification argument fails as she does not understand the difference between a contract, and a 2011 judgment based upon a TORT.  As a matter of law, there can be no modification of a tort damage award under a contract defense that requires the existence of an earlier contract, which does not exist here.

## VII.  <u>DEFENDANT HAS NO AFFIRMATIVE DEFENSE FOR NOVATION.</u>

Novation is a **contractual** doctrine. In general the parties to a contract are free to determine for themselves their respective rights and liabilities so long as the purposes and effects of their agreement

1    are lawful. (Civ.Code, § 1636.) The parties to an existing contract may, through mutual consent,

2    modify or rescind their agreement. (Civ.Code, § 1689, subd. (a), 1697, 1698.)   Here there was no

3    existing contract.  There was a legally enforceable final tort Judgment in 2011, not a contract.

4        **Essential to a novation is that it "clearly appear" that both parties intended to extinguish**

5    **rather than merely modify the original agreement.** (*Meadows v. Lee* (1985) 175 Cal.App.3d 475,

6    483–484, 221 Cal.Rptr. 22; *Wade v. Diamond A Cattle Co.* (1975) 44 Cal.App.3d 453, 457, 118

7    Cal.Rptr. 695; *Davies Machinery Co. v. Pine Mountain Club, Inc.* (1974) 39 Cal.App.3d 18, 24–25,

8    113 Cal.Rptr. 784.) **The burden of proof is on the party asserting that a novation has been**

9    **consummated.** …. *Howard v. County of Amador* (1990) 220 Cal.App.3d 962, 977–978.   Nor did

10   Plaintiff ever intend to extinguish the collectability of the underlying debt.  See Doc 9, pg 230:10~13.

11   See also declaration of Charles L. Murray at ¶¶ 3, 4.

12       Here, Defendant fails again.  Defendant cannot meet the required elements to prove novation.

13       In her 2019 Settlement under oath, she agreed by stipulation that the 2011 Judgment remains

14   enforceable on its own.  Defendant at best can only claim she modified the 2011 Judgment to be

15   enforceable against her in her capacity as Trustee to her Trust (2020 Judgment ¶ 1).  Again, Defendant

16   further attended numerous judgment debtor exams under oath since the 2019 Settlement, and she filed

17   documents under oath in the State Court 2011 enforcement proceedings, claiming she is in

18   "compliance" with Court ordered enforcement orders for the 2011 Judgment.  (Exh. "9").

19       Defendant cannot prove there was an "extinguishment" of the right to enforce the underlying

20   2011 Judgment at any time.  Her conduct belies her current claim.  Her conduct is only consistent with

21   there being no extinguishment, modification, and no novation.  Defendant has performed, stated under

22   oath, and at all times admitted to the continued enforcement of the 2011 Judgment.  Her Opposition is,

23   by definition, a "sham".

24

25   **VIII.   DEFENDANT'S SHAM AFFIDAVITS ARE INSUFFICIENT TO CREATE A TRIABLE**

26   **ISSUE GIVEN DEFENDANT'S LONG HISTORY UNDER OATH OF ADMITTING**

27   **TO THE CONTINUED ENFORCEABLITY OF THE 2011 JUDGMENT.**

28

12

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

1      The Supreme Court has explained that the "[s]ummary judgment procedure is properly regarded

2 not as a disfavored procedural shortcut, but rather as an integral part of the Federal Rules as a whole,

3 which are designed to secure the just, speedy and inexpensive determination of every action." *Celotex*

4 *Corp. v. Catrett,* 477 U.S. 317, 327 (1986) (internal quotation marks omitted). Some form of the sham

5 affidavit rule is necessary to maintain this principle. This is because, as we have explained, **"if a party**

6 **who has been examined at length on deposition could raise an issue of fact simply by submitting**

7 **an affidavit contradicting his own prior testimony, this would greatly diminish the utility of**

8 **summary judgment as a procedure for screening out sham issues of fact."** *Kennedy,* 952 F.2d at

9 266 (quoting *Foster v. Arcata Assocs., Inc.,* 772 F.2d 1453, 1462 (9th Cir.1985)). See *Van Asdale v.*

10 *International Game Technology* (9th Cir. 2009) 577 F.3d 989, 998.

11      Defendant's Opposition offers Defendant's declaration new illogical claim that she believed the

12 2011 Judgment was no longer enforceable (Declaration Rosa Fridman ¶¶ 3, 4).

13      Rosa Fridman's claim of *"I was under the impression. . ."* is a sham, another fraudulent

14 statement that contrdicts her prior sworn testimony in a 2019 Settlement proceeding, her 2019 through

15 2020 debtor exams under oath, and Defendant's numerous pleadings in the 2011 judgment

16 enforcement proceedings, all of which affirmed she understood the proceedings where she represented

17 she was complying with her obligations in enforcement proceedings relative to  the **2011 judgment**.

18      Defendant's last-minute amendment to her schedules, to now "dispute" the 2011 Judgment,

19 demonstrates that the Defendant and her attorney are willing to offer false evidence in a vain attempt to

20 overcome all of the Defendant's prior testimony under oath in the State Court.

21      Defendant's "sham" affidavit and sham amendments are insufficient to overcome her prior

22 sworn testimony, her filings under oath, and her October 3, 2019 Contract that affirms Defendant knew

23 the 2011 Judgment remained enforceable.

24

25 **IX.**   **<u>DEFENDANT HAS NOT JUSTIFIED HER NEED FOR DISCOVERY THAT</u>**

26       **<u>WARRARNTS DENIAL OF PLAINTIFF'S MOTION. RATHER HER NEED</u>**

27       **<u>DEMONSTRATES HER PROPENSITY FOR DISCOVERY ABUSE.</u>**

28

13

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

1    As stated in Plaintiff's Motion, this is simply a question of law. The facts are undisputed.

2    Defendant, as shown above, has no viable affirmative defenses to show that the 2011 Judgment is still

3    not subject to enforcement.

4    On August 25, 2021 Defendant's counsel filed an Opposition to Plaintiff's Motion for a

5    protective order.  In his filing, Scott Talkov, represents that Rosa Fridman cannot defend the Motion

6    for Summary Judgment because Talkov needs to inquire into a Mr. Victor Balakin to uncover a fraud

7    for this court to see.  Mr. Talkov claims that this person is a "creditor" of the Fridmans.  However, the

8    claim date closed on August 23, 2021 and Mr. Balakin has not filed a claim.  Therefore Mr. Balakin is

9    not a creditor in this case.  Embarrassingly, Scott Talkov, already accused of deceitful conduct by

10    former law firm, embroiled in litigation for theft, now faces the realization that his own client has lied

11    to him.  Notably not only has Talkov spoken to Mr. Balakin, but Mr. Balakin was supporting the

12    Fridmans on their personal website years ago.

13    Talkov admittedly can call Mr. Balakin, and therefore cannot justify the need to question

14    Plaintiff about Mr. Balakin for one simple unavoidable and embarrassing reason.

15    **The Debtor and family know Mr. Balakin.**  Victor Balakin posted on their website over six

16    years ago, supporting the Fridmans "cause."  (Exhibit "15" to Avetoom declaration).  This website was

17    confirmed to belong to the Debtor by Val Fridman according to his sworn testimony in a February 7,

18    2019 deposition (Avetoom decl. Exhibit "16" 2/7/2019 RT45).

19    Q Did you ever build a website called Condodefense.com?

20    A No.

21    Q You never did. Did you ever register the name Condodefense.com?

22    A Yes.

23    Q You registered it. Did you register it for yourself, or did you register it

24    for a family --

25    **A For my dad.**

26    Mr. Talkov was warned at the Rule 26 meeting that his client and her family have a long

27    history of lying to their own attorneys.  Unfortunately Talkov has not learned from the long line of

28    attorneys that stopped representing the Fridmans, some of which are creditors in this case, owed

14

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

1  substantial monies by Fridmans' refusal to pay.  If he wants to talk to Mr. Balakin, who is not a

2  creditor in this case, Mr. Talkov can call him or simply ask the Defendant's family.

3

4  **X.  <u>CONCLUSION.</u>**

5      There are no triable issues of fact in this matter.  Defendant's feigned affirmative defenses do

6  not exist as a matter of law and by Defendant's own conduct and admissions.

7      The overwhelming evidence and admissions that the 2011 Judgment remains independently

8  enforceable leaves no triable issues. Not even Defendant's "sham" pleadings and affidavit to contradict

9  her prior testimony and conduct can prevent granting of summary judgment.

10      As a matter of law, Plaintiff's 2011 State Court judgment in *Avetoom v. Arce,* OCSC Case No.

11  30-2010-00345490, that was included in Defendant's 2012 Chapter 7 bankruptcy and was denied

12  discharge, Plaintiff's motion for summary judgment must be granted in its entirety.

13

14                                  */s/ Karl Avetoom*

15  Dated August 27, 2021           By:   _____

16                                    Karl Avetoom
                                  Creditor and Plaintiff, In Pro Per

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

1

### DECLARATION OF KARL AVETOOM

2    I, Karl Avetoom, hereby declare as follows:

3    1.    I am the Plaintiff in the above entitled adversary proceeding, a creditor to the main

4    bankruptcy case and Defendant's former bankruptcy case.  I have personal knowledge of the following

5    facts and if called upon to testify under oath, I could and would do so competently to the following

6    facts.

7    2.    I make this declaration in support of my Reply to Defendant's Opposition to my motion

8    for summary judgment pending before this Court.

9    3.    Attached to my declaration as Exhibit "1" is a true and correct copy of the Repoter's

10    Transcript of proceedings for July 9, 2019 before Hon. Theodore Howard in *Avetoom v. Risbrough*.

11    4.    Attached to my declaration as Exhibit "2" is a true and correct copy of a Contract

12    executed by Defendant and myself on October 3, 2019 that affirms Defendant's knowledge that the

13    2011 Judgment remains enforceable by consenting to a lien against her property to satisfy the unpaid

14    balance on the 2011 State Court judgment in OCSC case no 30-2010-00345490.

15    5.    Attached to my declaration as Exhibit "3" is a true and correct copy of an August 29,

16    2019 Minute Order for a *Judgment Debtor Exam for the 2011 Judgment*.

17    6.    Attached to my declaration as Exhibit "4" is a true and correct copy of an October 3,

18    2019 Minute Order for a *Judgment Debtor Exam for 2011 Judgment.*

19    7.    Attached to my declaration as Exhibit "5" is a true and correct copy of an October 31,

20    2019 Minute Order for a *Judgment Debtor Exam for 2011 Judgment.*

21    8.    Attached to my declaration as Exhibit "6" is a true and correct copy of an August 31,

22    2020 Minute Order for a *Judgment Debtor Exam for the 2011 Judgment.*

23    9.    Attached to my declaration as Exhibit "7" is a true and correct copy of a September 21,

24    2020 Minute Order for a *Judgment Debtor Exam for 2011 Judgment.*

25    10.    Attached to my declaration as Exhibit "8" is a true and correct copy of a November 16,

26    2020 Minute Order for a Judgment Debtor Exam for the 2011 Judgment & Motion to Compel

27    Production of Documents to Enforce the 2011 Judgment.

28

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

11.   Attached to my declaration as Exhibit "9" is a true and correct copy of a November 26, 2020 *Notice of Compliance* filed by Defendant containing approximately 19 responses not disputing enforcement 2011 Judgment in the 2010 case of *Avetoom v. Arce* 30-2010-00345490.

12.   Attached to my declaration as Exhibit "10" is a true and correct copy of a November 23, 2020 *Order for a Judgment Debtor Exam for the **2020 Judgment from Avetoom v. Risbrough, et al.***

13.   Attached to my declaration as Exhibit "11" is a true and correct copy of a December 23, 2020 Order for *Continuance of Judgment Debtor Exam 2011 Judgment* that was served upon Defendant to attend a future judgment debtor exam in the 2010 *Avetoom v. Arce* matter to enforce the 2011 Judgment.

14.   Attached to my declaration as Exhibit "12" is a true and correct copy of a June 21, 2021 *Opposition to OSC Re: Contempt* filed by Defendant in the 2010 action that gave rise to the 2011 Judgment.  Defendant does not dispute the enforceability of the 2011 Judgment in the *Avetoom v. Arce* matter, OCSC 30-2010-00345490.

15.   Attached to my declaration as Exhibit "13" is a true and correct copy of a June 28, 2021 Minute Order *OSC: Contempt Orders for enforcement of 2011 Judgment* in case 30-2010-00345490.

16.   Attached to my declaration as Exhibit "14" is a true and correct copy of an Order relating to an August 20, 2021 *Arraignment for Contempt charges.*

17.   Attached to my declaration as Exhibit "15" is a true and correct copy of a web page from condodefense.com that was owned by Debtor Moisey Fridman according to Val Fridman's deposition testimony.  The web page contains the name Victor Balakin and is from 2014.

18.   Attached to my declaration as Exhibit "16" is a true and correct copies of the relevant pages to the deposition of Val Fridman affirming that the website condodefense.com was registered by Val Fridman for his father, Debtor Moisey Fridman.

19.   Attached as Exhibit "17" are the Debtor's amended schedules filed August 19, 2021 by her attorney, the same day Debtor filed her Opposition.  Defendant has changed the classification of the debt for the 2011 Judgment in case 30-2010-00345490 from undisputed to "disputed".

20.   As part of the Settlement in 2019 Mr. Mokri communicated to my attorney, Charles Murray and I that the 2011 Judgment remained enforceable.  Mr. Mokri was requesting my assistance

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

to help him get out of the case because of problems with the Defendant's sons.  At a later hearing in 2021 Mr. Mokri was informed that I was still able to independently pursue collection of my 2011 Judgment as the 2019 Settlement only resolved the 2015 case, and did not stop the enforcement of the 2011 judgment separately.

21.   Since the 2019 Settlement which gave rise to the 2020 Judgment, Defendant has attended numerous judgment enforcement proceedings, testified under oath on numerous occasions and represented to the Court that she is complying with enforcement of the 2011 judgment.  Defendant has even filed a Notice of Compliance *after* the 2020 judgment was entered, stating that she is complying with the State Court proceedings for enforcement of the 2011 judgment.  At no time has Defendant/Debtor or her attorney claimed the 2011 Judgment was no longer enforceable.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 27, 2021 in Newport Beach, CA


By:    */s/  Karl Avetoom*

Karl Avetoom

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

1       SUPERIOR COURT OF THE STATE OF CALIFORNIA

2       COUNTY OF ORANGE - CENTRAL JUSTICE CENTER

3              DEPARTMENT C-18

4

KARL AVETOOM, AN INDIVIDUAL,             )

5                                          )

                          PLAINTIFF,      )

6                                          )

        VS.                                ) CASE NO. 30-2015-

7                                          ) 00820760-CU-FR-CJC

ROBERT RISBROUGH, AN INDIVIDUAL;          )

8   DARLING & RISBROUGH, LLP, A            )

CALIFORNIA LIMITED LIABILITY              )

9   PARTNERSHIP; MOISEY FRIDMAN, AN        )

INDIVIDUAL, ROSA FRIDMAN, AN              )

10  INDIVIDUAL, AND AS TRUSTEE FOR THE     )

MOISEY FRIDMAN AND ROSA FRIDMAN           )

11  TRUST, AND THE FRIDMAN FAMILY          )

TRUST, AND DOES 1 THROUGH 20              )

12  INCLUSIVE,                             )

                          DEFENDANTS.    )

13  _____)

14

15       HONORABLE THEODORE R. HOWARD, JUDGE

16       REPORTER'S TRANSCRIPT OF PROCEEDINGS

17              JULY 9, 2019

18

19

20

21

22

23

24

25       MARY WEBB, CSR # 4347

26       OFFICIAL REPORTER PRO TEMPORE

```
 1    APPEARANCES:

 2    FOR PLAINTIFF:  CHARLES L. MURRAY, III, ESQ.

 3                    444 SOUTH FLOWER STREET, SUITE 2530

 4                    LOS ANGELES, CALIFORNIA 90071

 5                    (213) 627-5983

 6

 7    FOR DEFENDANTS: MORKI & ASSOCIATES

 8                    BY: BRAD A. MOKRI, ESQ.

 9                    1851 EAST FIRST STREET, SUITE 900

10                    SANTA ANA, CALIFORNIA 92705

11                    (714)619-9395

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
```

1                          I N D E X

2

3                      JULY 9, 2019

4

5         CHRONOLOGICAL AND ALPHABETICAL INDEX OF WITNESSES

6

7                          (NONE.)

8

9

10

11                      E X H I B I T S

12

13                     (NONE OFFERED.)

14

15

16

17

18

19

20

21

22

23

24

25

26

```
 1           SANTA ANA; CALIFORNIA; TUESDAY, JULY 9, 2019

 2                      AFTERNOON SESSION

 3

 4              (THE FOLLOWING PROCEEDINGS WERE HELD

 5               IN OPEN COURT:)

 6

 7           THE COURT:  WE ARE ON THE RECORD AGAIN IN THE

 8     MATTER OF AVETOOM VS. RISBROUGH -- IT CHANGED THE NAME --

 9     FRIDMAN.  I'M SORRY.

10                  APPEARANCES, COUNSEL?

11           MR. MURRAY:  YES.  CHARLES MURRAY ON BEHALF OF

12     PLAINTIFF.

13           MR. MOKRI:  GOOD AFTERNOON,  YOUR HONOR. BRAD

14     MOKRI ON BEHALF OF DEFENDANT ROSA FRIDMAN, INDIVIDUALLY,

15     AND AS THE TRUSTEE.  I HAVE AT THE COUNSEL TABLE

16     MISS ROSA FRIDMAN.

17                  I, ALSO, HAVE VAL FRIDMAN, WHICH IS THE

18     SON OF ROSA FRIDMAN, WHICH WILL HELP IN CASE MISS FRIDMAN

19     HAS SOME LANGUAGE BARRIER OR DOESN'T UNDERSTAND IT.

20           THE COURT:  OH, WHAT LANGUAGE?

21           MR. MOKRI:  RUSSIAN.

22           THE COURT:  OKAY. THANK YOU, VERY MUCH. I

23     UNDERSTAND THERE HAS BEEN A SETTLEMENT REACHED?

24           MR. MURRAY:  YES.

25           MR. MOKRI:  YES, YOUR HONOR.

26           THE COURT:  WHO IS GOING TO RECITE THE TERMS OF
```

