Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
Email kia002@att.net

Creditor and Plaintiff, In Pro Per

**FILED & ENTERED**

**OCT 20 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Rosa Fridman<br><br>Debtor<br><br>___<br><br>Karl Avetoom<br><br>Plaintiff<br><br>v.<br><br>Rosa Fridman<br><br>Defendant | Case No:    8:21-bk-10513-ES<br><br>Adversary Case No:   8:21-ap-01023-ES<br><br>Hon:  Erithe A. Smith<br><br>Chapter 7<br><br>**ORDER STRIKING DEFENDANT ROSA FRIDMAN'S AMENDMENT TO ANSWER**<br><br>(Related to Doc. 32)<br><br>Hearing Info:<br>October 14, 2021<br>10:30 a.m.<br>Courtroom 5A (via remote appearance)<br>411 W. Fourth St. Santa Ana CA 92701 |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

On October 14, 2021 at 10:30 A.M. in Courtroom 5A of the above entitled court, Plaintiff Karl Avetoom's Motion to Strike Defendant's Amendment to Her Answer Unlawfully Filed by Attorney

Scott Talkov in Violation of LBR 7015-1, FRBP 7015 Incorporating, F.R.CIV.P. 15 (the "Motion") came about for regularly scheduled hearing. Appearances were waived as noted on the court's record. Based upon the moving papers, and with no Opposition on file, it is hereby

ORDERED that the Motion is granted pursuant to Federal Rule of Civil Procedure 15(a)(2).

###

Date: October 20, 2021

Erithe Smith
United States Bankruptcy Judge