Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
Email kia002@att.net

Creditor and Plaintiff, In Pro Per

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Rosa Fridman<br><br>　　　　Debtor<br>―――――――――――――――<br>Karl Avetoom<br><br>　　　　Plaintiff<br><br>v.<br><br>Rosa Fridman<br><br>　　　　Defendant | Case No:　　8:21-bk-10513-ES<br><br>Adversary Case No:　 8:21-ap-01023-ES<br><br>Hon:　Erithe A. Smith<br><br>Chapter 7<br><br>**PLAINTIFFF KARL AVETOOM'S OBJECTION TO SCOTT TALKOV'S IMPROPER SUR REPLY FILED WITHOUT PRIOR AUTHORIZATION VIOLATING LBR 9013-1(g)**　　(*Related to Doc. 77*)<br><br>**Hearing Info:**<br>December 16, 2021<br>2:00 P.M.<br>Courtroom 5A (via remote appearance) |

**TO THE HONORABLE ERITHE A. SMITH, FEDERAL BANKRUPTCY JUDGE, TO DEFENDANT ROSA FRIDMAN AND HER ATTORNEY OF RECORD:**

　　Plaintiff Karl Avetoom hereby submits his OBJECTION to Defendant's unauthorized sur-reply filed as Doc 77 as a guised "response to objection" that newly argues issues of fact and law in a 17 page unauthorized memorandum violating LBR 9013-1(g), in an attempt to have the last word and violate due process.  The Court should not consider this unauthorized Sur-Reply.

Executed December 9, 2021 in Newport Beach, CA.　　　By:　　*/s/ Karl Avetoom*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Karl Avetoom
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Creditor and Plaintiff, In Pro Per

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OPR 7451 Warner Ave #E191 Huntington Beach, CA 92647 Reg'd Process Server # 3050

A true and correct copy of the foregoing document entitled PLAINTIFFF KARL AVETOOM'S OBJECTION TO SCOTT TALKOV'S IMPROPER SUR REPLY FILED WITHOUT PRIOR AUTHORIZATION VIOLATING LBR 9013-1(g)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 22, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Karl T Anderson (TR)** 2edansie@gmail.com, kanderson@ecf.axosfs.com
**Scott Talkov** scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com
**United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 9, 2021 | Sal W. Hanna | _____ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               F 9013-3.1.PROOF.SERVICE