FILED

JAN 25 2022

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>ROSA A. FRIDMAN<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:21-bk-10513-ES<br><br>ADVERSARY NO.: 8:-21-ap-01023-ES<br><br>APPEAL DOCKET ENTRY NO.: 101 |
|---|---|
| KARL AVETOOM,<br><br><br><br><br><br>Plaintiff(s)<br>vs.<br><br>ROSA FRIDMAN<br><br><br><br><br>Defendant(s) | **NOTICE OF APPEAL DEFICIENCY<br>TO APPELLANT [FRBP 8003(a)]** |

The Notice of Appeal filed in this case on (date) __01/24/2022__ has one or more of the following deficiencies that require either payment of the appropriate fee, and/or the filing of an Amended Notice of Appeal that includes the non-fee items listed below. Fees and/or filings must be submitted to the United States Bankruptcy Court, Central District of California, within 14 days from the date of this notice.

☐ Notice of Appeal filing fee was not paid.

☐ Notice of Cross-Appeal filing fee was not paid.

☐ The Notice of Appeal does not conform substantially with the Notice of Appeal and Statement of Election (Official Form 417A):

  ☐ Does not include the title of order, judgment, or decree.

  ☐ Does not include the entered date of order, judgment, or decree.

  ☐ Does not include the ☐ names ☐ addresses ☐ telephone numbers of the opposing parties.

  ☐ Not signed by the Appellant.

☒ Does not include entered stamped copy of order, judgment, or decree.

KATHLEEN J. CAMPBELL
Clerk of Court

Date: 01/25/2022                  By:  _____/s/ Nickie Bolte_____ _Nickie Bolte_
                                          Deputy Clerk

                                       _____(714) 338-5378_____
                                          Telephone Number