| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Scott Talkov, SBN 264676<br>Talkov Law Corp.<br>2900 Adams St Ste C225<br>Riverside, CA 92504<br>scott@talkovlaw.com<br>(951) 888-3300<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Defendant/Debtor Rosa Fridman | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Rosa Fridman<br><br><br>Debtor(s). | CASE NO.: 8:21-bk-10513-ES<br>ADVERSARY NO.: 8:21-ap-01023-ES<br>(*if applicable*)<br>CHAPTER: 7 |
|---|---|
| Karl Avetoom<br><br>Plaintiff(s) (*if applicable*).<br>vs.<br>Rosa Fridman<br><br><br>Defendant(s) (*if applicable*). | **<u>AMENDED</u> NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):  Rosa Fridman

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☒ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   Judgment Declaring 2011 State Court Judgment to be Nondischargeable Under 11 U.S.C. § 523(a)(10)
   (Adv. Doc. 95)   <u>SEE ATTACHED</u>

2. The date the judgment, order, or decree was entered: 01/12/2022

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Karl Avetoom

   Attorney:

   Karl Avetoom, In Pro Per
   1100 Rutland Road # 9
   Newport Beach, CA 92660
   (949) 929-4787
   Email kia002@att.net

2. Party:

   Attorney:

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*Scott Talkov*                                                                         Date: 03/08/2022
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
Email kia002@att.net

Creditor and Plaintiff, In Pro Per

FILED & ENTERED

JAN 12 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Rosa Fridman<br><br>                Debtor<br><br>_____<br><br>Karl Avetoom<br><br>                Plaintiff<br><br>          v.<br><br>Rosa Fridman<br><br>                Defendant<br>_____ | Case No:    8:21-bk-10513-ES<br><br>Adversary Case No:   8:21-ap-01023-ES<br><br>Hon:  Erithe A. Smith<br><br>Chapter 7<br><br>**JUDGMENT** |

    The Court, having considered the evidence, including Plaintiff KARL AVETOOM's Motion for Summary Judgment brought under 11 U.S.C. §523(a)(10), the Memorandum of Points and Authorities in Support thereof, the Separate Statement of Undisputed Facts and Conclusions of Law, the Declaration of Karl Avetoom in support, Plaintiff's Request For Judicial Notice, and the Opposition and Reply on file, and after hearing argument, on good cause appearing,

    **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment be entered, pursuant to 11 U.S.C. §523(a)(10), denying discharge of the indebtedness owed by Defendant ROSA FRIDMAN to Plaintiff KARL AVETOOM, as reflected in the 2011 State Court Judgment entered by the Orange

County Superior Court, Civil Action Case No. 30-2010-00345490, in the amount of $1,199,740.83 plus future accruing interest at the legal rate and future allowable costs.

Date: January 12, 2022

*Erithe Smith*
Erithe Smith
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2900 Adams Street, Suite C225, Riverside, CA 92504

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _03/08/2022_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karl T. Anderson (TR) 2edansie@gmail.com, kanderson@ecf.axosfs.com
Scott Talkov scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _03/08/2022_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Karl Avetoom, 1100 Rutland Road #9, Newport Beach, CA 92660

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/08/2022 | Scott Talkov | *Scott Talkov* |
|---|---|---|
| Date | Printed Name | Signature |