SCOTT TALKOV, State Bar No. 264676
TALKOV LAW CORP.
2900 Adams St Ste C225
Riverside, California 92504
Telephone: (951) 888-3300
Email: scott@talkovlaw.com

Attorneys for Appellant Rosa A. Fridman

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Rosa Fridman,<br><br>Debtor.<br>_____<br>Karl Avetoom,<br><br>        Plaintiff,<br><br>v.<br><br>Rosa Fridman,<br><br>        Defendant. | Case. No. 8:21-bk-10513-ES<br><br>Adversary Case No. 8:21-ap-01023-ES<br><br>Chapter 7<br><br>**STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT** |

### I.  STATEMENT OF ISSUES

1. Whether a dismissal with prejudice as a terminating sanction under FRCP Rule 41 would result in a final judgment on the merits, thereby precluding the refiling of a nondischargeabilty action under 11 U.S.C. § 523(a)(10).

2. Whether a dismissal with prejudice as a terminating sanction under FRCP Rule 41 in a nondischargeability adversary enables the discharge of the debt that is the subject of the adversary, contrary to the conclusion of the Bankruptcy Court.

3. Whether the court erred in denying Defendant's motion for terminating sanctions for Plaintiff's submission and false authentication of fabricated documents in the underlying

adversary case based on the court's opinion that it could not grant the relief requested in the motion regarding the nondischargeability of Plaintiff's debt in light of the prior denial of discharge entered in Debtor's 2012 bankruptcy case.

4. In response to Defendant's motion for terminating sanctions alleging that Plaintiff submitted and falsely authenticated fabricated documents in the underlying adversary case, whether the Bankruptcy Court erred in failing to apply the five-factor test for terminating sanctions as set forth in *Leon v. IDX Sys. Corp.*, 464 F.3d 951, 958 (9th Cir. 2006) and *Anheuser-Busch, Inc. v. Nat. Beverage Distributors*, 69 F.3d 337, 348 (9th Cir. 1995).

5. Whether the Bankruptcy Court erred in entering the judgment denying the discharge of the indebtedness as reflected in the 2011 State Court Judgment.

Respectfully submitted by

Date: March 10, 2022

TALKOV LAW CORP

*Scott Talkov*

Scott Talkov
Attorneys for Appellant Rosa Fridman

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT**
2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2900 Adams Street, Suite C225, Riverside, CA 92504

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 10, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    Karl T. Anderson (TR)     2edansie@gmail.com, kanderson@ecf.axosfs.com
    Scott Talkov     scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com
    United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) March 10, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Karl Avetoom, 1100 Rutland Road #9, Newport Beach, CA 92660

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 10, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 10, 2022 | Scott Talkov | */s/ Scott Talkov* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300