SCOTT TALKOV, State Bar No. 264676
TALKOV LAW CORP.
2900 Adams St Ste C225
Riverside, California 92504
Telephone: (951) 888-3300
Email: scott@talkovlaw.com

Attorneys for Appellant Rosa A. Fridman

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>Rosa Fridman,<br><br>Debtor.<br>_____<br>Karl Avetoom,<br><br>          Plaintiff,<br><br>v.<br><br>Rosa Fridman,<br><br>          Defendant. | Case. No. 8:21-bk-10513-ES<br><br>Adversary Case No. 8:21-ap-01023-ES<br><br>Chapter 7<br><br>**APPELLANT'S DESIGNATION OF RECORD** |

### I.    DESIGNATION OF THE RECORD

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, appellant Rosa A. Fridman ("Appellant") designates the following contents for inclusion in the record on appeal:

| Docket No. | Date Filed/Entered | Description |
|---|---|---|
| 1 | 05/28/2021 | Adversary case 8:21-ap-01023. Complaint by Plaintiff: Karl Avetoom against Defendant Rosa Fridman |

| | | | |
|---|---|---|---|
| 1 2 | 6 | 06/07/2021 | First Amended Complaint by Karl Avetoom against Rosa Fridman |
| 3 4 | | | Plaintiff's Notice of Motion and Motion For Summary Judgment, Filed by Plaintiff Karl Avetoom |
| 5 | 7 | 06/28/2021 | Answer to Amended Complaint Filed by Rosa Fridman. |
| 6 7 | 8 | 07/16/2021 | Plaintiff's Notice of Motion and Motion For Summary Judgment, Filed by Plaintiff Karl Avetoom |
| 8 9 10 | 12 | 07/16/2021 | Plaintiff's Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Plaintiff's Motion for Summary Judgment, Filed by Plaintiff Karl Avetoom |
| 11 12 13 | 13 | 07/16/21 | Notice Of Lodgment Of Plaintiff's Separate Statement Of Uncontroverted Facts And Conclusions Of Law In Support Of Plaintiff's Motion For Summary Judgment |
| 14 15 16 | 14 | 07/16/21 | Notice Of Lodgment Of Order Or Judgment In Adversary Proceeding Re Plaintiff's Motion For Summary Judgment. |
| 17 18 19 20 | 18 | 08/04/21 | Plaintiff Karl Avetoom's Motion For A Protective Order Or Alternatively For An Order Quashing False Service Of Deposition Subpoena. Declarations Of Karl Avetoom And Barry Q. Brooks |
| 21 22 23 | 21 | 08/19/21 | Defendant's Opposition To Plaintiff's Motion For Summary Judgment; Declarations Of Rosa Fridman And Scott Talkov |
| 24 25 26 27 | 22 | 08/19/21 | Statement Defendants Separate Statement of Genuine Issues of Material Fact, Proposed Supplemental Statements of Fact And Proposed Conclusions of Law in |

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

| | | |
|---|---|---|
| | | Support of Opposition to Plaintiffs Motion For Summary Judgment Filed by Defendant Rosa Fridman. |
| 24 | 08/25/2021 | Opposition to (related document(s): 18 Motion for Protective Order filed by Plaintiff Karl Avetoom) Filed by Defendant Rosa Fridman |
| 25 | 08/27/2021 | Plaintiff's Reply to Defendant's Opposition to Motion for Summary Judgment, Supporting Declarations of Charles L. Murray and Karl Avetoom [EDB] (related document(s): 8 Motion For Summary Judgment filed by Plaintiff Karl Avetoom) Filed by Plaintiff Karl Avetoom |
| 26 | 09/02/2021 | Plaintiff's Reply to Defendant's Opposition for a Motion for a Protective Order or Alternatively for an Order Quashing False Service of Deposition Subpoena. Declarations of Karl Avetoom [EDB] (related document(s): 24 Opposition filed by Defendant Rosa Fridman) Filed by Plaintiff Karl Avetoom |
| 27 | 09/07/2021 | Objection (related document(s): 25 Reply filed by Plaintiff Karl Avetoom, 26 Reply filed by Plaintiff Karl Avetoom) Defendants Objection to Fabricated Documents Attached as Exhibit 1 to Plaintiffs Reply to Opposition to Motion for Protective Order and Exhibit 15 to Reply to Motion for Summary Judgment; Declaration of Scott Talkov and Val Fridman Establishing Obvious Fabrication of Aforementioned Documents Filed by Defendant Rosa Fridman |

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**APPELLANT'S DESIGNATION OF RECORD**

