Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
Email kia002@att.net

Creditor and Plaintiff, In Pro Per

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Rosa Fridman<br><br>                Debtor<br>_____<br>Karl Avetoom<br>                Plaintiff<br><br>      v.<br><br>Rosa Fridman<br><br>                Defendant | Case No:     8:21-bk-10513-ES<br><br>Adversary Case No:     8:21-ap-01023-ES<br><br>District Court Case No.  8:22-cv-00142-PA<br><br>Hon:  Erithe A. Smith<br><br>Chapter 7<br><br>**PLAINTIFFF/APPELLEE KARL AVETOOM'S DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD ON APPEAL.**<br><br>[F.R.Bankr.P. 8009(a)(2)] |

**TO THE CLERK OF THE COURT, UNITED STATES BANKRUPTCY COURT IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION, AND TO DEFENDANT ROSA FRIDMAN AND HER ATTORNEY OF RECORD:**

Plaintiff and Appellee Karl Avetoom ("Appellee") hereby submits his Counter Designation of Record on Appeal filed by Defendant and Appellant Rosa Fridman ("Appellant") pursuant to Bankruptcy Rule 8009(a)(2).

Without forgoing the pending motion to dismiss for lack of jurisdiction caused by Appellant's

1

DESIGNATION OF ADDITIONAL ITEMS ON APPEAL [F.R.Bankr.P. 8009(a)(2)]

defective and untimely filed notices of appeal, designation of record[1] and statement of issues on appeal and objections thereon, Appellee hereby request the Clerk of this Bankruptcy Court attach these additional documents from Adversary Proceeding Case No. 8:21-ap-01023-ES *Karl Avetoom v. Rosa Fridman* (the "Adversary Proceeding") to the record on appeal.

| Document | Date | Description |
|---|---|---|
| 9 | 07/16/2021 | Declaration of Plaintiff Karl Avetoom in Support of Plaintiff's Motion for Summary Judgment, Filed by Plaintiff Karl Avetoom [EDB] (RE: related document(s)8 Motion For Summary Judgment). (Duarte, Tina) (Entered: 07/16/2021) |
| 10 | 07/16/2021 | Plaintiff's Request for Judicial Notice in Support of Plaintiff's Motion for Summary Judgment, Filed by Plaintiff Karl Avetoom [EDB] (RE: related document(s)8 Motion For Summary Judgment). (Duarte, Tina) (Entered: 07/16/2021) |
| 31 | 09/21/2021 | Answer to Complaint Defendant Rosa Fridman's Amendment to Answer to Plaintiffs First Amended Complaint re: Unclean Hands Affirmative Defense Based on Fabricated Documents and Perjurious Declarations Filed by Rosa Fridman. (Talkov, Scott) (Entered: 09/21/2021) |
| 32 | 09/22/2021 | Plaintiff Karl Avetoom's Motion to Strike Defendant's Amendment to Her Answer Unlawfully Filed by Attorney Scott Talkov in Violation of LBR 7015-1, FRBP 7015 Incorporating F.R.CIV.P. 15., Filed by Plaintiff Karl Avetoom [EDB] (Duarte, Tina). (Entered: 09/22/2021) |
| 35 | 09/30/2021 | Motion to Amend Defendant Rosa Fridman's Motion for Leave to File Amendment to Answer to Plaintiff's First Amended Complaint Filed by Defendant Rosa Fridman (Talkov, Scott) - WARNING: See docket entry no. 37 for corrections - Modified on 10/1/2021 (Duarte, Tina) (Entered: 09/30/2021) |
| 46 | 10/21/2021 | Order Striking Defendant Rosa Fridman's Amendment to Answer (BNC-PDF) (Related Doc # 32 ) Signed on 10/20/2021. It is ORDERED That the Motion is Granted Pursuant to Federal Rule of Civil Procedure 15(a)(2) (Duarte, |

---

[1] Appellant for some unknown reason filed two Designation of Records. Docs. 109 and 112 appear identical only filed one day apart.

| | | |
|---|---|---|
| | | Tina) (Entered: 10/20/2021) |
| 49 | 10/26/2021 | Plaintiff Karl Avetoom's Opposition to Defendant Rosa Fridman's Motion for Leave to Amend Her Answer [EDB] (related document(s): 35 Motion to Amend Defendant Rosa Fridman's Motion for Leave to File Amendment to Answer to Plaintiff's First Amended Complaint filed by Defendant Rosa Fridman), Filed by Plaintiff Karl Avetoom (Duarte, Tina) (Entered: 10/26/2021) |
| 100 | 01/20/2022 | Certificate of Service of Bill of Costs (taxed) - $659.08 (RE: related document(s) |
| 106 | 03/07/2022 | Deficiency notice send to USDC - : Please, be advised that the Statement of Issues; Designation of Record; and Notice of Transcript have not been filed as required by the Federal Rules of Bankruptcy Procedure 8003 and 8009 - RE: USDC Case No. 8:22-cv-00142-PA (RE: related document(s)101 Notice of Appeal and Statement of Election (Official Form 417A) filed by Defendant Rosa Fridman) (Bolte, Nickie) (Entered: 03/07/2022) |
| 107 | 03/08/2022 | Amended notice of appeal Filed by Defendant Rosa Fridman (RE: related document(s)101 Notice of Appeal and Statement of Election (Official Form 417A)). (Talkov, Scott) (Entered: 03/08/2022) |
| 111 | 03/10/2022 | Statement of Issues on Appeal From Bankruptcy Court Filed by Defendant Rosa Fridman (RE: related document(s)101 Notice of Appeal and Statement of Election (Official Form 417A)). (Talkov, Scott) (Entered: 03/10/2022) |
| 112 | 03/10/2022 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Defendant Rosa Fridman (RE: related document(s)101 Notice of Appeal and Statement of Election (Official Form 417A), 107 Amended notice of appeal). Appellee designation due by 03/24/2022. Transmission of Designation Due by 04/11/2022. (Talkov, Scott) (Entered: 03/10/2022) |

Dated March 23, 2022      By:    /s/ Karl Avetoom

_____

Karl Avetoom, Plaintiff and Appellee

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OPR 7451 Warner Ave #E191 Huntington Beach, CA 92647 Reg'd Process Server # 3050

A true and correct copy of the foregoing document entitled PLAINTIFFF/APPELLEE KARL AVETOOM'S DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD ON APPEAL.will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 22, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Karl T Anderson (TR)** 2edansie@gmail.com, kanderson@ecf.axosfs.com
**Scott Talkov** scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com
**United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 23, 2022 | Sal W. Hanna | |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**