1    THE SETTLEMENT?

2          MR. MOKRI:  I'LL PUT THE TERMS ON.

3          MR. MURRAY:  I PROBABLY HAD AS WE DISCUSSED.

4          MR. MOKRI:  THE PARTIES, ROSA FRIDMAN, REPRESENT

5    THAT THE PROPERTY COMMONLY KNOWN AS 16542 BLACKBIRD LANE,

6    NUMBER 304, HUNTINGTON BEACH, CALIFORNIA, ZIP CODE 92649,

7    IS OWNED BY FRIDMAN FAMILY TRUST AS PROVIDED IN A

8    DECLARATION OF TRUST FOR THE FRIDMAN FAMILY TRUST

9    ESTABLISHED ON APRIL 14TH, 2000.

10          ROSA FRIDMAN STIPULATE THAT THE JUDGMENT

11    IN CASE AVETOOM VERSUS ARCE, A-R-C-E, CASE NUMBER

12    30-2010-00345490 IS VALID AGAINST HER INDIVIDUALLY AND AS

13    TRUSTEE OF FRIDMAN FAMILY TRUST.

14          ROSA FRIDMAN REPRESENTS THAT THE ONLY

15    PROPERTY IN FRIDMAN FAMILY TRUST IS THE PROPERTY COMMONLY

16    KNOWN AS 16542 BLACKBIRD LANE, NUMBER 304, HUNTINGTON

17    BEACH, CALIFORNIA.

18          THE PROPERTY HELD IN THE TRUST AS FOLLOWS:

19    68.3 PERCENT INTEREST BELONG TO ROSA FRIDMAN AND THE

20    REMAINDER OF THE INTEREST BELONGS TO ALEX FRIDMAN.

21          PARTIES AGREE THAT ALEX FRIDMAN INTEREST

22    IS NOT AFFECTED BY THE JUDGMENT.

23          PARTIES AGREE TO A MUTUAL RELEASE WITH

24    1542 WAIVER AND DISMISSAL OF THE CASE WITH PREJUDICE WITH

25    A COURT RETAINING JURISDICTION UNDER CCP 664.6.

26          THE PARTIES AGREE THAT WE WILL NOT FILE

1    ANY LEGAL ACTION AGAINST EACH OTHER OR FAMILY OF EACH

2    OTHER.

3              PARTIES REPRESENT THAT THEY HAVE THE

4    AUTHORITY TO ENTER INTO THIS SETTLEMENT AGREEMENT.

5         MR. MURRAY:  AND THE PARTIES FURTHER AGREE THAT

6    THE DISMISSAL WILL BE, THE DISMISSAL WITH PREJUDICE WILL

7    BE ENTERED UPON THE COURT EXECUTING AN ORDER REFLECTING

8    THE SETTLEMENT AGREEMENT.

9              THE PURPOSE OF THE ORDER, YOUR HONOR, IS

10   SO THE PLAINTIFF COULD REDUCE THE SETTLEMENT AGREEMENT TO

11   AN ORDER AND THEN RECORD IT WITH THE COUNTY RECORDER'S

12   OFFICE.

13             MR. MOKRI:  YES, YOUR HONOR.

14        THE COURT:  ALL RIGHT.  DO YOU WANT TO INQUIRE OF

15   YOUR CLIENTS FIRST?

16        MR. MOKRI:  YES.  IS IT OKAY IF MY CLIENT SIT

17   DOWN, YOUR HONOR?

18        THE COURT:  IT IS.

19        MR. MOKRI:  THANK YOU.

20             MISS FRIDMAN, YOU HEARD ME PUTTING THE

21   SETTLEMENT AGREEMENT AND THE TERMS OF THE SETTLEMENT ON

22   THE RECORD AND READ IT FOR THE JUDGE; DO YOU UNDERSTAND

23   THE TERMS?

24             DO YOU AGREE WITH THE TERMS OF THE

25   SETTLEMENT AGREEMENT?  IN ENGLISH.

26             MS. FRIDMAN:  YES.

1          THE COURT:  THANK YOU.

2          MR. MOKRI:  DO YOU AGREE THAT YOU ARE NOT GOING TO

3     TRY AND YOU UNDERSTAND ALL THE TERMS OF THE SETTLEMENT

4     AGREEMENT?

5          MS. FRIDMAN:  NOT REALLY CLEAR BUT I UNDERSTAND,

6     YES.

7          MR. MOKRI:  NOTHING FURTHER, YOUR HONOR.

8          THE COURT:  DO YOU WANT TO INQUIRE OF YOUR CLIENT?

9          MR. MURRAY:  YES. MR. AVETOOM, DID YOU HEAR THE

10    RECITATION OF THE SETTLEMENT AGREEMENTS READ ON THE

11    RECORD?

12         MR. AVETOOM:  YES, I DID.

13         MR. MURRAY:  DO YOU PLAN ON PREPARING A PROPOSED

14    JUDGMENT INCOMPLIANCE WITH THE SETTLEMENT AGREEMENT?

15         MR. AVETOOM:  YES, I WILL.

16         MR. MURRAY:  DO YOU AGREE TO THE TERMS OF THE

17    SETTLEMENT AGREEMENT?

18         MR. AVETOOM:  YES, I DO.

19         MR. MURRAY:  DO YOU HAVE ANY QUESTIONS REGARDING

20    THE SETTLEMENT AGREEMENT?

21         MR. AVETOOM:  JUST TO CLARIFY IT IS BLACKBEARD

22    LANE AND NOT BLACKBIRD LANE.

23         THE COURT:  IS THAT AGREED, COUNSEL?

24         MR. MURRAY:  YES.

25         MR. MOKRI:  YES, YOUR HONOR.

26         MR. MURRAY:  ARE THERE ANY OTHER QUESTIONS THAT

1    YOU HAVE OR CONCERNS ABOUT THE SETTLEMENT AGREEMENT?

2          MR. AVETOOM:  NO.

3          MR. MURRAY:  ARE YOU ENTERING THE SETTLEMENT

4    AGREEMENT WILLING?

5          MR. AVETOOM:  YES.

6          THE COURT:  I DIDN'T HEAR YOU ASK YOUR CLIENT THAT

7    QUESTION.  I WOULD LIKE TO HAVE YOU ASK IF SHE ENTERED

8    INTO THIS WILLINGLY WITHOUT ANY THREATS OR PROMISES THAT

9    AREN'T PART OF THIS SETTLEMENT.

10          MR. MOKRI:  IF THE COURT PERMIT ME, I WOULD LIKE

11    TO ASK MR. VAL FRIDMAN ALSO THAT HE EXPLAINED --

12          THE COURT:  DO WE HAVE A STIPULATION THAT VAL

13    FRIDMAN CAN SERVE AS AN INTERPRETER FOR THE DEFENDANT?

14          MR. MOKRI:  WE CAN AGREE TO THAT.

15          MR. MURRAY:  I MEAN -- WE ARE GETTING INTO A FUNNY

16    AREA.  ROSA FRIDMAN TESTIFIED IN ENGLISH THE ENTIRE TRIAL

17    IN THE UNDERLYING CASE AND I UNDERSTAND VAL FRIDMAN IS

18    NOT A CERTIFIED INTERPRETER.

19          THE COURT:  NO, HE IS NOT.  THAT IS WHY I NEED A

20    STIPULATION.  IF YOU DON'T WANT TO STIPULATE, THAT'S

21    FINE. JUST GO AHEAD.

22          MR. MOKRI:  MISS FRIDMAN, YOU UNDERSTOOD ALL THE

23    TERMS OF THE SETTLEMENT AGREEMENT, CORRECT?

24          MS. FRIDMAN:  I'M NOT SURE.

25          THE COURT:  SEE THAT IS MY PROBLEM.

26          MR. MOKRI:  THAT IS WHY, YOUR HONOR, I LIKE TO

1    HAVE A STIPULATION FOR VAL FRIDMAN TO EXPLAIN TO HER.

2            THE COURT:  IF HE DOESN'T WANT TO STIPULATE, I

3    CAN'T ENFORCE IT.  LET ME CHECK TO SEE IF WE HAVE A

4    RUSSIAN LANGUAGE INTERPRETER THAT WE CAN GET UP HERE.

5            MR. MURRAY:  THIS IS JUST A THOUGHT.  IT WOULDN'T

6    REQUIRE MY STIPULATION BUT IT WOULD BE A QUESTION FROM

7    COUNSEL, DOES MISS ROSA FRIDMAN AGREE TO WAIVE A

8    CERTIFIED INTERPRETER AND USE THE SERVICES OF HER SON?

9            THE COURT:  I THINK I NEED TO HAVE BOTH OF YOU

10   AGREE TO THAT; OTHERWISE, I CAN'T DO IT.

11           MR. MOKRI:  I AM THE ONE THAT OFFERED, YOUR HONOR.

12           THE COURT:  SURE.  LET ME SEE DO WE HAVE AN

13   INTERPRETER?

14           THE CLERK:  I AM GOING TO CHECK RIGHT NOW.  I WAS

15   GETTING THE PHONE NUMBER.

16           THE COURT:  WE HAVE NO CERTIFIED INTERPRETER.

17           MR. MOKRI:  I PROPOSE, YOUR HONOR, WE STIPULATE TO

18   MR. VAL FRIDMAN, THE SON OF ROSA FRIDMAN, TO ACT AS AN

19   INTERPRETER.

20           MR. MURRAY:  YOUR HONOR, CAN WE GO OFF THE RECORD?

21           THE COURT:  WE CAN GO OFF THE RECORD.

22

23           (OFF THE RECORD DISCUSSION WAS HELD:)

24

25           THE COURT:  WILL THE CLERK, PLEASE, SWEAR IN THE

26   TEMPORARY INTERPRETER.

```
 1              THE CLERK:  RAISE YOUR RIGHT HAND.

 2                   DO YOU SOLEMNLY STATE THAT YOU WILL

 3     INTERPRET THE ENGLISH LANGUAGE INTO THE RUSSIAN LANGUAGE

 4     AND THE RUSSIAN LANGUAGE INTO THE ENGLISH LANGUAGE TO THE

 5     BEST OF YOUR ABILITY, SO HELP YOU GOD?

 6              MR. FRIDMAN:  I DO.

 7              THE CLERK:  PLEASE, STATE YOUR FULL NAME AND SPELL

 8     YOUR LAST NAME FOR THE RECORD.

 9              MR. FRIDMAN:  VAL FRIDMAN, LAST NAME F-R-I-D, AS

10     IN DAVID, M-A-N.

11              THE CLERK:  THANK YOU.

12              THE COURT:  COUNSEL, YOU MAY INQUIRE.

13              MR. MOKRI:  MISS FRIDMAN, YOU HEARD ME PUTTING THE

14     TERMS OF THE SETTLEMENT AGREEMENT ON THE RECORD, CORRECT?

15              MS. FRIDMAN:  YES (IN ENGLISH).

16              MR. MOKRI:  YOU AGREE WITH THE TERMS OF THE

17     SETTLEMENT AGREEMENT AS I PUT IT IN THE RECORD?

18              MS. FRIDMAN:  YES (IN ENGLISH).

19              MR. MOKRI:  WE REVIEWED AND WENT OVER THESE TERMS

20     TWO OR THREE TIMES BEFORE WE COME TO THE COUNSEL TABLE,

21     CORRECT?

22              MS. FRIDMAN:  YES (IN ENGLISH).

23              MR. FRIDMAN:  SHE SAID "YES."

24              MR. MOKRI:  ARE YOU VOLUNTARILY AGREEING TO THE

25     TERMS OF THIS SETTLEMENT AS WE PUT ON THE RECORD?

26              MR. FRIDMAN:  SHE SAID "YES."
```