3

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

| | | | |
|---|---|---|---|
| 29 | 09/09/2021 | | Docket Entry: Hearing Held (RE: related document(s)8 Plaintiff's Motion for Summary Judgment filed by Plaintiff Karl Avetoom) - MOTION PROVISIONALLY GRANTED -- PLAINTIFF IS ENTITLED TO JUDGMENT AS A MATTER OF LAW UNDER 11 USC 523(a)(10) SUBJECT TO DEFENDANT FILING A MOTION FOR TERMINATING SANCTIONS AS WELL AS A BRIEF RE THE LEGAL EFFECT OF SUCH SANCTIONS ON THE ULTIMATE ISSUE OF THE APPLICABILITY OF 523(a)(10). SUCH MOTION MUST BE FILED BY NOVEMBER 16, 2021; ANY OPPOSITION MUST FILED BY NOVEMBER 30, 2021; ANY REPLY BY DECEMBER 7, 2021 -- HEARING WILL BE DECEMBER 16, 2021 AT 2:00 P.M. THE PARTIES ARE ORDERED TO ATTEND MEDIATION NO LATER THAN NOVEMBER 2, 2021 WITH RETIRED JUDGE MEREDITH JURY OR ANY OTHER JUDICIAL MEDIATOR. ADVERSARY RULES APPLY TO ANY DISCOVERY TAKEN (I.E. DEPOSITIONS) IN RELATING TO ANY MOTION FOR TERMINATING SANCTIONS OR OPPOSITION THERETO. |
| 52 | 11/04/2021 | | Transcript regarding Hearing Held 09/09/21 |
| 59 | 11/16/2021 | | Defendant's Notice of Motion and Motion for Terminating Sanctions Due to Plaintiff Karl Avetoom's Submission and Authentication of Fabricated |

**APPELLANT'S DESIGNATION OF RECORD**

4

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

| | | Documents; Supporting Declarations of Scott Talkov, Val Fridman, Alex Theory (Fridman), and Rosa Fridman |
|---|---|---|
| 61 | 11/17/2021 | Errata/Amendment To Defendant's Notice Of Motion For Terminating Sanctions |
| 62 | 11/19/2021 | Defendant Rosa Fridman's Opposition to Plaintiff Karl Avetoom's Motion to strike filed by Defendant Rosa Fridman |
| 63 | 11/22/2021 | Transcript regarding Hearing Held 11/09/21 |
| 64 | 11/30/2021 | Plaintiff Karl Avetoom's Opposition to Defendant Rosa Fridman's Motion for Sanctions; Declaration of Karl Avetoom, Charles L. Murray and Bryan Swezea |
| 65 | 11/30/2021 | Plaintiff Karl Avetoom's Notice of Errata re Declaration of Karl Avetoom submitted with Opposition to Defendant Rosa Fridman's Motion for Sanctions |
| 66 | 11/30/2021 | Defendant Rosa Fridman's Request for Judicial Notice of Karl Avetoom Pleadings Showing That He Is Concurrently Fabricating Documents and Evidence in His Post-Judgment State Court Proceedings |
| 67 | 12/01/2021 | Order Denying Defendant Rose Fridman's Motion for Leave to Filed Amendment to Answer to Plaintiff's First Amended Complaint |
| 68 | 12/02/2021 | Amended Order Denying Defendant Rosa Fridman's Motion for Leave to Filed Amendment to Answer to Plaintiff's First Amended Complaint |
| 71 | 12/07/2021 | Defendant's Reply To Opposition To Defendant's Motion For Terminating Sanctions Due To Plaintiff Karl |

**APPELLANT'S DESIGNATION OF RECORD**
5

| | | |
|---|---|---|
| | | Avetoom's Submission And Authentication Of Fabricated Documents; Supporting Declaration Of Scott Talkov |
| 72 | 12/07/2021 | Plaintiff Karl Avetoom's Evidentiary Objections to the Declarations of Scott Talkov, Val Fridman, Rosa Fridman, and Alex Fridman (Dkt. 59) |
| 73 | 12/08/2021 | Plaintiff Karl Avetoom's Objections and Request for OSC RE: Rule 9011 Sanctions Against Scott Talkov for Intentionally Misrepresenting Case Law to Mislead this Court |
| 74 | 12/08/2021 | Plaintiff Karl Avetoom's Objection to Scott Talkov's Request for Judicial Notice |
| 75 | 12/08/2021 | Plaintiff Karl Avetoom's Request for Judicial Notice in Opposition to Defendant's Motion for Sanctions |
| 76 | 12/09/2021 | Defendant's Opposition to Karl Avetoom's Sur-Opposition and Request for OSC Re: Rule 9011 Sanctions |
| 77 | 12/09/2021 | Defendant's Responses to Plaintiff's Objections to Evidence (Dkt. 72) |
| 78 | 12/09/2021 | Defendant's Request for Judicial Notice of Karl Avetoom Pleadings Showing That an Additional, Substantive Document in Karl Avetoom's Summary Judgment Was a Fabrication; Supporting Declarations of Scott Talkov and Leilani Caspillo |