1          MR. MOKRI:  DO YOU HAVE ANY QUESTIONS FROM ME OR

2     THE COURT ABOUT THE SETTLEMENT AGREEMENT?

3          MR. FRIDMAN:  SHE IS ASKING IF THIS WILL BE THE

4     END OF THIS COURT PROCEEDINGS.

5          MR. MOKRI:  OKAY.  WITH THIS SETTLEMENT AGREEMENT,

6     THIS WILL BE THE END OF THIS COURT PROCEEDING; DO YOU

7     UNDERSTAND THAT?

8          MR. FRIDMAN:  SHE SAID, "YES."

9          MR. MOKRI:  DOES THE COURT HAVE ANY QUESTIONS

10    REGARDING --

11         THE COURT:  NO.  COUNSEL, DO YOU?

12         MR. FRIDMAN:  SHE AGREES WITH THE SETTLEMENT

13    AGREEMENT.  THAT IS WHAT SHE SAID.

14         THE COURT:  DID PLAINTIFF'S COUNSEL HAVE A

15    QUESTION?

16         MR. MURRAY:  I'M OVERLY CAUTIOUS.  BUT YOUR

17    QUESTIONS WERE SOLELY DID SHE UNDERSTAND WHAT YOU READ

18    INTO THE RECORD.

19              I, ALSO, READ PART OF THE SETTLEMENT

20    AGREEMENT INTO THE RECORD AND I WANT TO MAKE SURE SHE

21    UNDERSTANDS AND AGREES WITH THAT.

22              THAT A PROPOSED ORDER WILL BE SUBMITTED

23    FOR THE COURT'S SIGNATURE PURSUANT TO THE SETTLEMENT

24    AGREEMENT.

25              IT WILL CONTAIN THE TERMS OF THE

26    SETTLEMENT AGREEMENT AND THEN IT WILL BE DISMISSED WITH

1    PREJUDICE UPON EXECUTION OF THE ORDER BY THE COURT.

2              THE PURPOSE OF THIS ORDER IS TO RECORD IT

3    WITH THE COUNTY RECORDER.

4              MR. FRIDMAN:  SHE IS ASKING IS IT GOING TO BE

5    COMPLETELY DONE ONCE YOU FILE --

6              MR. MURRAY:  THIS CASE WILL BE RESOLVED.

7              MR. FRIDMAN:  WHAT OTHER CASES ARE THERE?

8              MR. MOKRI:  LET ME ASK THE QUESTION.  LET ME JUST

9    CLEAR THAT ISSUE.  MISS FRIDMAN, DO YOU UNDERSTAND THAT

10   AFTER --

11             THE COURT:  COUNSEL, PART OF THE AGREEMENT WAS

12   THERE WOULD BE A 1542 WAIVER AND THAT TAKES CARE OF ANY

13   CLAIMS BETWEEN THESE FOLKS FOR ALL HISTORY.

14             MR. MOKRI:  CORRECT, YOUR HONOR.

15             MISS FRIDMAN, DO YOU UNDERSTAND THAT WITH

16   SIGNING THIS SETTLEMENT AGREEMENT, THIS IS GOING TO

17   RESOLVE THIS CASE BETWEEN YOU AND KARL AVETOOM?

18             THE COURT:  SPEAK UP, LOUD, COUNSEL.  LOOK, MAKE

19   SURE SHE UNDERSTAND THIS COVERS ANY AND ALL CLAIMS EVEN

20   THOSE THAT ARE KNOWN.

21             MR. MOKRI:  MISS FRIDMAN, DO YOU UNDERSTAND THAT

22   THIS SETTLEMENT AGREEMENT COVERS ANY AND ALL CLAIMS KNOWN

23   OR UNKNOWN BETWEEN YOU AND MR. KARL AVETOOM.  TRANSLATE.

24             MS. FRIDMAN:  YES, THANK YOU (IN ENGLISH).

25             THE COURT:  MISS REPORTER, DID YOU GET IT?

26             THE REPORTER:  YES.

1          MR. MOKRI:  MISS FRIDMAN, DO YOU UNDERSTAND THAT

2    COUNSEL FOR MR. AVETOOM WILL PREPARE A PROPOSED ORDER AND

3    SUBMIT IT TO THE JUDGE FOR THE TERMS OF THIS SETTLEMENT

4    AGREEMENT TO BECOME THE ORDER OF THE COURT?

5          MR. FRIDMAN:  AM I GOING TO GET A LETTER?

6          MR. MOKRI:  YEAH, THE PROPOSED ORDER AFTER IT IS

7    SIGNED BY THE JUDGE.

8          MS. FRIDMAN:  CAN I HELP -- CONCLUSION.  THANK

9    YOU, VERY MUCH (IN ENGLISH).

10         THE COURT:  DID SHE UNDERSTAND THAT ANY ORDER THAT

11   I'M BEING ASKED TO SIGN WILL BE SUBMITTED TO HER ATTORNEY

12   FOR APPROVAL AS TO FORM AND CONTENT?

13         MR. MOKRI:  MISS FRIDMAN, DO YOU UNDERSTAND THAT

14   THE ORDER THAT THE JUDGE IS GOING TO BE SIGNING IS GOING

15   TO BE SUBMITTED TO ME TO PROVIDE IT TO YOU TO APPROVE AS

16   TO FORM AND THE CONTENT?

17         MS. FRIDMAN:  YES (IN ENGLISH).

18         MR. FRIDMAN:  SHE UNDERSTANDS SHE IS BEING A

19   LITTLE BIT EMOTIONAL.  SHE KEEPS TALKING ABOUT HER COURT

20   PROCEEDINGS.  IT HAS BEEN GOING ON FOR 12 YEARS.  SHE IS

21   REALLY UPSET ABOUT IT.

22         THE COURT:  THAT IS WHAT I COUNTED 12 YEARS.

23         MR. MURRAY:  YOUR HONOR, I WANT TO MAKE SURE THAT

24   MY CLIENT DOES NOT WAIVE HIS RIGHTS TO ENFORCE THE

25   UNDERLYING JUDGMENT.

26         THE COURT:  PART OF THIS AGREEMENT WAS THAT THEY

1    ARE CONFIRMING THE UNDERLYING JUDGMENT AND ITS

2    ENFORCEABILITY WILL BE OCCASIONED BY THE RECORDING OF THE

3    ORDER YOU ARE GOING TO ASK ME TO SIGN.

4                SO I CAN ONLY ASSUME FROM THAT, THAT PART

5    OF THE AGREEMENT IS THERE WILL BE A LIEN ON PROPERTY THAT

6    WILL BE ESTABLISHED BY THIS AND CONFIRMED BY THIS

7    BECAUSE I THINK THERE IS AN ABSTRACT OF JUDGMENT ALREADY,

8    IF I'M NOT MISTAKEN FROM READING DOCUMENTS.

9           MR. MOKRI:  YES, YOUR HONOR.

10         THE COURT:  THOSE ARE PERFECTED RIGHTS.  WE ARE

11    NOT DOING ANYTHING ABOUT PERFECTED RIGHTS.

12         MR. MOKRI:  YOUR HONOR, THE TERMS OF THE AGREEMENT

13    SAYS ROSA FRIDMAN STIPULATED THAT THE JUDGMENT IS

14    ENFORCED.

15         THE COURT:  YES.  THAT IS WHAT I UNDERSTOOD.

16    THANK YOU.

17             ANYTHING FURTHER?

18         MR. MOKRI:  THAT'S ALL.

19         THE COURT:  THANK YOU, VERY MUCH.

20         MR. MURRAY:  WE WILL PREPARE A PROPOSED ORDER.

21         THE COURT:  MAKE SURE YOU TAKE ALL YOUR DOCUMENTS.

22    WE WILL SET AN OSC RE DISMISSAL.  HOW MUCH TIME DO YOU

23    WANT?

24         MR. MOKRI:  THIRTY DAYS.

25         MR. MURRAY:  THIRTY DAYS.

26         THE COURT:  THIRTY DAYS IS NOT ENOUGH.

12

1          MR. MOKRI:  FORTY-FIVE.

2          THE COURT:  FORTY-FIVE DAYS.  THAT WILL BE

3     SEPTEMBER.  I GUESS IT WOULD BE THE 30TH OF AUGUST AT

4     9:00 O'CLOCK.  IF A DISMISSAL IS FILED BEFORE THEN,

5     NOBODY NEEDS TO APPEAR.

6          THE CLERK:  NOTICE WAIVED?

7          THE COURT:  NOTICE WAIVED?

8          MR. MOKRI:  NOTICE WAIVED.

9          MR. MURRAY:  YES, YOUR HONOR.

10

11               (PROCEEDINGS CONCLUDED.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                 COUNTY OF ORANGE, CENTRAL JUSTICE CENTER
 3       DEPARTMENT C-18        HON. THEODORE R. HOWARD, JUDGE
 4
 5       KARL AVETOOM, AN INDIVIDUAL,         )
                                              )
 6                              PLAINTIFF,    )
                                              )
 7             VS.                            ) CASE NO. 30-2015-
                                              ) 00820760-CU-FR-CJC
 8       ROBERT RISBROUGH, AN INDIVIDUAL;     )
         DARLING & RISBROUGH, LLP, A          ) REPORTER'S
 9       CALIFORNIA LIMITED LIABILITY         ) CERTIFICATE
         PARTNERSHIP; MOISEY FRIDMAN, AN      )
10       INDIVIDUAL, ROSA FRIDMAN, AN         )
         INDIVIDUAL, AND AS TRUSTEE FOR THE   )
11       MOISEY FRIDMAN AND ROSA FRIDMAN      )
         TRUST, AND THE FRIDMAN FAMILY        )
12       TRUST, AND DOES 1 THROUGH 20         )
         INCLUSIVE,                           )
13                              DEFENDANTS. )
         _____)
14
15              I, MARY C. WEBB, OFFICIAL REPORTER OF THE
16       SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY
17       OF LOS ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING,
18       PAGES 1 TO 12, COMPRISES A FULL, TRUE AND CORRECT
19       TRANSCRIPT OF THE PROCEEDINGS TAKEN IN THE ABOVE-ENTITLED
20       CAUSE ON JULY 9, 2019.
21              DATED THIS 24TH DAY OF 2019.
22
23              Mary Catherine Webb
24
25              CSR #4347
26              OFFICIAL REPORTER PRO TEMPORE
```

## A

**ABILITY** 7:5
**ABOVE-ENTITLED** 13:19
**ABSTRACT** 11:7
**ACT** 6:18
**ACTION** 3:1
**AFTERNOON** 1:2,13
**AGREE** 2:21,23,26 3:5,24 4:2,16 5:14 6:7,10 7:16
**AGREED** 4:23
**AGREEING** 7:24
**AGREEMENT** 3:4,8 3:10,21,25 4:4,14,17 4:20 5:1,4,23 7:14 7:17 8:2,5,13,20,24 8:26 9:11,16,22 10:4 10:26 11:5,12
**AGREEMENTS** 4:10
**AGREES** 8:12,21
**AHEAD** 5:21
**ALEX** 2:20,21
**ALPHABETICAL** 3:5
**ANA** 2:10 1:1
**ANGELES** 2:4 13:17
**APPEAR** 12:5
**APPEARANCES** 2:1 1:10
**APPROVAL** 10:12
**APPROVE** 10:15
**APRIL** 2:9
**ARCE** 2:11
**AREA** 5:16
**ASKED** 10:11
**ASKING** 8:3 9:4
**ASSOCIATES** 2:7
**ASSUME** 11:4
**ATTORNEY** 10:11
**AUGUST** 12:3
**AUTHORITY** 3:4
**AVETOOM** 1:4 1:8 2:11 4:9,12,15,18,21 5:2,5 9:17,23 10:2 13:5
**A-R-C-E** 2:11

## B

**B** 3:11
**BARRIER** 1:19
**BEACH** 2:6,17
**BEHALF** 1:11,14
**BELONG** 2:19
**BELONGS** 2:20
**BEST** 7:5
**BIT** 10:19
**BLACKBEARD** 4:21
**BLACKBIRD** 2:5,16 4:22
**BRAD** 2:8 1:13

## C

**C** 13:15
**CALIFORNIA** 1:1,8 2:4,10 1:1 2:6,17 13:1,9,16
**CARE** 9:12
**CASE** 1:6 1:18 2:11 2:11,24 5:17 9:6,17 13:7
**CASES** 9:7
**CAUSE** 13:20
**CAUTIOUS** 8:16
**CCP** 2:25
**CENTER** 1:2 13:2
**CENTRAL** 1:2 13:2
**CERTIFICATE** 13:9
**CERTIFIED** 5:18 6:8 6:16
**CERTIFY** 13:17
**CHANGED** 1:8
**CHARLES** 2:2 1:11
**CHECK** 6:3,14
**CHRONOLOGIC...** 3:5
**CLAIMS** 9:13,19,22
**CLARIFY** 4:21
**CLEAR** 4:5 9:9
**CLERK** 6:14,25 7:1,7 7:11 12:6
**CLIENT** 3:16 4:8 5:6 10:24
**CLIENTS** 3:15
**CODE** 2:6

**COME** 7:20
**COMMONLY** 2:5,15
**COMPLETELY** 9:5
**COMPRISES** 13:18
**CONCERNS** 5:1
**CONCLUDED** 12:11
**CONCLUSION** 10:8
**CONFIRMED** 11:6
**CONFIRMING** 11:1
**CONTAIN** 8:25
**CONTENT** 10:12,16
**CORRECT** 5:23 7:14 7:21 9:14 13:18
**COUNSEL** 1:10,15 4:23 6:7 7:12,20 8:11,14 9:11,18 10:2
**COUNTED** 10:22
**COUNTY** 1:2 3:11 9:3 13:2,16
**COURT** 1:1 1:5,7,20 1:22,26 2:25 3:7,14 3:18 4:1,8,23 5:6,10 5:12,19,25 6:2,9,12 6:16,21,25 7:12 8:2 8:4,6,9,11,14 9:1,11 9:18,25 10:4,10,19 10:22,26 11:10,15 11:19,21,26 12:2,7 13:1,16
**COURT'S** 8:23
**COVERS** 9:19,22
**CSR** 1:25 13:25
**C-18** 1:3 13:3

## D

**D** 3:1
**DARLING** 1:8 13:8
**DATED** 13:21
**DAVID** 7:10
**DAY** 13:21
**DAYS** 11:24,25,26 12:2
**DECLARATION** 2:8
**DEFENDANT** 1:14 5:13
**DEFENDANTS** 1:12 2:7 13:13

## DEPARTMENT 1:3 13:3

**DISCUSSED** 2:3
**DISCUSSION** 6:23
**DISMISSAL** 2:24 3:6 3:6 11:22 12:4
**DISMISSED** 8:26
**DOCUMENTS** 11:8 11:21
**DOING** 11:11

## E

**E** 3:1,11
**EAST** 2:9
**EMOTIONAL** 10:19
**ENFORCE** 6:3 10:24
**ENFORCEABILITY** 11:2
**ENFORCED** 11:14
**ENGLISH** 3:25 5:16 7:3,4,15,18,22 9:24 10:9,17
**ENTER** 3:4
**ENTERED** 3:7 5:7
**ENTERING** 5:3
**ENTIRE** 5:16
**ESQ** 2:2,8
**ESTABLISHED** 2:9 11:6
**EXECUTING** 3:7
**EXECUTION** 9:1
**EXPLAIN** 6:1
**EXPLAINED** 5:11

## F

**FAMILY** 1:11 2:7,8 2:13,15 3:1 13:11
**FILE** 2:26 9:5
**FILED** 12:4
**FINE** 5:21
**FIRST** 2:9 3:15
**FLOWER** 2:3
**FOLKS** 9:13
**FOLLOWING** 1:4
**FOLLOWS** 2:18
**FOREGOING** 13:17
**FORM** 10:12,16

**FORTY-FIVE** 12:1,2
**FRIDMAN** 1:9,9,10
  1:10,11 1:9,14,16,17
  1:18,18 2:4,7,8,10
  2:13,14,15,19,20,21
  3:20,26 4:5 5:11,13
  5:16,17,22,24 6:1,7
  6:18,18 7:6,9,9,13
  7:15,18,22,23,26 8:3
  8:8,12 9:4,7,9,15,21
  9:24 10:1,5,8,13,17
  10:18 11:13 13:9,10
  13:11,11,11
**FULL** 7:7 13:18
**FUNNY** 5:15
**FURTHER** 3:5 4:7
  11:17
**F-R-I-D** 7:9

**G**
**GETTING** 5:15 6:15
**GO** 5:21 6:20,21
**GOD** 7:5
**GOING** 1:26 4:2 6:14
  9:4,16 10:5,14,14,20
  11:3
**GOOD** 1:13
**GUESS** 12:3

**H**
**H** 3:11
**HAND** 7:1
**HEAR** 4:9 5:6
**HEARD** 3:20 7:13
**HELD** 1:4 2:18 6:23
**HELP** 1:18 7:5 10:8
**HISTORY** 9:13
**HON** 13:3
**HONOR** 1:13,25 3:9
  3:13,17 4:7,25 5:26
  6:11,17,20 9:14
  10:23 11:9,12 12:9
**HONORABLE** 1:15
**HOWARD** 1:15 13:3
**HUNTINGTON** 2:6
  2:16

**I**

**III** 2:2
**INCLUSIVE** 1:12
  13:12
**INCOMPLIANCE**
  4:14
**INDEX** 3:5
**INDIVIDUAL** 1:4,7,9
  1:10 13:5,8,10,10
**INDIVIDUALLY**
  1:14 2:12
**INQUIRE** 3:14 4:8
  7:12
**INTEREST** 2:19,20
  2:21
**INTERPRET** 7:3
**INTERPRETER** 5:13
  5:18 6:4,8,13,16,19
  6:26
**ISSUE** 9:9

**J**
**JUDGE** 1:15 3:22
  10:3,7,14 13:3
**JUDGMENT** 2:10,22
  4:14 10:25 11:1,7,13
**JULY** 1:17 3:3 1:1
  13:20
**JURISDICTION**
  2:25
**JUSTICE** 1:2 13:2

**K**
**KARL** 1:4 9:17,23
  13:5
**KEEPS** 10:19
**KNOWN** 2:5,16 9:20
  9:22

**L**
**L** 2:2
**LANE** 2:5,16 4:22,22
**LANGUAGE** 1:19,20
  6:4 7:3,3,4,4
**LEGAL** 3:1
**LETTER** 10:5
**LIABILITY** 1:8 13:9
**LIEN** 11:5
**LIMITED** 1:8 13:9

**LITTLE** 10:19
**LLP** 1:8 13:8
**LOOK** 9:18
**LOS** 2:4 13:17
**LOUD** 9:18

**M**
**MARY** 1:25 13:15
**MATTER** 1:8
**MEAN** 5:15
**MISTAKEN** 11:8
**MOISEY** 1:9,10 13:9
  13:11
**MOKRI** 2:8 1:13,14
  1:21,25 2:2,4 3:13
  3:16,19 4:2,7,25
  5:10,14,22,26 6:11
  6:17 7:13,16,19,24
  8:1,5,9 9:8,14,21
  10:1,6,13 11:9,12,18
  11:24 12:1,8
**MORKI** 2:7
**MURRAY** 2:2 1:11
  1:11,24 2:3 3:5 4:9
  4:13,16,19,24,26 5:3
  5:15 6:5,20 8:16 9:6
  10:23 11:20,25 12:9
**MUTUAL** 2:23
**M-A-N** 7:10

**N**
**N** 3:1
**NAME** 1:8 7:7,8,9
**NEED** 5:19 6:9
**NEEDS** 12:5
**NOTICE** 12:6,7,8
**NUMBER** 2:6,11,16
  6:15

**O**
**OCCASIONED** 11:2
**OFFERED** 3:13 6:11
**OFFICE** 3:12
**OFFICIAL** 1:26
  13:15,26
**OH** 1:20
**OKAY** 1:22 3:16 8:5
**ONCE** 9:5

**OPEN** 1:5
**ORANGE** 1:2 13:2
**ORDER** 3:7,9,11 8:22
  9:1,2 10:2,4,6,10,14
  11:3,20
**OSC** 11:22
**OVERLY** 8:16
**OWNED** 2:7
**O'CLOCK** 12:4

**P**
**PAGES** 13:18
**PART** 5:9 8:19 9:11
  10:26 11:4
**PARTIES** 2:4,21,23
  2:26 3:3,5
**PARTNERSHIP** 1:9
  13:9
**PERCENT** 2:19
**PERFECTED** 11:10
  11:11
**PERMIT** 5:10
**PHONE** 6:15
**PLAINTIFF** 1:5 2:2
  1:12 3:10 13:6
**PLAINTIFF'S** 8:14
**PLAN** 4:13
**PLEASE** 6:25 7:7
**PREJUDICE** 2:24
  3:6 9:1
**PREPARE** 10:2
  11:20
**PREPARING** 4:13
**PRO** 1:26 13:26
**PROBABLY** 2:3
**PROBLEM** 5:25
**PROCEEDING** 8:6
**PROCEEDINGS**
  1:16 1:4 8:4 10:20
  12:11 13:19
**PROMISES** 5:8
**PROPERTY** 2:5,15
  2:15,18 11:5
**PROPOSE** 6:17
**PROPOSED** 4:13
  8:22 10:2,6 11:20
**PROVIDE** 10:15

3

**PROVIDED** 2:7
**PURPOSE** 3:9 9:2
**PURSUANT** 8:23
**PUT** 2:2 7:17,25
**PUTTING** 3:20 7:13

---

### Q

**QUESTION** 5:7 6:6
  8:15 9:8
**QUESTIONS** 4:19,26
  8:1,9,17

---

### R

**R** 1:15 13:3
**RAISE** 7:1
**REACHED** 1:23
**READ** 3:22 4:10 8:17
  8:19
**READING** 11:8
**REALLY** 4:5 10:21
**RECITATION** 4:10
**RECITE** 1:26
**RECORD** 1:7 3:11,22
  4:11 6:20,21,23 7:8
  7:14,17,25 8:18,20
  9:2
**RECORDER** 9:3
**RECORDER'S** 3:11
**RECORDING** 11:2
**REDUCE** 3:10
**REFLECTING** 3:7
**REGARDING** 4:19
  8:10
**RELEASE** 2:23
**REMAINDER** 2:20
**REPORTER** 1:26
  9:25,26 13:15,26
**REPORTER'S** 1:16
  13:8
**REPRESENT** 2:4 3:3
**REPRESENTS** 2:14
**REQUIRE** 6:6
**RESOLVE** 9:17
**RESOLVED** 9:6
**RETAINING** 2:25
**REVIEWED** 7:19
**RIGHT** 3:14 6:14 7:1

**RIGHTS** 10:24 11:10
  11:11
**RISBROUGH** 1:7,8
  1:8 13:8,8
**ROBERT** 1:7 13:8
**ROSA** 1:9,10 1:14,16
  1:18 2:4,10,14,19
  5:16 6:7,18 11:13
  13:10,11
**RUSSIAN** 1:21 6:4
  7:3,4

---

### S

**S** 3:11
**SANTA** 2:10 1:1
**SAYS** 11:13
**SEE** 5:25 6:3,12
**SEPTEMBER** 12:3
**SERVE** 5:13
**SERVICES** 6:8
**SESSION** 1:2
**SET** 11:22
**SETTLEMENT** 1:23
  2:1 3:4,8,10,21,21
  3:25 4:3,10,14,17,20
  5:1,3,9,23 7:14,17
  7:25 8:2,5,12,19,23
  8:26 9:16,22 10:3
**SIGN** 10:11 11:3
**SIGNATURE** 8:23
**SIGNED** 10:7
**SIGNING** 9:16 10:14
**SIT** 3:16
**SOLELY** 8:17
**SOLEMNLY** 7:2
**SON** 1:18 6:8,18
**SORRY** 1:9
**SOUTH** 2:3
**SPEAK** 9:18
**SPELL** 7:7
**STATE** 1:1 7:2,7 13:1
  13:16
**STIPULATE** 2:10
  5:20 6:2,17
**STIPULATED** 11:13
**STIPULATION** 5:12
  5:20 6:1,6

**STREET** 2:3,9
**SUBMIT** 10:3
**SUBMITTED** 8:22
  10:11,15
**SUITE** 2:3,9
**SUPERIOR** 1:1 13:1
  13:16
**SURE** 5:24 6:12 8:20
  9:19 10:23 11:21
**SWEAR** 6:25

---

### T

**T** 3:11
**TABLE** 1:15 7:20
**TAKE** 11:21
**TAKEN** 13:19
**TAKES** 9:12
**TALKING** 10:19
**TEMPORARY** 6:26
**TEMPORE** 1:26
  13:26
**TERMS** 1:26 2:2 3:21
  3:23,24 4:3,16 5:23
  7:14,16,19,25 8:25
  10:3 11:12
**TESTIFIED** 5:16
**THANK** 1:22 3:19
  4:1 7:11 9:24 10:8
  11:16,19
**THEODORE** 1:15
  13:3
**THINK** 6:9 11:7
**THIRTY** 11:24,25,26
**THOUGHT** 6:5
**THREATS** 5:8
**THREE** 7:20
**TIME** 11:22
**TIMES** 7:20
**TRANSCRIPT** 1:16
  13:19
**TRANSLATE** 9:23
**TRIAL** 5:16
**TRUE** 13:18
**TRUST** 1:11,11 2:7,8
  2:8,13,15,18 13:11
  13:12
**TRUSTEE** 1:10 1:15

2:13 13:10
**TRY** 4:3
**TUESDAY** 1:1
**TWO** 7:20

---

### U

**UNDERLYING** 5:17
  10:25 11:1
**UNDERSTAND** 1:19
  1:23 3:22 4:3,5 5:17
  8:7,17 9:9,15,19,21
  10:1,10,13
**UNDERSTANDS**
  8:21 10:18
**UNDERSTOOD** 5:22
  11:15
**UNKNOWN** 9:23
**UPSET** 10:21
**USE** 6:8

---

### V

**VAL** 1:17 5:11,12,17
  6:1,18 7:9
**VALID** 2:12
**VERSUS** 2:11
**VOLUNTARILY**
  7:24
**VS** 1:6 1:8 13:7

---

### W

**WAIVE** 6:7 10:24
**WAIVED** 12:6,7,8
**WAIVER** 2:24 9:12
**WANT** 3:14 4:8 5:20
  6:2 8:20 10:23 11:23
**WEBB** 1:25 13:15
**WENT** 7:19
**WILLING** 5:4
**WILLINGLY** 5:8
**WITNESSES** 3:5
**WOULDN'T** 6:5

---

### X

**X** 3:1,11

---

### Y

**YEAH** 10:6
**YEARS** 10:20,22

| **Z** | **9** |
|---|---|
| **ZIP** 2:6 | **9** 1:17 3:3 1:1 13:20 |
| | **9:00** 12:4 |
| **#** | **900** 2:9 |
| **#4347** 13:25 | **90071** 2:4 |
| | **92649** 2:6 |
| **0** | **92705** 2:10 |
| **00820760-CU-FR-...** | |
|   1:7 13:7 | |
| | |
| **1** | |
| **1** 1:11 13:12,18 | |
| **12** 10:20,22 13:18 | |
| **14TH** 2:9 | |
| **1542** 2:24 9:12 | |
| **16542** 2:5,16 | |
| **16778,Signature** | |
|   13:24 | |
| **1851** 2:9 | |
| | |
| **2** | |
| **20** 1:11 13:12 | |
| **2000** 2:9 | |
| **2019** 1:17 3:3 1:1 | |
|   13:20,21 | |
| **213** 2:5 | |
| **24TH** 13:21 | |
| **2530** 2:3 | |
| | |
| **3** | |
| **30TH** 12:3 | |
| **30-2010-00345490** | |
|   2:12 | |
| **30-2015** 1:6 13:7 | |
| **304** 2:6,16 | |
| | |
| **4** | |
| **4347** 1:25 | |
| **444** 2:3 | |
| | |
| **6** | |
| **627-5983** 2:5 | |
| **664.6** 2:25 | |
| **68.3** 2:19 | |
| | |
| **7** | |
| **714)619-9395** 2:11 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EXHIBIT "2"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

Contract

This agreement ("Contract") is entered into on Oct 3, 2019
between Karl Avetoom ("creditor") and Rosa
Fridman (Debtor) in her personal capacity and, also
in her capacity as Trustee to the Fridman
family Estate Established April 14, 2000. Creditor
hereby promises not to initiate any foreclosure
proceedings on Debtor's property Known as 16542-
Black Beard Lane, #304, Huntington Beach, CA 92647
(APN 931-71-030) ("the Property") to satisfy the
remaining balance owed to Creditor in Orange
county Superior court case number 30-2010-00345490
(Avetoom v, Avce, Fridman) as long as the Debtor
resides in the Property, or until such time that
Debtor vacates the property for any reason Debtor files
including assisted living, or in event Debtor files
for bankruptcy protection. In consideration,
Debtor agrees not to encumber the Property.
transfer, assign or otherwise dispose of her
interest in the Property, pay all property taxes
pay all HOA dues and assessments on said property
and consents to give Creditor a lien against Debtor's
undivided interest of 68.3% in the Property as security
to satisfy the outstanding balance owed on the
judgment obtained by Creditor against Debtor
entered November 18, 2011 in 30-2010-00345490.

_____

Creditor

Ann Stanton
Oct 3, 2019
Witness

_____

Debtor

714-853-0761

witness
HERBERT CONRAD
10.3.2019

- END -

#

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 10/03/2019                    TIME: 09:00:00 AM          DEPT:  C66

JUDICIAL OFFICER PRESIDING: Sherri Honer
CLERK: A. Arreola
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: Davon Velasquez, J McMillion

CASE NO: **30-2010-00345490-CU-PO-CJC**  CASE INIT.DATE: 02/18/2010
CASE TITLE: **Avetoom vs. Arce**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: PI/PD/WD - Other

EVENT ID/DOCUMENT ID: 73119833

**EVENT TYPE:** Appearance and Examination of Judgment Debtor
MOVING PARTY: Karl Avetoom
CAUSAL DOCUMENT/DATE FILED: Application and Order for Appearance and Examination of
Judgment Debtor, 07/16/2019

**APPEARANCES**
Karl Avetoom, Plaintiff is present.
Rosa Fridman, Interested Party is present.
Rosa Fridman, self represented Witness, present.

Certified interpreter Boshyan, Liliya / Armenian (Eastern), Badge Number 301041 is present.  The
certification or registration number has been validated and identification has been verified by the badge
issued by the Judicial Council.  The interpreter oath is on file.  The court provided interpreter is present
to interpret for Rosa Fridman.

Discussion held regarding passed issues with previous examinations. The Court orders both parties to
proceed with the Judgment Debtor Examination.

Back in open court, the Court and both parties discuss further issues with the examination and
production of documents. Judgment Creditor also requests Judgment Debtor's son not be present during
the examination because of constant interruptions during the examination.

Judgment Creditor is also requesting a turn over order in the courtroom.

Judgment Creditor was handed $59.00 in cash in open court.

Judgment Creditor requests a continuance to have Judgment Debtor produce page 3 of the trust.

Appearance and Examination of Judgment Debtor Rosa Fridman continued to 10/31/2019 at 09:00 AM
in this department pursuant to party's motion.

Judgment Debtor to produce page 3 of the trust document discussed in open court.

CASE TITLE: Avetoom vs. Arce                    CASE NO: **30-2010-00345490-CU-PO-CJC**

The Court informs Judgment Debtor her son may not be present during the examination.

Rosa Fridman is/are ordered to return.

**Russian Interpreter is/are ordered to return.**

341 MEETING OF CREDITORS

CHAPTER 7 BANKRUPTCY

CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)


IN RE:                              )
                                    )
                                    )
ROSA A. FRIDMAN,                    )   CASE NO:  8:21-bk-10513-ES
                                    )
                 Debtor.            )
_____     )


DATE:            TUESDAY, JUNE 29, 2021


PRESIDING OFFICIAL:  TODD FREALY


<u>APPEARANCES</u>:            SEE PAGE 2


Transcribed by:        Exceptional Reporting Services, Inc.
                       P.O. Box 8365
                       Corpus Christi, TX 78468
                       361 949-2988


Proceedings recorded by electronic sound recording; transcript produced by transcription service.

2

<u>APPEARANCES FOR</u>:


Debtor:                         SCOTT TALKOV, ESQ.
                                Talkov Law
                                2900 Adams Street
                                Suite C225
                                Riverside, CA 92504


Karl Avetoom:                   KARL AVETOOM, PRO SE
                                1100 Rutland Rd.
                                No. 9
                                Newport Beach, CA 92660


Trustee:                        MELISSA DAVIS LOWE, ESQ.
                                Shulman Bastian Friedman & Bui
                                100 Spectrum Ctr. Drive
                                Suite 600
                                Irvine, CA 92618


Interpreter:                    Andrey, ID #324281

3

1                                    INDEX

2   <u>WITNESS EXAMINATION</u>                                        <u>PAGE</u>

3   ROSA FRIDMAN

4      BY MR. FREALY                                          5

5      BY MR. AVETOOM                                         9

6      BY MS. LOWE                                           36

7      BY MR. TALKOV                                         41

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          Whereupon the following 341 Meeting of Creditors was held;

2          Tuesday, June 29, 2021; 8:01 a.m.

3                    MR. FREALY:  Number 45 on the calendar, Rosa

4     Fridman, Case Number 21-10513.

5                    MR. TALKOV:  Good afternoon, Mr. Trustee.  This is

6     Scott Talkov on behalf of the Debtor.

7                    MR. FREALY:  Good afternoon.

8                    MR. TALKOV:  And the Debtor does request a

9     Russian interpreter.

10                    MR. FREALY:  Very well.  And is she on the line?

11                    MR. TALKOV:  I believe she is.

12                    MR. FREALY:  All right.  Well, we'll get --

13                    MR. TALKOV:  Rosa, are you available?¶

14                    THE DEBTOR:  Yes.

15                    MR. FREALY:  Okay.  I'll get the interpreter.  One

16     moment.

17                    (Trustee makes telephone call to interpreter)

18                    THE INTERPRETER:  Good afternoon.  My name is

19     Andrey.  Can I help you?

20                    MR. FREALY:  Hello.  Yes, this is a bankruptcy

21     examination.  I believe the Debtor is on the line.  Can you spell your

22     name, please?

23                    THE INTERPRETER:  A-n-d-r-e-y.

24                    MR. FREALY:  Andrey, okay.  Thank you.  And what

1          A     I don't remember when.

2          Q     Did you take any bankruptcy preparation or training

3     classes in 2019?

4          A     No.

5          Q     Has anyone in the last two years -- so let's say from

6     January 2019 until the date you filed your bankruptcy petition -- have

7     they filed any court action to foreclose on your Blackbeard Lane

8     property?

9                MR. TALKOV:  Can you repeat the question?  I didn't

10    understand it.

11         A     I don't know.

12         Q     I'll repeat the question.  Since January of 2019 until the

13    date she filed bankruptcy in February of 2021, has anyone filed any

14    legal case to force the sale of her Blackbeard Lane property?

15               MR. TALKOV:  Oh, (indisc.) the foreclosure.  I

16    appreciate you clarifying.  Thank you.

17         A     No.

18         Q     Well, why did you decide to file bankruptcy in 2021 of this

19    year?

20         A     I don't have money.

21         Q     Has your money stayed the same -- your income stayed

22    the same in the last two years?

23               THE INTERPRETER:  I didn't hear that.

24         A     I didn't know what to say.

1        (Proceeding ended)

2

3                        CERTIFICATION

4

5        I certify that the foregoing is a correct transcript

6   from the electronic sound recording of the proceedings in the

7   above-entitled matter.

8

9


10  _____        August 9, 2021

11

12

13

14              TONI HUDSON, TRANSCRIBER

15

16

17

18

19

20

21

22

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*EXHIBIT "3"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 08/29/2019              TIME: 09:00:00 AM          DEPT:  C66

JUDICIAL OFFICER PRESIDING: Sherri Honer
CLERK:  Debby Lamm
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT:  J McMillion

CASE NO: **30-2010-00345490-CU-PO-CJC**  CASE INIT.DATE: 02/18/2010
CASE TITLE: **Avetoom vs. Arce**
CASE CATEGORY: Civil - Unlimited       CASE TYPE: PI/PD/WD - Other

---

EVENT ID/DOCUMENT ID: 73087548

**EVENT TYPE**: Appearance and Examination of Judgment Debtor
MOVING PARTY: Karl Avetoom
CAUSAL DOCUMENT/DATE FILED: Application and Order for Appearance and Examination of
Judgment Debtor, 07/16/2019

---

**APPEARANCES**
Karl Avetoom, Plaintiff is present.