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

| | | | |
|---|---|---|---|
| 79 | 12/10/2021 | Defendant's Lodgment Of Karl Avetoom's Unverified Objections And Non-Responsive Documents To Defendant's Request For Production Of Documents; Declaration Of Scott Talkov | |
| 80 | 12/09/2021 | Plaintiff Karl Avetoom's Objection to Scott Talkov's Improper Sur Reply Seeking Once Again to Reargue his Reply Violating BRB 9013-1-(g) | |
| 81 | 12/09/2021 | Plaintiff Karl Avetoom's Objection to Scott Talkov's Improper Sur Reply Filed Without Prior Authorization Violating LBR 9013-1(g) | |
| 83 | 12/13/2021 | Defendant's Objections To Plaintiff's Irrelevant Declarations Of Karl Avetoom, Bryan Swezea, And Charles Murray, As Well As Plaintiff's Irrelevant Request For Judicial Notice | |
| 84 | 12/13/2021 | Supplement to Defendant's Request for Judicial Notice of Karl Avetoom Pleadings Showing that He is Concurrently Fabricating Documents and Evidence in His Post-Judgment State Court Proceedings | |
| 85 | 12/10/2021 | Plaintiff Karl Avetoom's Objection to Scott Talkov's Third Improper Sur Reply filed as a Fraudulent Request for Judicial Notice to Intentionally Avoid LBR 9013-1 and The Court's Briefing Order | |
| 86 | 12/10/2021 | Plaintiff Karl Avetoom's Objection to Scott Talkov's Fourth Improper Sur Reply to Intentionally Avoid LBR 9013-1 and this Court Briefing Order | |

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

| | | |
|---|---|---|
| 87 | 12/14/2021 | Plaintiff Karl Avetoom's Objection to the 5th and 6th Untimely Memorandum Violating LBR 9013-1 and Fraudulent Representation of Facts by Attorney Scott Talkov |
| 90 | 12/20/2021 | Notice of lodgment, Filed by Plaintiff Karl Avetoom re Plaintiff's Motion For Summary Judgment |
| 91 | 12/20/2021 | Notice of lodgment, Filed by Plaintiff Karl Avetoom re Plaintiff's Motion For Summary Judgment |
| 93 | 01/06/2022 | Transcript regarding Hearing Held 12/16/21 |
| 94 | 01/12/2022 | Findings of Fact, Conclusions of Law and Order Granting Plaintiff's Motion for Summary Judgment. |
| 95 | 01/12/2022 | Judgment Denying Discharge of the indebtedness Owed by Defendant Rosa Fridman to Plaintiff Karl Avetoom, as Reflected in the 2011 State Court Judgment Entered by the Orange County Superior Court, Civil Action No. 30-2010-00345490, in the Amount of $1,199,740.83 Plus Future Accruing Interest at the Legal Rate and Future Allowable Costs |
| 98 | 01/14/2022 | BNC Certificate of Notice |
| 99 | 01/14/2022 | BNC Certificate of Notice |
| 101 | 01/24/2022 | Notice of Appeal and Statement of Election to U.S. District Court |
| 102 | 01/25/2022 | Deficiency letter to Appellant: Appeal Is Deficient For the Following Reason: Does Not Include Entered Stamped Copy Of Order, Judgment, Or Decree |

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

| 103 | 01/25/2022 | Notice Of Referral Of Appeal To United States District Court with certificate of mailing |
| --- | --- | --- |
| 107 | 03/08/2022 | Amended notice of appeal Filed by Defendant Rosa Fridman Attaching Judgment on Appeal |

                              Respectfully submitted by

Date: March 10, 2022         TALKOV LAW CORP

*Scott Talkov*

Scott Talkov
Attorneys for Appellant Rosa Fridman

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**APPELLANT'S DESIGNATION OF RECORD**
9

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2900 Adams Street, Suite C225, Riverside, CA 92504

A true and correct copy of the foregoing document entitled (*specify*): **APPELLANT'S DESIGNATION OF RECORD** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 10, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    Karl T. Anderson (TR)    2edansie@gmail.com, kanderson@ecf.axosfs.com
    Scott Talkov    scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com
    United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) March 10, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Karl Avetoom, 1100 Rutland Road #9, Newport Beach, CA 92660

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 10, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 10, 2022 | Scott Talkov | /s/ Scott Talkov |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**APPELLANT'S DESIGNATION OF RECORD**
10