Rosa Fridman, Interested Party is present.

---

Certified interpreter Boshyan, Liliya / Russian, Badge Number 3010471 is present.  The certification or registration number has been validated and identification has been verified by the badge issued by the Judicial Council.  The interpreter oath is on file.  The court provided interpreter is present to interpret for Rosa Fridman.

Judgment debtor Rosa Fridman is sworn and examined.

Appearance and Examination of Judgment Debtor Rosa Fridman continued to 10/03/2019 at 09:00 AM in this department pursuant to party's motion.

Rosa Fridman is/are ordered to return.

Russian Interpreter is/are ordered to return.

Subpoena Duces Tecum to remain in full force and effect.

Judgment Debtor to bring documents to next hearing or give them to Judgment Creditor prior to the hearing.

Parties waive notice.

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EXHIBIT "4"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 10/03/2019                TIME: 09:00:00 AM          DEPT:  C66

JUDICIAL OFFICER PRESIDING: Sherri Honer
CLERK: A. Arreola
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: Davon Velasquez, J McMillion

CASE NO: **30-2010-00345490-CU-PO-CJC**    CASE INIT.DATE: 02/18/2010
CASE TITLE: **Avetoom vs. Arce**
CASE CATEGORY: Civil - Unlimited        CASE TYPE: PI/PD/WD - Other

---

EVENT ID/DOCUMENT ID: 73119833
**EVENT TYPE:** Appearance and Examination of Judgment Debtor
MOVING PARTY: Karl Avetoom
CAUSAL DOCUMENT/DATE FILED: Application and Order for Appearance and Examination of
Judgment Debtor, 07/16/2019

---

**APPEARANCES**
Karl Avetoom, Plaintiff is present.
Rosa Fridman, Interested Party is present.
Rosa Fridman, self represented Witness, present.
Certified interpreter Boshyan, Liliya / Armenian (Eastern), Badge Number 301041 is present.  The
certification or registration number has been validated and identification has been verified by the badge
issued by the Judicial Council.  The interpreter oath is on file.  The court provided interpreter is present
to interpret for Rosa Fridman.

Discussion held regarding passed issues with previous examinations. The Court orders both parties to
proceed with the Judgment Debtor Examination.

Back in open court, the Court and both parties discuss further issues with the examination and
production of documents. Judgment Creditor also requests Judgment Debtor's son not be present during
the examination because of constant interruptions during the examination.

Judgment Creditor is also requesting a turn over order in the courtroom.

Judgment Creditor was handed $59.00 in cash in open court.

Judgment Creditor requests a continuance to have Judgment Debtor produce page 3 of the trust.

Appearance and Examination of Judgment Debtor Rosa Fridman continued to 10/31/2019 at 09:00 AM
in this department pursuant to party's motion.

Judgment Debtor to produce page 3 of the trust document discussed in open court.

---

DATE: 10/03/2019                      MINUTE ORDER                              Page 1
DEPT:  C66                                                                    Calendar No.

CASE TITLE: Avetoom vs. Arce                    CASE NO: **30-2010-00345490-CU-PO-CJC**

The Court informs Judgment Debtor her son may not be present during the examination.

Rosa Fridman is/are ordered to return.

**Russian Interpreter is/are ordered to return.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EXHIBIT "5"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 10/31/2019              TIME: 09:00:00 AM        DEPT:  C66

JUDICIAL OFFICER PRESIDING: Sherri Honer
CLERK: Trinity Palabrica
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: J McMillion

CASE NO: 30-2010-00345490-CU-PO-CJC     CASE INIT.DATE: 02/18/2010
CASE TITLE: **Avetoom vs. Arce**
CASE CATEGORY: Civil - Unlimited       CASE TYPE: PI/PD/WD - Other

---

EVENT ID/DOCUMENT ID: 73145430

**EVENT TYPE:** Appearance and Examination of Judgment Debtor
MOVING PARTY: Karl Avetoom
CAUSAL DOCUMENT/DATE FILED: Application and Order for Appearance and Examination of
Judgment Debtor, 07/16/2019

---

**APPEARANCES**
Karl Avetoom, Plaintiff is present.
Moisey Fridman, Defendant is present.

---

Certified interpreter Boshyan, Liliya / Armenian (Eastern), Badge Number 301041 is present.  The
certification or registration number has been validated and identification has been verified by the badge
issued by the Judicial Council.  The interpreter oath is on file.  The court provided interpreter is present to
interpret for Moisey Fridman.

Judgment debtor Moisey Fridman is sworn and examined.

The Court and hears from parties regarding issues with the examination.

The Court orders the son of Judgment Debtor Moisey Fridman to not be present during examination.

A document is provided by the Judgment Debtor for the Court's review.  The Court reads relevant
information to the Judgment Creditor.  Privileged pages are not provided to the Judgment Creditor.

Thereafter, the parties resume examination.

At 11:50 AM Examination is concluded and parties are released.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EXHIBIT "6"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE** | |
|---|---|
| Central Justice Center<br>700 W. Civic Center Drive<br>Santa Ana, CA 92702 | |
| **SHORT TITLE:** Avetoom vs. Arce | |
| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | CASE NUMBER:<br>**30-2010-00345490-CU-PO-CJC** |

I certify that I am not a party to this cause. I certify that a true copy of the above Minute Order dated 08/31/20 has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practice and addressed as indicated below. This certification occurred at Santa Ana, California on 8/31/20. Following standard court practice the mailing will occur at Sacramento, California on 9/1/20.

KARL AVETOOM
1100 RUTLAND ROAD 9
NEWPORT BEACH, CA 92660

Clerk of the Court, by: _____, Deputy

I certify that I am not a party to this cause. I certify that the following document(s), Minute Order dated 08/31/20, have been transmitted electronically by Orange County Superior Court at Santa Ana, CA. The transmission originated from Orange County Superior Court email address on August 31, 2020, at 11:25:02 AM PDT. The electronically transmitted document(s) is in accordance with rule 2.251 of the California Rules of Court, addressed as shown above. The list of electronically served recipients are listed below:

KARL AVETOOM                                    THE LAW OFFICE OF JOHN D. OTT
KIA002@ATT.NET                                  JOTT@JDOLAWYERS.COM

Clerk of the Court, by: _____, Deputy

---

**CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE**

**V3 1013a (June 2004)**                                    Code of Civ. Procedure , § CCP1013(a)

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 08/31/2020                    TIME: 09:00:00 AM          DEPT:  C66

JUDICIAL OFFICER PRESIDING: Sherri Honer
CLERK: James Olivarez
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: Raquel Wangsness, None

CASE NO: **30-2010-00345490-CU-PO-CJC**  CASE INIT.DATE: 02/18/2010
CASE TITLE: **Avetoom vs. Arce**
CASE CATEGORY: Civil - Unlimited        CASE TYPE: PI/PD/WD - Other

EVENT ID/DOCUMENT ID: 73347492
**EVENT TYPE:** Appearance and Examination of Judgment Debtor
MOVING PARTY: Karl Avetoom
CAUSAL DOCUMENT/DATE FILED: Application and Order for Appearance and Examination of Judgment Debtor, 06/15/2020

**APPEARANCES**
Karl Avetoom, Plaintiff is present.
Rosa Fridman, self represented Witness, present.

Certified interpreter Boshyan, Liliya / Armenian (Eastern), Badge Number 301041 is present.  The certification or registration number has been validated and identification has been verified by the badge issued by the Judicial Council.  The interpreter oath is on file.  The court provided interpreter is present to interpret for Rosa Fridman.

Judgment debtor Rosa Fridman is sworn and examined.

The Court and parties discuss document exchange and examination of the judgment debtor.

Appearance and Examination of Judgment Debtor continued to 09/21/2020 at 10:00 AM in this department pursuant to party's motion.

Please take notice that this is a Remote Court Hearing.

Parties and witnesses MUST NOT personally appear at the courthouse. Instead, parties and witnesses MUST appear remotely.

Before your hearing date, please visit the Court's website to review the Remote Hearing Instructions.

1. Visit the Court's website at www.occourts.org
2. Click on the COVID-19 button.
3. Scroll down to the blue buttons and click on the Civil button to see the Remote Hearing Instructions.
4. Click the Remote Hearing Instructions button to open the document.
5. If you or your witnesses do not have access to the internet or cannot follow the Remote Hearing Instructions, you MUST call (657) 622-8513 as soon as possible.

CASE TITLE: Avetoom vs. Arce                    CASE NO: **30-2010-00345490-CU-PO-CJC**

---

Judgment debtor is send the judgment creditor the requested documents for the examination no later than 09/08/2020 along with an email address to set up a zoom meeting for the examination at the address listed on the judgment creditor's application and order.

Judgment creditor is instructed to confirm receipt of the documents and send a zoom meeting invitation to be scheduled for 10:30 AM after the parties check in for their remote hearing with the court.

When the parties check in for the hearing the court will review whether the documents and email have been exchanged and if the zoom meeting has been scheduled.

Rosa Fridman is/are ordered to return.

Court orders clerk to give notice.

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EXHIBIT "7"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE | |
| --- | --- |
| Central Justice Center<br>700 W. Civic Center Drive<br>Santa Ana, CA 92702 | |
| **SHORT TITLE:** Avetoom vs. Arce | |
| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | CASE NUMBER:<br>**30-2010-00345490-CU-PO-CJC** |

I certify that I am not a party to this cause. I certify that a true copy of the above Minute Order dated 09/21/20 has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practice and addressed as indicated below. This certification occurred at Santa Ana, California on 9/22/20. Following standard court practice the mailing will occur at Sacramento, California on 9/23/20.

KARL AVETOOM
1100 RUTLAND ROAD 9
NEWPORT BEACH, CA 92660

Clerk of the Court, by: _____, Deputy

I certify that I am not a party to this cause. I certify that the following document(s), Minute Order dated 09/21/20, have been transmitted electronically by Orange County Superior Court at Santa Ana, CA. The transmission originated from Orange County Superior Court email address on September 22, 2020, at 8:01:28 AM PDT. The electronically transmitted document(s) is in accordance with rule 2.251 of the California Rules of Court, addressed as shown above. The list of electronically served recipients are listed below:

KARL AVETOOM                                    KARL AVETOOM
KIA002@ATT.NET                                  KIA002@ATT.NET

ROSA FRIDMAN
ROSAFRIDMAN89@GMAIL.COM

Clerk of the Court, by: _____, Deputy

**CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE**

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE**

**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 09/21/2020                    TIME: 10:00:00 AM         DEPT:  C66

JUDICIAL OFFICER PRESIDING: Sherri Honer
CLERK: James Olivarez
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: Raquel Wangsness, None

CASE NO: **30-2010-00345490-CU-PO-CJC**  CASE INIT.DATE: 02/18/2010
CASE TITLE: **Avetoom vs. Arce**
CASE CATEGORY: Civil - Unlimited       CASE TYPE: PI/PD/WD - Other

---

EVENT ID/DOCUMENT ID: 73364877
**EVENT TYPE:** Appearance and Examination of Judgment Debtor
MOVING PARTY: Karl Avetoom
CAUSAL DOCUMENT/DATE FILED: Application and Order for Appearance and Examination of
Judgment Debtor, 06/15/2020

---

**APPEARANCES**
Karl Avetoom, Plaintiff is present.
Rosa Fridman, self represented Witness, present.

Remote hearing held.

Certified interpreter Boshyan, Liliya / Russian, Badge Number 301041 is present.  The certification or
registration number has been validated and identification has been verified by the badge issued by the
Judicial Council.  The interpreter oath is on file.  The court provided interpreter is present to interpret for
Rosa Fridman.

Judgment creditor indicates he has not received any of the documents as previously requested for the
examination to be conducted.

The Court instructs respondent to email a copy of the documents to the clerk at the
livec66@occourts.org email, the clerk will forward the documents to the judgment creditor.

Parties are instructed to check back in remotely to department C66 at 11:30 AM

10:10 AM Court declares a recess.

11:30 AM Court reconvenes with parties present as indicated above.

Judgment creditor indicates he has received the documents from the clerk, however the documents are
incomplete.

Due to the dispute over documents the court rules as follows:

Reservation for judgment creditor's motion to compel production of documents is reserved for
11/16/2020 at 1:30 PM in department C66. (Reservation number 73377496)

---

CASE TITLE: Avetoom vs. Arce                              CASE NO: **30-2010-00345490-CU-PO-CJC**

---

Judgment creditor to file and serve motion no later than 10/22/2020 or 10/16/2020 if served by mail.

Judgment debtor to file and serve response no later than 11/02/2020.


Appearance and Examination of Judgment Debtor continued to 09/21/2020 at 10:00 AM in this department pursuant to party's motion.

Please take notice that this is a Remote Court Hearing.

Parties and witnesses MUST NOT personally appear at the courthouse. Instead, parties and witnesses MUST appear remotely.

Before your hearing date, please visit the Court's website to review the Remote Hearing Instructions.

1. Visit the Court's website at www.occourts.org
2. Click on the COVID-19 button.
3. Scroll down to the blue buttons and click on the Civil button to see the Remote Hearing Instructions.
4. Click the Remote Hearing Instructions button to open the document.
5. If you or your witnesses do not have access to the internet or cannot follow the Remote Hearing Instructions, you MUST call (657) 622-8513 as soon as possible.

Clerk to request a Russian interpreter for Rosa Fridman for the 11/16/2020 Motion and Examination.

The Court informs the parties, depending on the ruling on the motion, the examination will either be continued or will go forward on the day of the hearing.

Court orders clerk to give notice.

---

DATE: 09/21/2020                           MINUTE ORDER                              Page 2
DEPT:  C66                                                                   Calendar No.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*EXHIBIT "8"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center Drive
Santa Ana, CA 92702

**SHORT TITLE:** Avetoom vs. Arce

| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | CASE NUMBER:<br>**30-2010-00345490-CU-PO-CJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above Minute Order dated 11/16/20 has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practice and addressed as indicated below. This certification occurred at Santa Ana, California on 11/20/20. Following standard court practice the mailing will occur at Sacramento, California on 11/23/20.

KARL AVETOOM                                    ROSA FRIDMAN
1100 RUTLAND ROAD 9                             16542 BLACKBEARD LANE 304
NEWPORT BEACH, CA 92660                         HUNTINGTON BEACH, CA 92649

Clerk of the Court, by: _____, Deputy

I certify that I am not a party to this cause. I certify that the following document(s), Minute Order dated 11/16/20, have been transmitted electronically by Orange County Superior Court at Santa Ana, CA. The transmission originated from Orange County Superior Court email address on November 20, 2020, at 7:20:33 AM PST. The electronically transmitted document(s) is in accordance with rule 2.251 of the California Rules of Court, addressed as shown above. The list of electronically served recipients are listed below:

KARL AVETOOM                                    ROSA FRIDMAN
KIA002@ATT.NET                                  ROSAFRIDMAN89@GMAIL.COM

Clerk of the Court, by: _____, Deputy

**CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE**

**V3 1013a (June 2004)**                                Code of Civ. Procedure , § CCP1013(a)

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 11/16/2020                    TIME: 01:30:00 PM          DEPT:  C66

JUDICIAL OFFICER PRESIDING: Sherri Honer
CLERK: James Olivarez
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: None, Susan New

CASE NO: 30-2010-00345490-CU-PO-CJC   CASE INIT.DATE: 02/18/2010
CASE TITLE: **Avetoom vs. Arce**
CASE CATEGORY: Civil - Unlimited       CASE TYPE: PI/PD/WD - Other

---

EVENT ID/DOCUMENT ID: 73377902
**EVENT TYPE:** Appearance and Examination of Judgment Debtor
MOVING PARTY: Karl Avetoom
CAUSAL DOCUMENT/DATE FILED: Application and Order for Appearance and Examination of
Judgment Debtor, 06/15/2020

---

EVENT ID/DOCUMENT ID: 73377496
**EVENT TYPE:** Motion to Compel Production
MOVING PARTY: Karl Avetoom
CAUSAL DOCUMENT/DATE FILED: Motion to Compel Production/Inspection of Documents or Things,
10/22/2020

---

**APPEARANCES**
Rosa Fridman, self represented Witness, present.
Karl Avetoom, plaintiff, present telephonically.

Remote hearing held.

Certified/Registered interpreter Liliya Boshyan / Russian, Badge Number 301041 is present.   The
certification or registration number has been validated and identification has been verified by the badge
issued by the Judicial Council.   The interpreter oath .   The  interpreter is present to interpret for Rosa
Fridman.

Rosa Fridman does not have the ability to remotely appear and is present telephonically using the
department's phone.

Judgment creditor Karl Avetoom's motion to compel production is GRANTED. Judgment debtor Rosa
Fridman shall produce, without objection, all requested documents within 10 days. To the extent Ms.
Fridman contends she is unable to comply, she must provide an explanation, under penalty of perjury,
which fully complies with Code of Civil Procedure ("CCP") § 2031.230. Judgment debtor is ordered to pay
sanctions in the sum of $129.95 to judgment creditor.

Pursuant to CCP § 2031.230, judgment debtor must provide a an explanation setting forth her
reasonable, and good faith efforts to locate all responsive documents and whether her inability to comply
is because a particular document never existed, has been destroyed, has been lost, misplaced, stolen, or
has never been or is no longer in her possession, custody, or control. The statement shall set forth the

---

Case 8:21-ap-01023-ES   Doc 25   Filed 08/27/21   Entered 08/27/21 16:49:40   Desc
Main Document      Page 72 of 150

CASE TITLE: Avetoom vs. Arce                    CASE NO: 30-2010-00345490-CU-PO-CJC

name and address of any natural person or organization known or believed by Ms. Fridman to have possession, custody or control of the item or category of items.

To the extent judgment debtor contends she already has produced responsive documents, she is ordered to provide judgment creditor with a list of each document she claims to have produced with respect to each category of documents requested and provide an additional copy of each document judgment debtor claims to have provided.

The judgment debtor examination is continued to **1/15/2021 at 9:00 a.m. in Department CXC 101** at the court's Civil Complex Center.  Judgment debtor is ordered to appear in person without further order or notice. If on the day of the exam, judgment debtor contends she is medically unable to appear, judgment debtor must provide the court with a note from medical doctor indicating same, on the physician's letterhead, and signed by the physician, and judgment debtor must be available by telephone. Failure to appear may result in a warrant being issued for Ms. Fridman's arrest.

The clerk to provide notice.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*EXHIBIT "9"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

1  MOISEY FRIDMAN, an individual
2  ROSA FRIDMAN, an individual
   16542 Blackbeard Ln., Apt 304
3  Huntington Beach, Ca 92649
   Telephone (657) 204-9728
4
5  ROSA FRIDMAN
   Individual, In pro per
6

7                      CENTRAL JUSTICE CENTER
8

9                                    )
                                     )    Case No.: 30-2010-00345490-CU-PO-CJC
10 KARL AVETOOM                      )
   an individual                     )    Assigned to:
11                                   )    Hon. Sherri Honer
12            Plaintiff              )    Dept: C-66
                                     )
13 vs.                               )       NOTICE OF COMPLIANCE AND
                                     )    RESPONSE TO SEPARATE STATEMENT
14                                   )    PURSUANT  TO  CRC  3.1345  IN
                                     )    SUPPORT  OF  PLAINTIFF'S
15                                   )    MOTION TO COMPEL PRODUCTION  OF
   ROSA FRIDMAN, an Individual,      )    DOCUMENTS AND THINGS.
16 MOISEY FRIDMAN, an Individual,    )
                                     )
17                                   )    Hearing:
18            Defendants             )    Date: January 1, 2021
                                     )    Time: 9:00 AM
19                                   )    Place: Civil Complex Center
                                     )           751 W. Santa Anna Blvd
20                                   )           Santa Ana, CA 92701
21                                   )           Dept. CXC-101
                                     )
22

23 **TO THE HONORABLE SHERRI HONER:**

24 **PLEASE TAKE NOTICE** Rosa Fridman hereby submits her Notice of Compliance and
   Response to the Demand for production of documents. Due to the unprecedented deceptive
25 behavior exhibited by Mr. Avetoom and his consequent claims of not receiving my
   documents by mail I have gathered these documents in one electronic file according to this
26 court's instructions. I will forward this electronic file to the Clerk of this Court as proof of
   service to Avetoom. A separate and unredacted copy has been sent to Mr. Avetoom
27 (Creditor) via mail as required by law together with this notice of compliance and response
28 (Please see Exhibit 3).

                      NOTICE OF COMPLIANCE AND RESPONSE...

This is not a traditional judgement debtor examination as the creditor is a malicious predator, and dually convicted felon, whose intention is to harass, intimidate, and cause physical harm to myself, the debtor. On numerous occasions the creditor has distorted the facts of the case to make me seem non-compliant and bypassed the rules of law as he thinks they do not apply to him. The reason I am forced to file these documents in such manner, yet again, is due to Avetoom's multiple false statements, and misrepresentations about me not sending the documents to him.

To be clear, I already submitted the documents requested by Avetoom on at least three separate and documented occasions. Once directly to Avetoom, and twice to the clerk of this court via email. The last time was on September 21, 2020 before the hearing, where Avetoom claimed he did not receive anything.

I humbly request that this honorable court takes notice that the creditor's constant lying and misrepresentations are, in fact, his "modus operandi". His intention is to make me appear non-cooperative with this court, so that he can inflict further hardship upon me as well as levy additional fines.

As an example, in his last filling Mr. Avetoom stated:

*"this Court's outstanding orders to produce page 3 of the Trust remains in full force and effect and outside of any statutory ability to appeal said orders."*

What Avetoom fails to mention is that during the last debtor's examination, I produced a letter from the attorney who created the Trust documents, that confirmed that page 3 was never present in the original document (Exhibit 1). Furthermore, at the last debtor's exam, the Court made a decision on this matter to allow the Trust document to be submitted as is.

It is obvious that Avetoom is attempting to mislead the court by misrepresenting the facts of the case.

Another important example is the fact that Avetoom has lied about proper proof of service on numerous occasions. Often times, he had servers just drop papers in front of my door without any notice. I have video proof that clearly shows improper service, and am prepared to provide it to this court if needed.

**I am an elderly person, who is almost 90 years of age, and yet I have managed to cooperate with this court at all times. Avetoom has had direct access to my bank accounts and statements for years, and it is plainly clear that I don't have any resources that I am hiding. However, Avetoom continues to waste the valuable time and resources of this court to hinder the truth and extend my persecution.**

**I have tried, and will continue to try to please the court, however please be aware that Avetoom's sole intention in these proceedings is to use the court as his personal henchman to exact revenge for the emotional distress that he, delusionally, believes that I have caused him. No amount of compliance or submission of documents will suffice**

**for Mr. Avetoom. His only agenda at this point is to cause me mental anguish and physical harm, to the po nt of death, so that he may take every last cent I have.**

Below, please find the creditor's demands for production of documents and his comments in *italic*, as well as my detailed answers in **bold.**

*Debtor is demanded to produce Debtor has in her possession or control the documents and or things listed below:*

*1. Copies of all monthly bank statements with unredacted account numbers, both checking, savings, or other type from any account in YOUR name or Co-Debtor Moisey Fridman's name, or that YOU have access to from the time period of January 1, 2019 through the date of completion of this judgment debtor exam. Documents shall mean to include all deposit, withdrawal and/or transfer slips relating to YOU or created or used on YOUR behalf.*

*Production: Debtor provided Wells Fargo statements from January 2020 to August, 2020 Debtor omitted all statements from 2019.Said documents are relevant to Debtor 's financial transactions, including cash deposits any withdrawals. Debtor withdraws large amounts of cash each month which she refuses to disclose who withdraws the money and where the money is then transferred to. Documents are material to locating source of funds and spent by Debtor that are subject to collection by Plaintiff/Creditor. Including monies that are withdrawn and remain unaccounted/ or. Debtor previously provided piecemeal production of documents from 2017 through 2019 requiring continuances and orders to produce that were not complied with. Plaintiff seeks a COMPLETE production, not piecemeal subject to what the Debtor wants to turn over, which has proven unreliable and unlawful.*

**Answer: By law I am required to produce the documents that are in my possession or that are reasonably accessible to me. This creditor is trying to make me look like I am breaking the law, but in fact, I have made full effort to comply. Included are ALL bank statements for the years 2019 and 2020.**

*2 . Copies of any and all deeds of trust, titles, assignments, or any document relating ownership of real property by YOU in your personal capacity or as your capacity as a Trustee to and/or beneficiary of any trust from the time period of January 1, 2019 through the date of completion of this judgment debtor exam.*

*Production: The Debtor produced an incomplete copy of her Trust, which contained a copy of deeds transferring real property from her, to herself as a Trustee.Page 3 of the Trust, still unproduced is relevant to any transfer of the real property contained in the Trust which is also relevant to the judgment entered by Judge Howard in 2020 in favor of Plaintiff and against Rosa Fridman personally, and as Trustee for the Trust. Any transfer of the Trust's real property may be contained in page 3 in the Trust or ability to transfer real property under the Trust administered by the Debtor. The assets of a trust and property of a*

1  Trustee are subject to collection for unpaid debts. Property in a
   revocable inter vivos trust is subject to creditor claims of the settlor-
2  debtor during the debtor's lifetime to the extent of the debtor's power of
   revocation. See Keitel v. Heubel (2002) 103 Cal.App.4th 324, 337; The
3  Rutter Guide (2016) 19. Enforcement Against Revocable Inter Vivos Trust
   Interest, Cal. Prac. Guide Enf. J. & Debt Ch. 6G-19.

4

5  **Answer: Once again, this creditor is trying to make me look like I am breaking the law,**
   **but in fact, I am making full effort to comply. Included is my Family Trust (with page 3**
6  **missing). Also, included is a letter from the attorney that confirms that this page was**
   **missing in the original document. I can not produce this missing page no matter how**
7  **many demands this creditor is placing on me. Also this matter was ruled on by this court**
   **to allow the trust as is.**
8

9

10

11  3 . Any documents, including receipts and/or bills, relating to any
    payments made in CASH by YOU in excess of $20 for each month beginning
12  January 1, 2019 through the date of completion of this judgment debtor
    exam. Response: Debtor provided Wells Fargo statements from January 1, 2020
13  to August 2020.

14

15  **Answer: This creditor is trying to make me look like I am breaking the law, but in fact, I**
    **am making full effort to comply. Included are my bank statements and store purchase**
16  **receipts for 2019 to current day.**

17

18  4.Any documents to any form of TRUST, revocable, irrevocable, or
    otherwise, involving YOU in any capacity, or on YOUR behalf in existence
19  through the date of completion of this judgment debtor exam.   This
    includes all prior versions of any Trust inexistence prior to the date
20  of completion of this judgment debtor exam, and any amendments to any
    Trust relating to you in existence from January 1, 2019 through the date
21  of completion of this judgment debtor exam.

22  Production:   Debtor provided an incomplete copy of the Fridman Family
    Trust established April 14, 2000 missing page 3. The assets of a trust and
23  property of a Trustee are relevant to collection for unpaid debts.
    Property in a revocable inter vivos trust is subject to creditor claims of
24  the settlor-debtor during the debtor's lifetime to the extent of the
    debtor's power of revocation. See Keitel v. Heubel (2002) s   103
25  Cal.App.4th 324, 337; The Rutter Guide (2016) 19. Enforcement Against
    Revocable Inter Vivos Trust Interest, Cal. Prac. Guide Enf. J. & Debt Ch.
26  6G-19. This Court has already ordered on no less than three occassions
    for Debtor to produce the missing page 3, which pertains to authorization
27  for assets to be transferred by the Trustee, Rosa Fridman. The assets of
    a trust and property of a Trustee are relevant to collection for unpaid
28  debts.

NOTICE OF COMPLIANCE AND RESPONSE...

**Answer: This creditor is deliberately misrepresenting the fact hat I have been ordered 3 times to provide the missing page 3. Included is my Family Trust with page 3 missing. Included is a letter from the attorney confirming that this page was missing since 2015. I can not produce this missing page no matter how many demands this creditor places on me. Also this matter was  uled on by this court to allow the trust as is.**

5. Any documents related to estate planning involving YOU and/or co-debtor MOISEY FRIDMAN in existence prior to the date of completion of this judgment debtor exam including a COMPLETE copy of any Trust, INCLUDING ALL PAGES, relating to YOU as a beneficiary of a trust in existence from January 1, 2019 through the date of completion of this judgment 18 debtor exam.Response:   Debtor provided an incomplete copy of the Fridman Family Trust established April 14, 2000 missing page 3.Property in a revocable inter vivos trust is subject to creditor claims of the settlor-debtor during the debtor's lifetime to the extent of the debtor's power of revocation. See Keitel v. Heubel (2002) 103 Cal.App.4th 324, 337; The Rutter Guide (2016) 19. Enforcement Against Revocable Inter Vivos Trust Interest, Cal. Prac. Guide Enf. J. & Debt Ch. 6G-19. In the Judgment Debtor context, examination and, discovery is intended "to leave no stone unturned in the search for assets which might be used to satisfy the judgment." Troy v. Superior Court (1986) 186 Cal.App.3d 1006, 1014 including any assets contained within a debtor's estate

**Answer: This creditor is deliberately misrepresenting the fact hat I have been ordered 3 times to provide the missing page 3. Included is my Family Trust with page 3 missing. Included is a letter from the attorney confirming that this page was missing since 2015. I can not produce this missing page no matter how many demands this creditor places on me. Also this matter was ruled on by this court to allow the trust as is.**

6.Copies of all credit card statements in YOUR name, or used by YOU from the time period of January 1, 2020 through the date of completion of this judgment debtor exam.

Response:Debtor no copies of credit card statements.Debtor appears to have credit cards as she provided copies of receipts showing use of credit scards or access to use of them for her purposes. In the Judgment Debtor context, examination and discovery is intended "to leave no stone unturned in the search for assets which might be used to satisfy the judgment." Troy v. Superior Court (1986) 186 Cal.App.3d 1006, 1014. Here Debtor has provided receipts for trips to Costco, grocery stores and fast food restaurants, all paid for by credit cards, either by the Debtor or on the Debtor's behalf. As such, these credit cards are used directly or indirectly for the Debtor. Creditor

*should be allowed to inquire of the identity of the credit card issuer, what items are being purchase for the 1s    Debtor,    if payments are made by the Debtor towards theses credit cards. The credit cards are relevant to debts incurred by the Debtor for which she claims are all paid in cash.*

**Answer: Creditor makes another false misrepresentation and deliberately making me look like I am hiding something. I do NOT possess any credit cards and therefore have no receipts to produce.**

*7. Copies of all certificates of deposit, 401k's, IRA or other investment account statements in YOUR name or that you have access to from the time period of January 1, 2019 through the date of completion of this judgment debtor exam. Respon e: Debtor provided no documents that match the description above. If such documents exist, they must be produced as they are relevant to collection efforts to satisfy, even in part, Plaintiffs judgment. Debtor previously had several retirement accounts, which she raided and was found in violation of Judge Robinson's orders.*

**Answer: Creditor is deliberately making me look like I am hiding something. All my retirement accounts and bank accounts have been drained by bankruptcy. Currently, I do NOT have any retirement accounts and therefore have nothing to produce.**

*8. Copies of all documents evidencing transfer of monies, or other assets including real property, from YOU in any capacity to any third party in excess of $100 from the time period of January 1, 2019 through the date of completion of this judgment debtor exam estate. Response: Debtor pro ided no documents that match the description above. From the documents partially produced in 2019 and 2020, large cash withdrawals are made each and every month at Wells Fargo. The funds are reportedly used to pay for property tax, which has not been paid according to County records. Or to pay HOA dues. Which is again false as the dues are electronically withdrawn each month according to Debtor's statements. Debtor has been unable to account for all cash deposits and withdrawals taken each month from her accounts. Creditor requires said documents as they are relevant to investigating amounts, source and destination of said transfers and relate to collection of any funds transferred that could be used to satisfy, in part, Plaintiffs judgments.*

**Answer: All the transfer of moneys is evidence by my bank statements which are provided from beginning of 2019 to current. As to the Creditors' false claims of large money withdrawals, I regularly withdraw cash to pay for groceries, medical and dental bills and property taxes. I explained this to this Court and to the Creditor on multiple occasions. Yet, this creditor is trying to rewrite history by claiming again and again that**

I make large cash withdrawals. I live on a fixed income, and I have NO OTHER income. I can only spend what I am given by SSI.

In response to the creditor's yet ANOTHER FALSE CLAIM of me not paying property taxes. I categorically deny such lies! Included are my County of Orange Tax collector reports for 2019 and 2020, proving that I paid property taxes in full (Exhibit 2). Therefore, CREDITOR'S CLAIMS ARE COMPLETELY FABRICATED.

9. Location by name and address of any and all safe deposit boxes held in YOUR name or that which YOU have access to, or containing assets belonging to you.
Response : Debtor provided no information for the description above. Debtor previously failed to disclose she had a safe deposit box containing cash in her bankruptcy. The Trustee found the safe deposit box, and cash was levied by Plaintiff pursuant to a writ of execution. The Debtors and her son submitted false documentation to the County of Orange to delay execution of the Writ for almost a year. The existence of a safe deposit box is relevant as its contents are subject to Plaintiffs liens and collection efforts.

Answer: This creditor is trying to make me look like I am breaking the law, but in fact, I am making full effort to comply. This creditor is deliberately misrepresenting the fact that I made full disclosure of my safety deposit box during bankruptcy. However, currently I do not have ANY deposit boxes at this time.

10. Copies of all money wires, electronic bank transfers ("ebt"), or other documents evidencing transfer of monies in excess of $200 from the time period of January 1, 2020 through the date of completion of this judgment debtor exam, involving YOU and/or for YOUR benefit
Response: Debtor provided no documents that match the description above. Debtors bank statements show monthly withdrawals of cash in excess of $1,000 from Wells Fargo. Debtor has repeatedly refused to produce documents related to each withdrawal and the location of these monies. The withdrawal or transfer of cash from the debtor's accounts are relevant to the Debtor's assets and liabilities, and may lead to the ability to collect on outstanding debts owed by Debtor to Creditor.

Answer: All my money transfers and such are included in my bank statements starting at the beginning of 2019 to present. This creditor is trying to make me look like I am breaking the law, but in fact, I am making full effort to comply.

This creditor is deliberately misrepresenting the fact by claiming again and again that I make large cash withdrawals.

**I live on a fixed income, I have NO OTHER income. I can only spend what I am given by SSI.**

11. Any documents evidencing persons other than YOU that have access to assets, either cash, personal property or real property, being held in YOUR benefit between January 1, 2019 through the date of completion of this judgment debtor exam. Response: Debtor provided no documents that match the description above. Each month electronic withdrawals are made by Debtor from her Wells Fargo account. She has testified before this court that the IRS has withdrawn the cash. The Debtor's son's name is contained on the bank statements yet is unknown if the son has authority to conduct financial transactions, including withdrawing the Debtor's money for his use or other's use. The location and use of these monies withdrawn is relevant to the Debtor's ability to pay debts and could lead to the ability for Creditor to collect on several unpaid judgments and orders.

**Answer: All such documents are represented by my Wells Fargo statements. All of my money transfers and such are included in my bank statements starting beginning of 2019 to present. This creditor is trying to make me look like I am breaking the law, but in fact, I am making full effort to comply. This creditor is deliberately misrepresenting facts by claiming again and again that I make large cash withdrawals. I am not sure what the creditor means by claiming the "IRS has withdrawn my cash". I live on a fixed income, and have NO OTHER income. I can only spend what I am given by SSI. Avetoom has NO CLAIM to this money because it is provided to me by the government. Income above what the government gives me is automatically transferred to Avetoom because he has a lean on my bank account. Therefore, any claims made by Avetoom regarding me hiding money from him or making large withdrawals are false.**

12. Any documents evidencing cash withdrawals from any checking, savings or other deposit account, at any financial institution, made by YOU or on YOUR behalf from the time period of January 1, 2019 through the date of completion of this judgment debtor exam. This includes any and all documents relating to the location and/or use of said cash withdrawals. Response: Debtor provided no documents that match the description above. In 2019 and in the partial production for 2020, each month large withdrawals are made by Debtor from her Wells Fargo account. Systematically after a deposit is made, an eWithdrawal is made for cash, which remains fully unaccounted for. These documents are material to the assets and liabilities of the Debtor and her ability to pay towards any of the numerous judgments against her. The cash withdrawn is subject to potential collection by Creditor or turnover orders, or levies.

NOTICE OF COMPLIANCE AND RESPONSE...

**Answer: All such documents are represented by my Wells Fargo statements. All my money transfers are included in my bank statements starting at beginning of 2019 to present. This creditor is trying to make me look like I am breaking the law, but in fact, I am making full effort to comply. This creditor is deliberately misrepresenting the fact by claiming again and again that I make large cash withdrawals. I live on a fixed income, and I have NO OTHER income. I can only spend what I am given by SSI. Avetoom has NO CLAIM to this money because it is provided to me by the government. Income above what the government gives me is automatically transferred to Avetoom because he has a lean on my bank account. Therefore, any claims made by Avetoom regarding me hiding money from him or making large withdrawals are false.**

13. Location of any any form of life insurance policy relating to YOU, either paid or unpaid to YOU or any third party, between the dates of July 1, 2011 through completion date of this judgment debtor exam.
Production: The Debtor has produced no records of life insurance policies despite testifying in 2019 she and her former husband had life insurance. Proceeds from life insurance are relevant as they are subject to collection by creditors. Any life insurance documents are relevant to payment of outstanding debts.

**Answer: This is yet ANOTHER MISREPRESENTATION by the creditor. I do not have any life insurance. In regards to my husband I was never able to locate such insurance and do not have any documents to provide. Therefore, any claims made by Avetoom in regards to such statements are false.**

14. Any documents including copies of all receipts for cash payments relating to monthly expenses required for your monthly life essentials from January 1, 2019 through date of the Judgment Debtor Examination. This includes all bills paid by YOU and/or on YOUR behalf. Response: Debtor has provided several receipts, the majority paid by credit card, with only a few paid in cash. The debtor has a history of taking large cash withdrawals each month to reportedly pay for her monthly expenses. The documents produced show most payments are made electronically or by credit card. Debtor's cash withdrawals appear to be in excess of any bill she has paid. Any cash withdrawn not for essentials of life are relevant to collection to pay for unpaid debts. These documents are relevant to the Debtor's financial condition, her ability to pay debts she claims exist. Any cash that remains is subject to Creditor's ability to lien, levy or seek turnover to pay off the debt owed to him.

**Answer: All such documents are represented by my Wells Fargo statements and cash receipts that I have provided per Avetoom's request. All transfers and are indicated in**

my bank statements starting at beginning of 2019 to the present. This creditor is trying to make me look like I am breaking the law, but in fact, I am making full effort to comply. This creditor is deliberately misrepresenting the fact by claiming again and again that I make large cash withdrawals and that I use credit cards. I have NO credit cards and I live on a fixed income. I have NO OTHER income. I can only spend what I am given by SSI. Avetoom has no claim to this money because it is provided to me by the government. Income above what the government gives me is automatically transferred to Avetoom because he has a lean my bank account. Therefore, any claims made by Avetoom in regarding me hiding money from him or making large withdrawals are false.

15. Any documents related to payment for legal expenses, fees and/or costs paid by YOU or on YOUR behalf, including all invoices, statements, retainer agreements, payment slips, cashed checks, wire receipts, credit card receipts, listing any financial amounts including but not limited to YOU personally, OR as a beneficiary of a trust and/or a trustee of a trust, paid from the time period November 1, 2015 through date of the Judgment Debtor Examination. Production: This Court informed the Debtor in 2019 that payments made by her or on her behalf for her debts, including to her attorneys, are subject to discovery. Debtor Rosa Fridman has not produced any documents for this demand despite informing this Court she has payment and invoice records at her residence. Debtor, without justification, has not produced records. The requested documents are relevant to the Debtor's financial liabilities and ability to pay her creditors. Once an a JDX order has been served a lien is created on the Debtor's property. Any monies transferred to third parties, or held by third parties, is subject to a creditor's lien to pay outstanding judgment.

Answer: NO such documents exist according to my knowledge. The creditor is making another false representation and is deliberately misrepresenting the facts again and again. I can only produce the documents that I have access to or that are in my possession.

16. Any and all documents evidencing loans or use of YOUR funds as collateral for loans to any third parties for the time periods of January 1, 2019 through date of the Judgment Debtor Examination. Production: The Debtor has not produced any documents which fit this category. In October 2019 the Debtor informed this Court that she had obtained cash loans from her sons. These documents are relevant to the debts of the Debtor and if monies are being paid to her and not subject to repayment, which would is "income" pursuant to IRS code under "cancellation of debt" which is often found between family members

seeking to launder money to conceal its source. Since Debtor withdrew over $120,000 in cash in 2011-2012 and refused to state where the money went to, a basis for denial of discharge in her bankruptcy, the source of money declared as "loans" is required to ascertain if the funds belong to the Debtor or legitimately to third parties. Said documents are relevant to the assets and liabilities of a debtor and subject to disclosure. These documents are relevant to the debts of the Debtor and if monies are being paid to her and not subject to repayment, which would is "income" pursuant to IRS code under "cancellation of debt" which is often found between family members seeking to launder money to conceal its source. Since s Debtor withdrew over $120,000 in cash in 2011-2012 and refused to state where the money went to, a basis for denial of discharge in her bankruptcy, the source of money declared as "loans" is required to ascertain if the funds belong to the Debtor or legitimately to third parties. Said documents are relevant to the assets and liabilities of a debtor and subject to disclosure.

**Answer: NO SUCH DOCUMENTS EXIST. I did not take any loans from my sons or third parties. Several years ago the creditor maliciously sued my sons for alleged fraudulent transfers. THERE WERE NONE. That case was settled and this creditor has no further claims. Nonetheless, he continues to make false and misleading statements.**

17. Copies of any homeowner's insurance policies involving YOU or Debtor Moisey Fridman for the time periods of January 1, 2019 through date of the Judgment Debtor Examination. Production: The Debtor produced a declarations page for her homeowner's insurance.

**Answer: Copies of homeowners insurance were provided on three different occasions.**

18. Copies of any and all documents including receipts for payment to process servers, legal assistants, and/or paralegals including said parties names, addresses and telephone numbers paid by YOU and/or on YOUR behalf. Production: The Debtor produced no documents for this category despite informing this Court that she had obtained legal assistance to prepare her filings. Said documents are material in that if Debtor is paying third parties as she claims to perform her legal work, then receipts and supporting documents are material to the Debtor's financial liabilities. If she is not paying these third parties as she claim, and one paralegal has already appeared on behalf of the Fridmans in these proceedings before Judge Stafford, payment and source of payment is material to ability for the Creditor to locate any funds, or source of funds, to satisfy his debt.

**Answer: This is another FALSE STATEMENT by the creditor. The documents were not provided because there are NO such documents. I can not afford to pay for legal help. I live on the FIXED income and only have money provided to me by the government. I produced all the legal papers filed by me and asked my son to translate them.**

**This has been explained to Avetoom multiple times but he continues to misrepresent the facts. Avetoom prefers to create an alternate reality to obfuscate the truth and muddy the waters to confuse this Court.**

19. Any and all documents relating to monetary loans and/or gifts in excess of $100 paid to YOU or on YOUR behalf by any third party between January 1, 2019 through the date of completion for this judgment debtor exam. Production: The Debtor has not produced any documents that fit within this category. In 2017 and 2018 the Debtor admitted to Judge Stafford that she had made approximately $10,000 in purchases from Publisher's Clearance House, for various items including car parts, for her family as gifts. Documents related to loans or gifts made by the Debtor to third parties are relevant to the Debtor's ability to pay judgment and orders for fees and costs against the debtor. And relevant for Plaintiff'Creditor to locate financial assets subject to lien or collection.

**Answer: This is yet another FALSE AND INFLAMMATORY STATEMENT by the creditor. The documents were not provided because THERE ARE NO SUCH DOCUMENTS. I have not given ANY monetary loans or gifts and I did not make or take any loans. I live on FIXED income and only have money provided to me by the government. I do not understand how claims of me spending money for Publishers Clearing House are related to this demand for production. To clarify, at the time, I thought that I would be able to get money from PCH to satisfy the debts to the creditor. However, this turned out not to be the case. Currently, I am forced to live within my fixed income, and do not make or spend more money than the government gives me. Avetoom has had years to prove otherwise, and has not been successful. His only goal at this point is to cause me mental anguish and physical harm, to the point of death, so that he may take every last cent I have.**

Submitted on: November 26, 2020

Signed:

NOTICE OF COMPLIANCE AND RESPONSE...

1

2          Rosa Fridman, In Pro Per

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF COMPLIANCE AND RESPONSE...

Exhibit 1

# HESS-VERDON & ASSOCIATES

A PROFESSIONAL LAW CORPORATION
620 NEWPORT CENTER DRIVE
SUITE 1030
NEWPORT BEACH, CA 92660
(949) 706-7300   FAX (949) 706-7373

## MEMORANDUM

DATE:     October 13, 2015

TO:       Mrs. Rosa Fridman
          16542 Blackbeard Lane, Apt. 304
          Huntington Beach, CA 92649

FROM:     Jillyn Hess-Verdon

RE:       The Fridman Family Trust

---

Find enclosed one (1) copy of The Fridman Family Trust as provided to our office in 2013 (Please note that the  copy you provided to us is missing Page 3). Pursuant to your request, we have provided an electronic copy of the Trust to your son, Val Fridman, via email.

As you know, we did not prepare this Trust or any of your estate planning documents. Please be aware this Trust contains numerous provisions we recommend updating in order for administration to go smoothly for your sons. If you would like to discuss these updates, please call our office to schedule an appointment and we would be happy to assist you.

If you have any questions, please do not hesitate to contact our office.

Cc: Val Fridman
*Delivered via email*
val@fridmanconsulting.com

1

Exhibit 2

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28


**Treasurer-Tax Collector**
Shari L. Freidenrich, CPA



ONLINE PAYMENTS / SERVICES | AGENCY BILLING / COLLECTIONS | INVESTMENTS | PROPERTY TAX | INFO & CONTACT US | FINANCIAL REPORTS / STATISTICS | HOW DO I

Treasurer-Tax Collector



View Cart ( Empty )

## TREASURER-TAX COLLECTOR

- Treasurer-Tax Collector Home
- Online Payments / eServices
- Agency Billing / Collections
- Investments
- Property Tax
- Information
- Financial Reports / Statistics
- How Do I
- Resources

## Treasurer-Tax Collector

### Prior Year Secured and Supplemental Tax

There are delinquent taxes against the property. This page presents tax information on the TDN you have selected. Payments, corrections and/or other adjustments made today may not be reflected until after 2 days.

The amount below represents the amount due for prior year taxes only. In addition to this amount, there may be taxes due and payable from the current year roll. Current year secured and/or supplemental taxes may be viewed by clicking on the Back button of your browser.

| | | |
|---|---|---|
| Tax Default No.(TDN) : | 20-008014 | |
| First* Year of Delinquency: | 2019 | |
| St: | PAID |  |
| APN 937-710-30 location: | 16542 BLACKBEARD LN 304 | |

## MOST POPULAR

Unsecured Tax Bill Payment / Paperless

Payment of Multiple Tax Parcels

Property Address Search

View/Print Your Tax Bills

Secured Tax Bill Reminder

Homestead Information

Prepaid Tax Account Information

Change of Mailing Address Form

| TDN Parcels | Roll Year | Taxes | Basic Penalties | Cost | Add'l Penalties | Total |
|---|---|---|---|---|---|---|
| 937-710-30-30 | 2019 | $3,011.34 | $150.56 | $0.00 | $45.16 | $3,207.06 |

| | | |
|---|---|---|
| Redemption Fee | | $15.00 |
| Other Fees | | $0.00 |
| Total Tax Amount | | $3,222.06 |
| (Less)Amount Paid on 09/08/2020 | | ($3,222.06) |
| Total Tax Amount Due Now | | $0.00 |

Information is current as of 11/24/2020.

## RESOURCES

Top 20 FAQ/Questions | Unclaimed Funds

Tax Sale (Excess) Proceeds | Unclaimed Duties

Customer Guides | Northwest Property Listing

Change of Mailing Address Form | Change of Ownership Form

Homeowner Appeals | Return of Property Information

Tax Defaulted Properties


PAY / VIEW TAX BILLS


SECURED TAX REMINDER SIGNUP


PROPERTY TAX FAQS

---



**County Directory Assistance**
855.886.5400

### Navigation
OC Home
About the County
Agencies & Departments
Business
How Do I
Residents
Services

### Quick Links
Acceptable Use
Accessibility
Contact the County
Disclaimer
Sitemap

### Resources
Chambers of Commerce
Federal Government
General Information
Orange County Cities
Related Government Agencies
School Districts
State Government
Visitor Bureaus

### Connect With OC

*Making Orange County a safe, healthy, and fulfilling place to live, work, and play, today and for generations to come, by providing outstanding, cost-effective regional public services.*



Exhibit 3

1

Proof of Service

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE BY MAIL

**I reside in the County of Orange, State of California. I am over the age of 18 and not a party to the within action: My address is P.O Box 9114, Fountain Valley Ca 92728-9114. On the date stated below, I served the forgoing document described as NOTICE OF COMPLIANCE AND RESPONSE TO SEPARATE STATEMENT PURSUANT TO CRC 3.1345 IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS.**
on the interested parties described as follows;

Karl Avetoom
1100 Rutland Road # 9
Newport Beach, Ca 92660

By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☐      **BY PERSONAL SERVICE (CCP 11011):** I delivered such envelope(s) by hand to the addressee(s) as stated above.

☒      **BY MAIL (CCP §1013( )&(b)):** I am "readily familiar" with the practice of collection and processing correspondence and other documents for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐      **BY OVERNIGHT DELIVERY (CCP §1013(c)&(d)):** I am "readily familiar" with the practice of collection and processing items for shipment with Overnight Delivery. Under that practice such envelopes(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for delivery to the above address(s).

☐      **BY FACSIMILE (CCP § 1013(e)&(f) and CRC Rule 2008):** on the date stated below, I served the above stated document by facsimile from the facsimile machine to the addressee(s) at the facsimile numbers as stated in the service list. The facsimile machine used complies with CRC Rule 2003(3). Pursuant to CRC Rule 2008(e) the transmission by facsimile was reported as complete and without error.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on November 27, 2020 at Orange County, California.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EXHIBIT "10"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

Electronically Filed by Superior Court of California, County of Orange, 11/24/2020 08:25:00 PM.
30-2015-00820760-CU-PP-NJC - ROA # 197 - DAVID H. YAMASAKI, Clerk of the Court By Brook Israel, Deputy Clerk.
Main Document    Page 96 of 150

**AT-138/EJ-125**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | *FOR COURT USE ONLY* |
|---|---|---|

NAME: **Karl Avetoom**

FIRM NAME:

STREET ADDRESS: **1100 Rutland Road  # 9**

CITY: **Newport Beach**    STATE: **CA**    ZIP CODE: **92660**

TELEPHONE NO.: **(949) 929-4787**    FAX NO.:

E-MAIL ADDRESS: **kia002@att.net**

ATTORNEY FOR (name): **Plaintiff and Judgment Creditor**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: 751 W. Santa Ana Blvd

MAILING ADDRESS: Santa Ana, Ca 92701

CITY AND ZIP CODE:

BRANCH NAME: Civil Complex Center

PLAINTIFF **Avetoom**

DEFENDANT **Risbrough, et al**

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [X] **ENFORCEMENT OF JUDGMENT**    [ ] **ATTACHMENT (Third Person)**<br>[X] **Judgment Debtor**    [ ] **Third Person** | **30-2015-00820760** |

### ORDER TO APPEAR FOR EXAMINATION

1. TO (name): ROSA FRIDMAN as Trustee for The Fridman Family Trust Established On April 14, 2000
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: 03/12/2021    Time: 09:00 AM    Dept. or Div.: CX101    Rm.:

Address of court [X] is shown above [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, **or** the following specially appointed person (name):

Date: **11/23/2020**

JUDGE    **SHERRI HONER**

**This order must be served not less than 10 days before the date set for the examination.**

## IMPORTANT NOTICES ON REVERSE

### APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [X] Original judgment creditor    [ ] Assignee of record    [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): ROSA FRIDMAN as Trustee for The Fridman Family Trust Established On April 14, 2000
   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.

5. The person to be examined is
   a. [X] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.

6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.

7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.

8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **November 10, 2020**

**Karl Avetoom**
(TYPE OR PRINT NAME)    ▶    (SIGNATURE OF DECLARANT)

(Continued on reverse)    Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138/EJ-125 [Rev. January 1, 2017] | **APPLICATION AND ORDER FOR<br>APPEARANCE AND EXAMINATION**<br>(Attachment—Enforcement of Judgment) | <br>**www.ceb.com** | Code of Civil Procedure,<br>§§ 491.110, 708.110, 708.120, 708.170<br>*www.courts.ca.gov* |
|---|---|---|---|

**AT-138/EJ-125**

---

### Information for Judgment Creditor Regarding Service

If you want to be able to ask the court to enforce the order on the judgment debtor or any third party, you must have a copy of the order personally served on the judgment debtor by a sheriff, marshal, registered process server, or the person appointed in item 3 of the order at least 10 calendar days before the date of the hearing, and have a proof of service filed with the court.

### IMPORTANT NOTICES ABOUT THE ORDER

---

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

---

## APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

**(2) NOTICE TO JUDGMENT DEBTOR   The person in whose favor the judgment was entered in this action claims that the person to be examined under this order has possession or control of property that is yours or owes you a debt. This property or debt is as follows *(describe the property or debt)*:**

**If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.**

---

## APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.**

---

## APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

**It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.**

---

 **Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before your hearing. Contact the clerk's office for *Request for Accommodation* (form MC-410). (Civil Code, § 54.8.)

AT-138/EJ-125 [Rev. January 1, 2017]

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
**(Attachment—Enforcement of Judgment)**


**www.ceb.com**

**Page 2 of 2**

Print this Form

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EXHIBIT "11"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 12/23/2020                    TIME: 09:10:00 AM          DEPT:  C66

JUDICIAL OFFICER PRESIDING: Sherri Honer
CLERK: James Olivarez
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT:

CASE NO: 30-2010-00345490-CU-PO-CJC    CASE INIT.DATE: 02/18/2010
CASE TITLE: **Avetoom vs. Arce**
CASE CATEGORY: Civil - Unlimited        CASE TYPE: PI/PD/WD - Other

---

EVENT ID/DOCUMENT ID: 73432020
**EVENT TYPE:** Chambers Work

---

**APPEARANCES**

---

There are no appearances by any party.

At the direction of Judge Sherri Honer, the Appearance and Examination of Judgment Debtor set for 01/15/2021 in Department CX101 has been moved to Department C66 at the Central Justice Center in Santa Ana as follows:

Appearance and Examination of Judgment Debtor continued to 04/16/2021 at 01:30 PM in Department C66.

Central Justice Center
700 Civic Center Drive West
Santa Ana, CA 92701

**This is an in-person hearing. Masks are required to enter the building.**

The original Application and Order for Appearance and Examination, Notice of Order and Order Continuing Examination for Enforcement of Judgment, and this Minute Order must be personally served at least 10 days prior to hearing date. The order must be served by a sheriff, marshal, or registered process server. Proof of service to be filed with the court prior to hearing date.

Court orders Clerk's Office to give notice to judgment creditor.

---

DATE: 12/23/2020                          MINUTE ORDER                            Page 1
DEPT:  C66                                                              Calendar No.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Civil Complex Center – 751 West Santa Ana Blvd, Santa Ana, CA 92701-4045

PLAINTIFF: **AVETOOM**

DEFENDANT: **ARCE**

| NOTICE OF ORDER AND ORDER CONTINUING EXAMINATION FOR ENFORCEMENT OF JUDGMENT ☒ Judgment Debtor    ☐ Third Person | CASE NUMBER: **30-2010-00345490** |
|---|---|

**TO THE PARTIES AND/OR THIRD PERSONS TO WHICH AN APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION, OR AN ORDER TO PRODUCE STATEMENT OF ASSESTS AND TO APPEAR FOR EXAMINATION, WAS PREVIOUSLY ISSUED:**

☒    The Application and Order for Appearance and Examination previously set for <u>11/16/2020</u> at <u>1:30PM</u> in <u>Department C66</u> has been continued to <u>1/15/2021</u> at <u>9:00 AM</u> in <u>Department CXC101</u> at the address shown above.

☐    The Order to Produce Statement of Assets and to Appear for Examination previously set for _____ at _____ a.m./p.m. in Department _____ has been continued to _____ at _____ a.m./p.m. in Department _____ at the address shown above.

**Order to Appear:**

1.    To: **ROSA FRIDMAN**

2.    YOU ARE ORDERED TO APPEAR before this court as follows:

    a.    ☒    personally at the continued date, time, and location indicated above.

    b.    ☐    remotely via video at the date, time, and location indicated above.  See attached REMOTE HEARING INSTRUCTIONS

3.    If you were served with a subpoena or notice for production of documents or an order to produce statement of statement of assets, and a timely motion to quash or objection has not been filed, you must serve the judgment creditor with the requested documents 7 days before the hearing.

> **NOTE TO JUDGMENT DEBTOR OR THIRD PARTY: If you fail to appear at the time and place specified in this order, a warrant may be issued for your arrest, you may be held in contempt, and/or you may be ordered to pay penalties and/or or reasonable attorney fees incurred by the judgment creditor in this process.**

**Warrant Recall**

☐    On _____ the following person indicated below appeared at the Central Justice
Center to obtain a recall of a bench warrant issued on _____:

    ☐ judgment debtor _____

    ☐ third party examinee _____

The court ☐ recalled the warrant ☐ denied the request to recall the warrant, and set the matter for
hearing on the date and time noted above.  The court ordered the above ☐ judgment debtor ☐ third
party examinee to appear without any further notice or order. A copy of this notice and order was
provided to the above person at the time of appearance to recall the warrant, and no further service on
the above person is required.

**Service of this Notice:**

☒    Clerk shall give notice to judgment creditor. *courtesy both parties by mail. Judgment Debtor Rosa Fridman is ordered to return. Debtor Rosa Fridman was ordered on 11/16/2020 to appear on 1/15/2021 without any further notice or order.*

☐    Judgment creditor must have this notice and order personally served on the judgment debtor or
third party at least 10 days before the hearing.  If the judgment creditor wants to be able to ask
the court to enforce the order on the judgment debtor or third party, this order must be served by
a sheriff, marshal, or registered process server.

    ☐    Judgment creditor must also personally serve the REMOTE HEARING INSTRUCTIONS
    on the judgment debtor or third party at the time this notice and order is personally served.

**Filing Proof of Personal Service**

☐    Judgment creditor must file the following prior to the continued hearing date listed above:

    ☐    proof of personal service of the original Application and Order for Appearance and
    Examination.

    ☐    proof of personal service Order to Produce Statement of Assets and to Appear for
    Examination.

    ☐    proof of personal service of this Notice of Order and Order Continuing Examination for
    Enforcement of Judgment

    ☐    proof of personal service of the REMOTE HEARING INSTRUCTIONS.

**IT IS SO ORDERED.**

Dated:___11/16/20_____                     _____

                                                Hon. SHERRI L. HONER _____
                                                **Superior Court Judge**

                **NOTICE OF ORDER AND ORDER CONTINUING EXAMINATION FOR
                ENFORCEMENT OF JUDGMENT**

Change Document Font I Size
Check Spelling | Email Form | Save Form

**AT-138/EJ-125**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:      STATE BAR NO.:<br>NAME: **Karl Avetoom**<br>FIRM NAME:<br>STREET ADDRESS: **1100 Rutland Road # 9**<br>CITY: **Newport Beach**    STATE: **CA**   ZIP CODE: **92660**<br>TELEPHONE NO.: **(949) 929-4787**   FAX NO.:<br>E-MAIL ADDRESS: **kia002@att.net**<br>ATTORNEY FOR (name): **Plaintiff/Creditor In Pro Per** | *FOR COURT USE ONLY* |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Orange**<br>STREET ADDRESS: **700 Civic Center Drive West**<br>MAILING ADDRESS: **700 Civic Center Drive West**<br>CITY AND ZIP CODE: **Santa Ana**    **CA 92701**<br>BRANCH NAME: **Central Justice Center** |

| |
|---|
| PLAINTIFF   **Avetoom**<br>DEFENDANT   **Arce, Fridman, et al** |

| | |
|---|---|
| **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**<br>[X] **ENFORCEMENT OF JUDGMENT**   [ ] **ATTACHMENT (Third Person)**<br>   [X] **Judgment Debtor**        [ ] **Third Person** | CASE NUMBER:<br>**30-2010-00345490** |

## ORDER TO APPEAR FOR EXAMINATION

1. TO (name): **ROSA FRIDMAN**
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

| |
|---|
| Date: July 31, 2020     Time: 9:00a.m.     Dept. or Div.: **CX-101**    Rm.:<br>Address of court [XXX] is shown above [X] is:  Civil Complex Center 751 W. Santa Ana Blvd. Santa Ana, CA 92701 |

3. This order may be served by a sheriff, marshal, registered process server, **or** the following specially appointed person (name):

Date: **06/15/2020**

*Kimberly A. Knill*
                           JUDGE       Kimberly A. Knill

| |
|---|
| **This order must be served not less than 10 days before the date set for the examination.**<br>### IMPORTANT NOTICES ON REVERSE |

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [X] Original judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): Rosa Fridman
   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [X] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: **03/09/2020**

      **Karl Avetoom**         ▶   *Karl Avetoom*
        (TYPE OR PRINT NAME)                (SIGNATURE OF DECLARANT)

(Continued on reverse)

Form Adopted for Mandatory Use     **APPLICATION AND ORDER FOR**         Page 1 of 2
Judicial Council of California     **APPEARANCE AND EXAMINATION**     Code of Civil Procedure,
AT-138/EJ-125 [Rev. January 1, 2017]   **(Attachment—Enforcement of Judgment)**   §§ 491.110, 708.110, 708.120, 708.170<br>                               **CEB**     www.courts.ca.gov<br>                             **www.ceb.com**



AT-138/EJ-125

| Information for Judgment Creditor Regarding Service |
|---|
| If you want to be able to ask the court to enforce the order on the judgment debtor or any third party, you must have a copy of the order personally served on the judgment debtor by a sheriff, marshal, registered process server, or the person appointed in item 3 of the order at least 10 calendar days before the date of the hearing, and have a proof of service filed with the court. |

## IMPORTANT NOTICES ABOUT THE ORDER

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

### APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

**(2) NOTICE TO JUDGMENT DEBTOR   The person in whose favor the judgment was entered in this action claims that the person to be examined under this order has possession or control of property that is yours or owes you a debt. This property or debt is as follows *(describe the property or debt)*:**

**If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.**

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.**

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

**It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.**

 **Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before your hearing. Contact the clerk's office for *Request for Accommodation* (form MC-410). (Civil Code, § 54.8.)



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EXHIBIT "12"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

Electronically Filed by Superior Court of California, County of Orange, 06/21/2021 08:04:00 PM.
30-2010-00345490-CU-PO-CJC - ROA # 1245 - DAVID H. YAMASAKI, Clerk of the Court By Briana Brown, Deputy Clerk.
Case 8:23-ap-01024-SC Doc 28-17 Filed 08/27/24 Entered 08/27/24 16:29:20 Desc
Main Document Page 105 of 150

ROSA FRIDMAN
16542 Blackbeard Lane, #304
Huntington Beach, CA 92649
(657)204-9728
Rosafridman3@gmail.com

Defendant In Pro Per

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE

| | |
|---|---|
| KARL AVETOOM,<br><br>     Plaintiff,<br><br>v.<br><br>MOISEY FRIDMAN AND ROSA FRIDMAN,<br>as individuals, and DOES 1-50,<br><br>     Defendants. | CASE NO. 30-2010-00345490<br><br>Assigned to: Hon. Sherri Honer<br><br>**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT FOR VIOLATION OF THIS COURT'S ORDERS TO PRODUCE MISSING TRUST DOCUMENT PAGE AND PRODUCE RESPONSES THAT ARE CODE COMPLIANT PURSUANT TO C.C.P. § 2031.230; DECLARATIONS OF SCOTT TALKOV AND DEFENDANT ROSA FRIDMAN**<br><br>Hearing Information:<br>Date: June 28, 2021<br>Time: 1:30 PM<br>Department: C-66<br>Reservation ID: 73538351 |

     TO THE HONORABLE SHERRI HONER, PLAINTIFF KARL AVETOOM, AND ALL

PARTIES IN INTEREST:

     Rosa Fridman ("Defendant"), Defendant in the above-captioned matter, submits the following

opposition to the motion of Plaintiff Karl Avetoom ("Avetoom") for and order to show cause re:

contempt for violation of this court's orders to produce missing trust document page and produce

responses that are compliant pursuant to C.C.P. § 2031.230 (the "Motion") as follows:

## <u>AVETOOM IS A SERIAL LITIGANT WHO REFUSES TO ACCEPT THE FACT THAT</u>
## <u>THERE IS NO PAGE 3 TO THE RELEVANT TRUST</u>

From the face of Avetoom's Motion, it would seem as if this were a serious issue stemming from an undisclosed asset of the Defendant. However, Avetoom is a pro per litigant who is seemingly addicted to litigation to harass the Defendant. Avetoom refuses to accept settlement offers which would bring an end to this litigation allowing the parties to move on from this more than one-decade old nightmare for good. Avetoom's refusal to settle is in furtherance of saving his hobby of filing needless motions and forcing Defendant to continue to litigate against him.

Avetoom's thirst for litigation against Defendant is put on full display in his latest Motion in litigation spanning more than one decade. Indeed, on February 26, 2021, Avetoom received an email notifying him that Defendant had declared under penalty of perjury that there was no page three to the trust at issue as Avetoom so fiercely argues in his Motion. Attached as Exhibit 1 is a true and correct copy of an email to Avetoom from Defendant's bankruptcy counsel, Scott Talkov, notifying Avetoom that there is no missing page to the trust at issue. Thus, Avetoom's Motion seems to be attempting to pull the wool over this Court's eyes even though Avetoom knows there is no page three.

As noted above, but notably missing from Avetoom's Motion, Defendant declared under penalty of perjury that there is no page three to the trust at issue. Attached hereto as Exhibit 2 is a true and correct copy of the First Amendment to Declaration of Trust for The Fridman Family Trust, Established on April 14, 2000 (the "Amendment"). Notably, the Amendment states: "To the extent a page of the Trust bearing the footer 'Page 3' ever existed, it is hereby deemed omitted, deleted, and stricken from the Trust."

As is evident from the foregoing, Avetoom's Motion is a last-ditch effort to keep up his personal hobby of litigating against Defendant. It seems as if Avetoom is merely hoping that Defendant will be unable to find her way to the Court during a global pandemic or that she does not receive his mail, as has repeatedly occurred over the past decade. Indeed, Avetoom is so desperate to punish Defendant that he generated a fake creditor in the Defendant's currently pending bankruptcy

**OPPOSITION TO MOTION FOR OSC RE: CONTEMPT; DECLARATIONS OF SCOTT TALKOV AND
DEFENDANT ROSA FRIDMAN**

1  proceeding. (See Exhibit 3.) Further, Avetoom has repeatedly advanced arguments of bad faith in

2  bankruptcy, each of which has been since denied by the Court.

3      Simply put, Defendant cannot produce a document which does not exist. As is shown on the

4  Amendment, Defendant has declared under penalty of perjury that such a document does not exist.

5  Further, to the extent it ever did exist, then Defendant has no knowledge of it as her husband handled

6  their financial affairs before his passing.

7      If it would satisfy Avetoom, then Defendant may produce a blank page as the much sought-

8  after page 3 of the trust at issue; but, other than that, there is nothing for Defendant to produce. As a

9  result of the foregoing, Defendant respectfully requests that this Court deny Avetoom's Motion and

10  discharge the Order to Show Cause re: Contempt.

11

12  DATED: June 21, 2021                    By: *Rosa Fridman*

13                                          ROSA FRIDMAN, Defendant In Pro Per

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**OPPOSITION TO MOTION FOR OSC RE: CONTEMPT; DECLARATIONS OF SCOTT TALKOV AND
DEFENDANT ROSA FRIDMAN**

## **DECLARATION OF SCOTT TALKOV**

I, Scott Talkov, hereby declare as follows:

1.      I serve as counsel for the Defendant in her currently pending bankruptcy proceeding in the Central District of California. I have personal knowledge of the facts stated herein, and if called upon to do so, I could and would testify under penalty of perjury to the facts stated herein.

2.      On February 26, 2021 at 4:54 P.M., I sent an email to Karl Avetoom stating: "Also attached you will find an amendment to the debtor's trust executed pre-petition resolving your concern raised in state court as to the location of any document bearing "Page 3" in the footer, which is now deemed omitted…."

3.      A true and correct copy of this email is attached hereto as Exhibit 1.

I declared under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 21, 2021 in Riverside, California.

*Scott Talkov*
Scott Talkov

**OPPOSITION TO MOTION FOR OSC RE: CONTEMPT; DECLARATIONS OF SCOTT TALKOV AND
DEFENDANT ROSA FRIDMAN**

## <u>DECLARATION OF DEFENDANT ROSA FRIDMAN</u>

I, Rosa Fridman, hereby declare as follows:

1.      I am the Defendant in this action. I have personal knowledge of the facts stated herein, and if called upon to do so, I could and would competently testify under penalty of perjury hereto.

2.      On or about October 15, 2015, I received a letter from Jillyn Hess-Verdon which confirmed a lack of a page 3 in the operative trust in issues. Specifically, the letter states: "Please note that the copy you provided us is missing Page 3."

3.      A true and correct copy of the letter received from Ms. Hess-Verdon is attached as Exhibit 4.

4.      On February 26, 2021, I executed the Amendment to the trust in issue and everything in the Amendment is true and correct, including, but not limited to, my statement that: "To the extent a page of the Trust bearing the footer 'Page 3' ever existed, it is hereby deemed omitted, deleted, and stricken from the Trust."

5.      I do not have any document in my possession, custody, or control bearing the footer "Page 3" as it relates to the trust in issue.

6.      I cannot produce a document that does not exist, and if it ever existed (which it did not) is not in my possession, custody or control.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 21, 2021 at Huntington Beach, California.

*Rosa Fridman*
Rosa Fridman

**OPPOSITION TO MOTION FOR OSC RE: CONTEMPT; DECLARATIONS OF SCOTT TALKOV AND DEFENDANT ROSA FRIDMAN**

# **<u>Exhibit 1</u>**

 Gmail

**Scott Talkov <scott@talkovlaw.com>**

---

## Notice of Bankruptcy Case Filing - In re Rosa Fridman - Chapter 7

**Scott Talkov** <scott@talkovlaw.com>　　　　　　　　　　　　　Fri, Feb 26, 2021 at 4:54 PM
To: kia002@att.net
Cc: Leilani Caspillo <assistant@talkovlaw.com>, "Mr. Chris Kiernan" <chris@talkovlaw.com>, Ferdeza Zekiri
<ferdeza@talkovlaw.com>, Nick Moss <nick@talkovlaw.com>
Bcc: Alex Theory <theory411@gmail.com>

Mr. Avetoom,

I hope this email finds you well. Attached you will find the notice of bankruptcy case filing and related pleadings filed this
afternoon. Also attached you will find an amendment to the debtor's trust executed pre-petition resolving your concern
raised in state court as to the location of any document bearing "Page 3" in the footer, which is now deemed to be omitted
to the extent it ever existed, which the debtor has knowledge of. If you have any questions, please do not hesitate to
contact me.



**Scott Talkov | Attorney, Talkov Law**

**e:** scott@talkovlaw.com | **w:** www.talkovlaw.com
**p:** (951) 888-3300

---

**3 attachments**

📄 **Notice of Bankruptcy Case Filing.pdf**
　　111K

📄 **01 - Petition.pdf**
　　2388K

📄 **Amendment to Trust re Missing Page 3 (Notarized Pre-Petition).pdf**
　　464K

# **Exhibit 2**

## FIRST AMENDMENT TO DECLARATION OF TRUST FOR

## THE FRIDMAN FAMILY TRUST

### ESTABLISHED ON APRIL 14, 2000

**THIS FIRST AMENDMENT** to the Declaration of Trust for The Fridman Family Trust Established on April 14, 2000 as of the date indicated below, by Rosa A. Fridman of Huntington Beach, California acting herein both as "Grantor" and as "Trustee."

### *W I T N E S S E T H:*

*WHEREAS,* I Rosa A. Fridman, created a revocable living trust under a Declaration of Trust, dated April 14, 2000, which Declaration of Trust created the " Fridman Family Trust;" and,

*WHEREAS,* I reserved the right under Section 2. A. thereof to amend or revoke the said Declaration of Trust at any time and from time to time with the consent of the Trustee;

*WHEREAS,* The Trust contains a number of formatting errors, including in section numbering, along with the omission of any page bearing "Page 3" in the footer;

*WHEREAS,* on October 13, 2015, counsel for Trustor Rosa Fridman, issued a memorandum to Rosa Fridman noting that the copy provided was missing any page bearing "Page 3" in the footer;

*WHEREAS,* Trustor Rosa Fridman, age 89, has no recollection of any page of the Trust ever bearing "Page 3" in the footer;

*WHEREAS,* from the context of the bottom of Page 2 and the top of Page 4, both relating to a "Grandchildren's Trust," it would appear that, if a page bearing "Page 3" in the footer ever existed, it would relate to a Grandchildren's Trust;

WHEREAS, Page 2 of the Trust indicates that the Grandchildren's Trust would be operative only "In the event that both beneficiary children have predeceased the surviving spouse," with both of beneficiaries' children being alive as of the date of this Amendment, while Rosa Fridman is now age 89;

*NOW, THEREFORE,* I hereby amend the said Declaration of Trust establishing the Fridman Family Trust as follows:

1. To the extent a page of the Trust bearing the footer "Page 3" ever existed, it is hereby deemed omitted, deleted, and stricken from the Trust;
2. In all other respects, I reaffirm and republish the Declaration c* Trust establishing the Fridman Family Trust, dated April 14, 2000.

*IN WITNESS WHEREOF,* I have signed this First Amendment to the Declaration of Trust establishing the Fridman Family Trust on the __*2 6*__ day of February, 2021.

Signed and delivered in the presence of:

_____
Rosa A. Fridman, Grantor

_____
Rosa A. Fridman, Trustee

*(Notary Acknowledgement attached)*

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of Orange                         )

On February 26, 2021 before me, Michelle Lynn Jarvis, Notary Public
(insert name and title of the officer)

personally appeared Rosa Fridman
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

MICHELLE LYNN JARVIS
Notary Public - California
Orange County
Commission # 2305264
My Comm. Expires Oct 12, 2023

Signature _____        (Seal)

**Exhibit 3**

1
2
3
4
5
6
7

Victor Balakin
101 N. Ocean Drive, Suite 132
Hollywood, FL 33019
(954) 218-3789
Balakinvictor879@gmail.com



8
9

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

10
11
12
13
14
15
16
17

In re:

Rosa Fridman

                Debtor

Bankruptcy Case#    8-21-bk-10513-es

      Chapter 7

Hon:  Eritha Smith (ES)

OBJECTION TO CASE AND DECLARATION
SUPPORTING MOTION TO DISMISS
BANKRUPTCY CASE AND LIEN AVOIDANCE
MOTION

18

### DECLARATION OF VICTOR BALAKIN

19
20
21
22
23
24
25
26
27
28

I, Victor Balakin, hereby declare,

      I am making this declaration in support of dismissing this bankruptcy and opposing

motion for lien removal.  I make this declaration based my own knowledge and if called to testify

I would be able to testify under oath. I object to these motions on Rule 4003-2.

      I am also requesting the court to dismiss this bankruptcy because I gave a hard money

loan to the Fridmans in 2019 which they now told me they will not repay me because they

intended to file bankruptcy since April 2019.  I have tried to contact their attorney and not had

any returned call. I have used Recap and see many motions that I was not notified of.  I am

objecting due to no service being made on me and I am owed money I should have a say.  There

---

Declaration Supporting Dismissal                1                     Victor Balakin
751 Carolina Avenue
Fort Lauderdale, Fl 33312
(954) 218-3789

1  is a motion to avoid liens and I was not told or served with.  If they are trying to avoid liens

2  especially mine I want to be heard.  I am objecting by rule 4003=2.

3      In February 2019 I gave a hard money loan to Rosa Fridman and her son that they

4  promised would be used to settle a lawsuit against Rosa Fridman's trust.  I am owed $250,000 on

5  a note that gave me security interest in Rosa Fridman's home in Huntington beach owned by her

6  trust, this note prepared by an attorney.  Initial payments in cash were mailed to me by Rosa

7  Fridman and her son but have now stopped.  I have not been paid in six months.

8      I asked for proof that my hard money loan was used to settle the lawsuit against the Rosa

9  trust and their attorneys but in the last few months my communications have been ignored.

10      Rosa Fridman and her sons told me that I will not get repaid because the mother intended

11  to file bankruptcy since April 2019 so no one is getting paid.  I was told in 2019 and guaranteed

12  they would be able to pay me first because of bankruptcy.  Now it appears I will not get paid at

13  all.  They have told me now this was planned and I cannot do anything about this because of their

14  attorney will sue me.  When the fridmans and I were talking about securing my loan I was

15  promised that the Fridmans would use her condo as security and I was provided a deed as

16  security made by their attorney.  This now looks like a scam also.  I am writing to the trustee and

17  court to let them know my extreme concern that the debtors, Alex and his mom Rosa, borrowed

18  money with no intention of repaying me and filed bankruptcy to avoid paying.  I was told by Rosa

19  and both of her sons they had bluffed their way out of a lawsuit in 2019 by promising to settle

20  but did never intended to honor the settlement because it was not signed by Rosa Fridman.

21      I do not know if this is fraud or extortion but I am faced with asking for my money back in

22  bankruptcy or getting sued. The Fridmans are not responding.  I gave a loan and now it turns out

23  they never intended on repaying me like everyone else they owe money to.  In 2019 I was given a

24  court order by a bankruptcy judge that says they do not owe any more debts to people.  I now

25  checked and it appears the order isn't real.

26      Because of their lies, I now have to hire an attorney and sue to get my money back after

27  being lied do for over a year.

28

Declaration Supporting Dismissal       2        Victor Balakin
751 Carolina Avenue
Fort Lauderdale, Fl 33312
(954) 218-3789

1    In my opinion they should have to repay their debts or whatever they have taken and not

2    be allowed to run up debts with no intention of paying because filing bankruprtcy was a planned

3    way for them not to pay people.

4      I can be contacted by phone at the number below or address below.

5

6    I state and declare under penalty of penalty of perjury under law of the United Stated that the

7    above statement of facts is true and correct.

8

9

10    Signed April 9 , 2021 in Fort Lauderdale, Florida

11

12    By:

13           Victor Balakin

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE OF DOCUMENT

2

3
I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business
address is:

4
A true and correct copy of the foregoing document entitled: OBJECTION TO CASE AND DECLARATION
SUPPORTING MOTION TO DISMISS BANKRUPTCY CASE AND LIEN AVOIDANCE MOTION

5
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-

6
2(d); and **(b)** in the manner stated below:

7
**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling
General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the

8
document. On April 7, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary

9
proceeding and determined that the following persons are on the Electronic Mail Notice List to receive
NEF transmission at the email addresses stated below:

10
Tom casey msilva@tomcaseylaw.com, Scott Talkov scott@talkovlaw.com, Donald W Reid

11
don@donreidlaw.com

12
**2. SERVED BY UNITED STATES MAIL**:

13
On April 9, 2021 I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope

14
in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here

15
constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the
document is filed.

16

17
**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

18
(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on
(*date*) April 6, 2021, I served the following persons and/or entities by personal delivery, overnight mail

19
service, or (for those who consented in writing to such service method), by facsimile transmission and/or

20
email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight
mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

21
☐ Service information continued on

22
attached page

23
I declare under penalty of perjury under the laws of the United States that the foregoing is true and

24
correct.

25
April 7, 2021        Sean Garber                                    S___G___

26
*Date*              *Printed Name*                      *Signature*

27

28

---

Declaration Supporting Dismissal                    4                        Victor Balakin
                                                                 751 Carolina Avenue
                                                                 Fort Lauderdale, Fl 33312
                                                                 (954) 218-3789

# **Exhibit 4**

# HESS-VERDON & ASSOCIATES

A PROFESSIONAL LAW CORPORATION
620 NEWPORT CENTER DRIVE
SUITE 1030
NEWPORT BEACH, CA 92660
(949) 706-7300   FAX (949) 706-7373

## MEMORANDUM

DATE:        October 13, 2015

TO:          Mrs. Rosa Fridman
             16542 Blackbeard Lane, Apt. 304
             Huntington Beach, CA 92649

FROM:        Jillyn Hess-Verdon

RE:          The Fridman Family Trust

---

Find enclosed one (1) copy of The Fridman Family Trust as provided to our office in 2013 (Please note that the copy you provided to us is missing Page 3). Pursuant to your request, we have provided an electronic copy of the Trust to your son, Val Fridman, via email.

As you know, we did not prepare this Trust or any of your estate planning documents. Please be aware this Trust contains numerous provisions we recommend updating in order for administration to go smoothly for your sons. If you would like to discuss these updates, please call our office to schedule an appointment and we would be happy to assist you.

If you have any questions, please do not hesitate to contact our office.

Cc: Val Fridman
*Delivered via email*
val@fridmanconsulting.com

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action. 16542 Blackbeard Lane, #304 Huntington Beach, CA 92649.

On June 21, 2021, I served the within document(s) described as **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT FOR VIOLATION OF THIS COURT'S ORDERS TO PRODUCE MISSING TRUST DOCUMENT PAGE AND PRODUCE RESPONSES THAT ARE CODE COMPLIANT PURSUANT TO C.C.P. § 2031.230; DECLARATIONS OF SCOTT TALKOV AND DEFENDANT ROSA FRIDMAN** on the interested parties in this action as stated below:

Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
kia002@att.net

(BY E-MAIL) I sent the foregoing document by email to the addresses above on the date indicated below. I did not immediately receive notification of an error in transmission.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 21, 2021, at Huntington Beach, California.

Alex Theory
_____
(Type or print name)

/s/ Alex Theory
_____
(Signature)

**OPPOSITION TO MOTION FOR OSC RE: CONTEMPT; DECLARATIONS OF SCOTT TALKOV AND
DEFENDANT ROSA FRIDMAN**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EXHIBIT "13"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 06/28/2021                    TIME: 01:30:00 PM        DEPT:  C66
JUDICIAL OFFICER PRESIDING: Sherri Honer
CLERK: James Olivarez
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: S.  Mora, None

CASE NO: **30-2010-00345490-CU-PO-CJC**  CASE INIT.DATE: 02/18/2010
CASE TITLE: **Avetoom vs. Arce**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: PI/PD/WD - Other

---

EVENT ID/DOCUMENT ID: 73538351
**EVENT TYPE:** Motion - Other
MOVING PARTY: Karl Avetoom
CAUSAL DOCUMENT/DATE FILED: Motion - Other re: Order to Show Cause regarding contempt for violation of court orders, 05/28/2021

---

**APPEARANCES**
Karl Avetoom, Plaintiff, present remotely.
Rosa Fridman, self represented Witness, present.
Judgment Creditor present remotely on ZOOM.
Judgment Debtor present in person.

Court finds that a certified or registered interpreter is not available. Rosa Fridman requests the appointment of a temporary interpreter to assist in today's proceedings. Rosa Fridman has been informed and waives their right to the appointment of a certified or registered interpreter, or an interpreter who has been provisionally qualified by the court. Val Fridman is a non-certified/non-registered Russian language temporary interpreter.  Good cause exists to appoint this interpreter and  pursuant to CRC 2.893(d)(4).   The interpreter oath has been administered by the clerk and the interpreter is sworn to interpret for Rosa Fridman.

Motion for an OSC re: Contempt of Rosa Fridman is read and considered.

Motion granted.

Order to Show Cause re: Contempt signed and filed this date.

The Order to Show Cause re: Contempt is scheduled for 08/20/2021 at 09:00 AM in Department C66.

Hearing shall be held in person. Face mask are required if parties are not fully vaccinated against COVID-19.

A copy of Order to Show Cause re: Contempt provided to Rosa Fridman in court by Clerk.

A Copy of the Order to Show Cause re: Contempt to be e-mailed to Karl Avetoom.

Clerk is instructed to request a certified Russian interpreter for the Order to Show Cause re: Contempt hearing.

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EXHIBIT "14"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

**FILED**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**AUG 2 0 2021**

DAVID H. YAMASAKI, Clerk of the Court

BY: _____ DEPUTY

1

2

3

4                          **SUPERIOR COURT OF CALIFORNIA**

5                                **COUNTY OF ORANGE**

6                                **(Central Justice Center)**

7

8          _Chretoon_                      )     Case No. _30-2010-00345490_
                                           )
9              Petitioner/Plaintiff        )     **PRE-TRIAL CONFERENCE FOR**
                                           )     **CONTEMPT TRIALS**
10    v.                                   )
                                           )
11                                         )
                                           )
12         _arce_                           )     Dept. C-66
                                           )
13             Respondent/Defendant        )
14    _Citel: Rosa Friedman_

15    The following is a standing order of Department C-66 regarding Pre-Trial Conferences for contempt

16    trials of any length.

17

18    The following is required to ensure adequate notice and preparation by the parties, to ensure lack

19    of surprise at trial or hearing, and for the sake of case management and judicial economy.

20

21    A Pre-Trial Conference in this matter is scheduled for 10/29/2021 at 8:45 a.m. in Department C-66.

22    Pre-Trial Conference will be held in-person. Masks required.

23    Contempt Trial: 11/5/2021 at 8:45 a.m. in Department C-66.

24    **I.    Issues Conference:**

25    Counsel and/or the parties if self-represented are ordered to attend an Issue Conference at least

26    **three (3) days** prior to the above pre-trial conference, at which time counsel and/or the parties if

27

28

1

Pre-Trial Conference Order

self-represented are to meet and confer and prepare/execute necessary documents pursuant to Orange County Local Rule, rule 317.  (Rule 317 is located on the court's public website.)

At the Issues Conference the parties shall addressed the following topics:

- Exchange exhibits, excluding those that will be used only for impeachment or rebuttal, and review photos and diagrams.
- Stipulate to all facts amenable to stipulation, and to the admission/or foundation of as many trial exhibits as possible.
- Prepare a **Joint** Witness List and **Joint** Statement of the Case.
  - Joint Witness List should include the following: (a) the name of each witness (except impeachment witnesses); (2) an offer of proof (i.e., statement as to what the witness is expected to testify); and (3) the time estimate for each witness.
  - Prepare **Joint** Exhibit List with columns indicating whether the exhibits have been marked and entered. Exhibits should be pre-marked by the parties. Plaintiffs use numbers 1–100 and defendants use numbers 101-200.
    - Each page of each exhibit must be bate-stamped (or numbered by hand) in sequential order (e.g., 1, 2, 3, etc.) at the bottom right of each page of each exhibit.

The purpose of the Issues Conference is to try to narrow the issues as much as possible so that court time is used only for those material issues and/or facts to which the parties cannot agree. During the Issues Conference, the parties should review any non-impeachment exhibits proposed by the opposing party and to try to agree on the admissibility of as many exhibits as possible.

II.     **Pre-Trial Conference:**

A.      **Documents to File or Lodge with Court**

Counsel and/or parties if self-represented are ordered to file (or lodged if otherwise noted) the following **by noon the day prior to the pre-trial conference:**

2

- Joint Witness List.
- Stipulated Facts and Issues.
- Joint List of Controverted Issues to be Tried.
- Joint Exhibit List.
- Lodge exhibit notebooks.
    - Parties shall lodge an exhibit notebook for the judge, clerk, opposing party & witnesses.
    - All exhibits shall pre-marked by the parties. Plaintiff shall number exhibits 1-100; defendant shall number exhibits 101-200.
- Parties shall lodge deposition transcripts, interrogatories, and/or requests for admission that the parties intend to utilize at trial.
- Trial briefs are optional and should be *brief* (no more than 5 pages unless the complexity of the case justifies lengthier brief). Briefs should be limited to the following: (a) identifying each issue to be decided; (b) specifying the relief sought with respect to each issue; and (c) any authority the party wishes the court to rely upon in making any legal decision.

## B. Consequences of Failure to Comply

Absent the court finding good cause, if a party fails to timely file or exchange his/her witness list, exhibit list, and/or exhibits as indicated above, the party will only be permitted to call the parties and impeachment witnesses as witnesses and submit impeachment documents as evidence. Absent the court finding good cause, if the parties fail to have sufficient copies of exhibits for the court, the clerk, opposing counsel, and the witness, the exhibit will not be permitted.

## C. Issues to Discuss at Pre-Trial/Hearing Conference:

Counsel and self-represented parties should be prepared to discuss the following at the Pre-Trial Conference:

- Time estimates for each witness's testimony, plus any scheduling issues.

- Show the court completed, pre-marked and bate-stamped exhibit notebooks that have been prepared by the parties for the clerk (clerk's copy should have exhibit tabs), judge, opposing party, and witnesses.
- Show the court any blow-ups, charts, or demonstrative exhibits.
- Will depositions, interrogatories and/or requests for admissions be lodge with the court on the day of trial?
- Will there be interpreters?  What language?
- Do any parties, witnesses, or counsel require any accommodation? What accommodation needed?
- Will parties be using laptops and projectors during trial?
- Motions in limine.

**Failure to comply with this order may subject the party in compliance, including counsel, to sanctions up to $1,500.00 pursuant to Code of Civil Procedure, section 177.5.**

DATED: _____8/20/21_____          IT IS SO ORDERED:

_____
Hon. Sherri L. Honer
Judge, Superior Court

*Citee Rosa Fridman is not required to appear for pretrial, but is ordered to appear for trial on 11/5/21 at 8:45 Am*

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EXHIBIT "15"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

# Homeowner Help
### learn to protect | defend your home or condo

Home   Articles   Questions & Comments   Attorneys   Recommended Books   How to use this site   Contributing Authors

🌐 http://condodefense.com/ask-questions/

## Questions & Comments

Here you will be able to send us your questions and comments. We will post the answer on this website. If you would like the answer to be e-mailed to you individually please leave your name and e-mail address in the windows at the bottom of this section where you post your question or comment. You may use your real or any fictitious name . If you prefer that your question be handled as confidential, and not be posted on this web site, please indicate so.

Do NOT post any URLs, links or unrelated comments or your message will be blacklisted and will never appear on this website.

Editor

### 5 Responses to "Questions & Comments"



**Thomas Greene says:**
February 14, 2014 at 11:12 am

Nice website.   Can you post ideas on how to protect a property?

Answer: We can put you in contact with professionals who can help protect your property.   We have a list of professionals we can send to you, thanks Thomas!

**Victor Balakin says:**
January 9, 2014 at 10:03 pm

Happy to help folks like you out.  We provide short term loans to help homeowners in tough times.

Answer: Thanks for your support.   We look forward to working with you professionally.   Thanks Victor!

---

.: **RECENT POSTS** :.

Board cannot discuss issues outside meetings
What can board do when an owner blocks repairs?
Director is shut out of meetings
What to do if money is missing
Would You Like To Have a Homeowner Ombudsman in California?

.: **RECENT COMMENTS** :.

Bob on Questions & Comments
Dennis Acton on Questions & Comments
Michael on Questions & Comments
Sandra on Questions & Comments

.: **CATEGORIES** :.

General
Recommendations
Uncategorized

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EXHIBIT "16"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

1       SUPERIOR COURT OF THE STATE OF CALIFORNIA

2        COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

3

4

5  KARL AVETOOM, an individual, )
                           )

6            Plaintiff,  ) Case No. 30-2017-00964245
       vs.           )

7                       )
  VAL FRIDMAN, an individual; )

8  ALEX FRIDMAN, an individual; )
  and DOES 1-20, inclusive,    )

9                       )
           Defendants. )

10 _____)

11

12

13

14          DEPOSITION OF VAL FRIDMAN

15          Costa Mesa, California

16        Thursday, February 7, 2019

17

18

19

20

21

22  Reported by:  Sheri S. Nelson, CSR No. 6473

23          Certified Shorthand Reporter

24  Job No. 3200404

25  Pages 1-226

                              Page 1

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2               COUNTY OF ORANGE, CENTRAL JUSTICE CENTER
 3

 4

 5   KARL AVETOOM, an individual, )
                                  )
 6                   Plaintiff,   ) Case No. 30-2017-00964245
           vs.                    )
 7                                )
     VAL FRIDMAN, an individual;  )
 8   ALEX FRIDMAN, an individual; )
     and DOES 1-20, inclusive,    )
 9                                )
                     Defendants.  )
10   _____)
11

12

13

14           Deposition of VAL FRIDMAN, taken on
15       behalf of Plaintiff, at 611 Anton Boulevard,
16       Fifth Floor, Costa Mesa, California, beginning at
17       10:04 a.m. and ending at 2:51 p.m., on Thursday,
18       February 7, 2019, before SHERI S. NELSON,
19       Certified Shorthand Reporter No. 6473.
20

21

22

23

24

25
```

                                                      Page 2

```
1    APPEARANCES OF COUNSEL:

2

3    For Plaintiff:

4    KARL AVETOOM, J.D.
     IN PROPRIA PERSONA

5    1100 Rutland Road
     Suite 9

6    Newport Beach, California   92660
     (949)929-4787

7    Email: kia002@att.net

8

9

10   For Defendant Val Fridman:

11   LEE J. PETROHILOS, ESQ.
     ATTORNEY AT LAW

12   1851 East First Street
     Suite 840

13   Santa Ana, California   92705
     (714)542-3110   Fax (714)200-0698

14   Email:  leepetros@petroslawoffices.com

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

1    websites that you built since 2010 to 2016?

2         MR. PETROPHILOS:  I'd object again on the basis of

3    vagueness and also to the fact that that question is

4    not -- will not lead to the admissibility -- will not

5    lead to the discovery of admissibile evidence at the

6    time of trial.

7         MR. AVETOOM:  You can answer.

8         MR. PETROPHILOS:  And privacy.

9         THE WITNESS:  I don't remember.

10   BY MR. AVETOOM:

11        Q    Did you ever build a website called

12   Condodefense.com?

13        A    No.

14        Q    You never did.  Did you ever register the name

15   Condodefense.com?

16        A    Yes.

17        Q    You registered it.  Did you register it for

18   yourself, or did you register it for a family --

19        A    For my dad.

20        Q    Hold on, please.

21             You registered it for your father.  Why did you

22   register the web name for your father?

23        MR. PETROPHILOS:  Objection.  Calls for

24   speculation.  Also, I think that question is completely

25   outside the scope of the issues related to this trial.

                                                   Page 45

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EXHIBIT "17"*

PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SCOTT TALKOV, State Bar No. 264676<br>TALKOV LAW CORP.<br>2900 Adams St Ste C225<br>Riverside, California 92504<br>Telephone: (951) 888-3300<br>Email: scott@talkovlaw.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for Debtor* Rosa Fridman

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>ROSA A. FRIDMAN | CASE NO.: 8:21-bk-10513-ES<br>CHAPTER: 7 |
|---|---|
| Debtor(s) | **SUMMAR.  OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov).  A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B      ☐ Schedule C      ☒ Schedule D      ☐ Schedule E/F      ☐ Schedule G
☐ Schedule H      ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers      ☐ Statement of Intention      ☐ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:  08/19/2021

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE***:  It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                      Page 1                          **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify your case and this filing:**

Debtor 1    Rosa A Fridman
             First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Central District of California

Case number   8:21-bk-10513
(if know)

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
    ☑ No. Go to Part 2
    ☐ Yes. Where is the property?

### Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
    ☑ No
    ☐ Yes

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
    ☑ No
    ☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................................➤   | $0.00 |

### Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**

    *Examples:*  Major appliances, furniture, linens, china, kitchenware
    ☑ No
    ☐ Yes. Describe...

7.  **Electronics**

    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe...

    | Home Phone (land line)<br>Mobile Phone (no camera)<br>LG Tablet (no camera) | $ 190.00 |

Debtor 1    Rosa A Fridman
            First Name    Middle Name    Last Name

Case number *(if known)*  8:21-bk-10513

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
   stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe...

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes
   and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe...

10. **Firearms**

   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ☑ No
   ☐ Yes. Describe...

11. **Clothes**

   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☑ No
   ☐ Yes. Describe...

12. **Jewelry**

   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems
   gold, silver

   ☑ No
   ☐ Yes. Describe...

13. **Non-farm animals**

   *Examples:* Dogs, cats, birds, horses

   ☑ No
   ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No
   ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages
    you have attached for Part 3. Write that number here**.................................................................................➤   $190.00

| Part 4: | Describe Your Financial Assets |
|---------|-------------------------------|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☑ No
   ☐ Yes.....................................................................................................................    Cash ...........................    $ _____

17. **Deposits of money**

   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses
   and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☑ No
   ☐ Yes..................

18. **Bonds, mutual funds, or publicly traded stocks**

   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes..................

Debtor 1    Rosa A Fridman
              First Name    Middle Name    Last Name

Case number (if known)   8:21-bk-10513

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them...........

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

|  | Federal: | $ 0.00 |
|  | State: | $ 0.00 |
|  | Local: | $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

Debtor 1  Rosa A Fridman
First Name    Middle Name    Last Name

Case number(if known) 8:21-bk-10513

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

31. **Interests in insurance policies**

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes. Give specific information....

| Alleged Claims Against Robert Risbrough, Darling & Risbrough and Margaret Elder as Asserted by Attorney Brad Mokri in 2019. Claims were not pursued. Claims may be barred by statute of limitations. Despite apparent lack of merit, Scheduled for disclosure purposes based on repeated questions related thereto by Creditor Karl Avetoom, J.D. See Avetoom vs. Fridman Adversary (2021), Adv. Doc. 9, Page 222. | $ Unknown |

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................➤   | $0.00 |

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ................................................➤   | $0.00 |

Debtor 1 ___Rosa A Fridman_____    Case number *(if known)* _8:21-bk-10513_
       First Name      Middle Name      Last Name

AMENDED

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2**............................................................................................➤    $ 0.00

56. **Part 2: Total vehicles, line 5**    $ 0.00

57. **Part 3: Total personal and household items, line 15**    $ 190.00

58. **Part 4: Total financial assets, line 36**    $ 0.00

59. **Part 5: Total business-related property, line 45**    $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $ 0.00

61. **Part 7: Total other property not listed, line 54**    + $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................    $ 190.00    Copy personal property total➤    + $ 190.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62**    $ 190.00

**Fill in this information to identify your case:**

Debtor 1    Rosa A Fridman
            First Name          Middle Name                    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name                Last Name

United States Bankruptcy Court for the:  Central District of California

Case number    8:21-bk-10513
(if know)

☑ Check if this is
   an amended
   filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write
your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

| | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | |
|---|---|---|---|
| **2.1** Describe the property that secures the claim: | $ 8,525.50 | $ 337,687.00 | $ 0.00 |

Karl Avetoom
Creditor's Name

1100 Rutland Road #9
Number    Street

Newport Beach CA    92660
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a
   community debt**

**Date debt was incurred** _____

16542 Blackbeard Lane Unit 304, Huntington Beach, CA 92649 -
$337,687.00 Judgment Superior Court of California for the County of
Orange Case No. 30-2010-00345490 Recorded Doc No.
2015000126507

**As of the date you file, the claim is:** Check all
that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or
   secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

| | | | | |
|---|---|---|---|---|
| 2.2 | | Describe the property that secures the claim: | $ 5,432.97 | $ 337,687.00 | $ 0.00 |

Karl Avetoom
Creditor's Name
1100 Rutland Road #9
Number    Street
Newport Beach CA    92660
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

16542 Blackbeard Lane Unit 304, Huntington Beach, CA 92649 - $337,687.00 Judgment Superior Court of California for the County of Orange Case No. 30-2010-00345490 Recorded Doc No. 2014000398135

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

| | | | | |
|---|---|---|---|---|
| 2.3 | | Describe the property that secures the claim: | $ 6,852.33 | $ 337,687.00 | $ 0.00 |

Karl Avetoom
Creditor's Name
1100 Rutland Road #9
Number    Street
Newport Beach CA    92660
City    State    ZIP Code

**Who owes the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

16542 Blackbeard Lane Unit 304, Huntington Beach, CA 92649 - $337,687.00 Judgment Superior Court of California for the County of Orange Case No. 30-2015-00820760 Recorded Doc No. 2020000673157

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

| | | | | |
|---|---|---|---|---|
| 2.4 | | Describe the property that secures the claim: | $ Unknown | $ 337,687.00 | $ Unknown |

Karl Avetoom
Creditor's Name
1100 Rutland Road #9
Number    Street
Newport Beach CA    92660
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

16542 Blackbeard Lane Unit 304, Huntington Beach, CA 92649 - $337,687.00 Judgment Superior Court of California for the County of Orange Case No. 30-2010-00345490 Recorded Doc No. 2012000023845 $1,000,000 face value of judgment listed as $0 as Debtor contends that the 2011 judgment was Waived/Amended/Novated by 2020 Judgment.

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.5 | | Describe the property that secures the claim: | $ 650,000.00 | $ 337,687.00 | $ 312,313.00 |

Karl Avetoom
Creditor's Name

1100 Rutland Road #9
Number   Street

Newport Beach CA    92660
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

16542 Blackbeard Lane Unit 304, Huntington Beach, CA 92649 - $337,687.00 Judgment Superior Court of California for the County of Orange Case No. 30-2015-00820760 Doc No. 2020000673156. Balance on 2020 judgment listed as face value on the 2011 judgment. Debtor contends that the 2011 judgment was Waived/Amended/Novated by 2020 Judgment.

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

| 2.6 | | Describe the property that secures the claim: | $ Unknown | $ 337,687.00 | $ Unknown |

Karl Avetoom
Creditor's Name

1100 Rutland Road #9
Number   Street

Newport Beach CA    92660
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

16542 Blackbeard Lane Unit 304, Huntington Beach, CA 92649 - $337,687.00 Judgment Superior Court of California for the County of Orange Case No. 30-2010-00345490 Recorded Doc No. 201500012650 $650,000 face value of judgment listed as $0 as Debtor contends that the 2011 judgment was Waived/Amended/Novated by 2020 Judgment.

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

| 2.7 | | Describe the property that secures the claim: | $ Unknown | $ 337,687.00 | $ Unknown |

Karl Avetoom
Creditor's Name

1100 Rutland Road #9
Number   Street

Newport Beach CA    92660
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

16542 Blackbeard Lane Unit 304, Huntington Beach, CA 92649 - $337,687.00 Judgment Superior Court of California for the County of Orange Case No. 30-2010-00345490 Recorded Doc No. 2011000590354 $1,000,000 face value of judgment listed as $0 as Debtor contends that the 2011 judgment was Waived/Amended/Novated by 2020 Judgment.

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 670,810.80 |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection

agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2900 Adams St., Ste C225, Riverside, CA 92504

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___08/19/2021___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karl T Anderson (TR)    2edansie@gmail.com, kanderson@ecf.axosfs.com
Michael J Hauser    michael.hauser@usdoj.gov
Melissa Davis Lowe    mlowe@shulmanbastian.com, avernon@shulmanbastian.com
Charles L Murray    cmurray@cm3law.com, cm3esquire@gmail.com
Scott Talkov    scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) ___08/19/2021___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Karl Avetoom
1100 Rutland Rd #9
Newport Beach, CA 92660-4607

Victor Balakin
101 N Ocean Dr Ste 132
Hollywood, CA 33019

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

___08/19/2021___    Leilani Caspillo _____    /s/Leilani Caspillo _____
*Date*                *Printed Name*                       *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

## DECLARATION OF CHARLES L. MURRAY

I, Charles L. Murray, hereby declare as follows:

1.     I am an attorney duly licensed to practice law before the California Courts, and admitted to the Federal District Federal and Bankruptcy Courts for the central district of California.  I have personal knowledge of the following facts and if called upon to testify under oath, I could and would do so competently to the following facts.

2.     I was the attorney of record for Plaintiff Karl Avetoom in *Avetoom v. Risbrough, et al.* OCSC Case No. 30-2015-00820760-CU-FR-NJC.

3.     On or around July 9, 2019 I was counsel of record for Karl Avetoom and present when the parties, Plaintiff Karl Avetoom and Defendant Rosa Fridman, placed their Settlement on the record, under oath, before the Court.  Both parties agreed that the 2011 Judgment in *Avetoom v. Arce, Fridman,* OCSC Case No. 30-2010-00345490 would remain enforceable by Karl Avetoom.  The Trial Court, Hon. Theodore Howard, clarified that the Settlement including the Section 1542 waiver applied only to claims in the 2015 matter of *Avetoom v. Risbrough, et al.*  I confirmed with the Trial Court that my client, Mr. Avetoom, was not waiving his right to individually enforce the 2011 Judgment in *Avetoom v. Arce*.

4.     Between August 30, 2019 and September 13, 2019 at a continued Order to Show Cause Re: Dismissal, the Trial Court informed the parties and their counsel that Mr. Avetoom was free to continue enforcement of his 2011 Judgment before Judge Honer in *Avetoom v. Arce, Fridman* 30-2010-00345490, including continued judgment debtor examinations, as the 2015 case and its 2019 Settlement did not prevent Mr. Avetoom from continuing his judgment enforcement of the 2011 judgment.  The Trial Court informed the parties, including Defendant's counsel, that the 2019 Settlement did not affect enforcement of Plaintiff's 2011 Judgment

5.     I have personal knowledge the Defendant Rosa Fridman has continued to attend judgment enforcement proceedings for the 2011 Judgment in case no. 30-2010-00345490.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 26, 2021 in ___Los Angeles___, CA   By: _____

*Charles L. Murray III.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OPR 7451 Warner Ave #E191 Huntington Beach, CA 92647 Reg'd Process Server # 3050

A true and correct copy of the foregoing document entitled **PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.  SUPPORTING DECLARATIONS OF CHARLES L. MURRAY AND KARL AVETOOM**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 26, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Karl T Anderson (TR)** 2edansie@gmail.com, kanderson@ecf.axosfs.com
**Scott Talkov** scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com
**United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| August 27, 2021 | Sal W. Hanna | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.